FILED

2008 OCT 10 PM 4:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY_____

1  Kevin P.B. Johnson (Bar No. 177129)
   Benjamin L. Singer (*pro hac* admission pending)
2  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100

5  Steven M. Anderson (Bar No. 144014)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6  865 S. Figueroa St. 10th Floor
   Los Angeles, California 90017
7  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
8

9
   Attorneys for Plaintiff Sony Corporation
10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13                       WESTERN DIVISION

14 | SONY CORPORATION, A Japanese     | CASE NO.
   | corporation,                      | SACV08-1135 AHS (ANx)
15 |                                   |
   |         Plaintiff,                | NOTICE OF INTERESTED
16 |                                   | PARTIES AND DISCLOSURE
   |    vs.                            | STATEMENT BY SONY
17 |                                   | CORPORATION
   | VIZIO, Inc.,                      |
18 |                                   | (Local Rule 7-1.1)
   |         Defendant.                |
19

20

21

22

23

24

25

26

27

28

51451/2664174.1

1

NOTICE OF INTERESTED PARTIES

1  The undersigned, counsel of record for Sony Corporation, certifies that the
2  following listed parties have a direct, pecuniary interest in the outcome of this case.
3  These representations are made to enable the Court to evaluate possible
4  disqualification or recusal.
5      Sony Corporation
6      VIZIO, Inc.
7      Sony Corporation also states that there is no parent corporation or publicly
8  held corporation that owns 10% or more of its stock..

10  DATED: October 10, 2008      Respectfully submitted,

11                                QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP

13                                By_____
14                                Steven M. Anderson
                              Attorneys for Plaintiff Sony Corporation

15
16
17
18
19
20
21
22
23
24
25
26
27
28

51451/2664174.1

2