CONFORMED COPY

Kevin P.B. Johnson (Bar No. 177129)
Benjamin L. Singer (*pro hac* admission pending)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

FILED 2008 OCT 10 PM 4:06 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, Inc.,<br><br>Defendant. | CASE NO. SACV08-1135 AHS (ANx)<br><br>**NOTICE OF RELATED CASES** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the following cases that have previously been filed in this Court are related to the instant case in that a number of the patents-in-suit are identical to those in the prior case and in that the instant case calls for the determination of the same or substantially identical questions of law in that the relief sought is the same.

The related case is *Sony Corp. v. Westinghouse Digital Electronics, LLC*, CV08-03934 RGK (FMOx).

DATED: October 10, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Steven M. Anderson
Attorneys for Plaintiff Sony Corporation