| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| QUINN EMANUEL URQUHART OLIVER<br>865 S FIGUEROA ST<br>10TH FL<br>LOS ANGELES CA 90017<br>ATTORNEY FOR PLAINTIFF | 443-3000<br><br>Ref. No. or File No.<br>51451 | |

Insert name of court and name of judicial district and branch if any.

U.S DISTRICT COURT 312 N SPRING ST
CENTRAL DISTRICT LOS ANGELES CA 90012

SHORT TITLE OF CASE:
SONY CORP v. VIZIO, INC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 205104 | | | | SACV08-1135 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS; COMPLAINT; NOTICE OF ASSIGNMENT; NOTICE OF RELATED CASES; NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET.

2. a. Party served: VIZIO, INC., by serving its Agent for Service of Process CT CORPORATION SYSTEMS, INC.
   b. Person served: MARIA SANCHEZ
      Clerk
   c. Address:
      818 W SEVENTH ST 2ND FL.
      LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 10/13/08 (2) At: 11:22AM

5. Person serving: MITCHEL HERNANDEZ          Fee for service $          .00

APEX ATTORNEY SERVICES          d. Registered California process server
1055 W SEVENTH ST               (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No. 3104
  FAX                           (3) County: LOS ANGELES
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 10/20/08                       >
                                       SIGNATURE