1   William J. Brown, Jr. (State Bar No. 192950)
    wbrown@jonesday.com
2   JONES DAY
    3 Park Plaza, Suite 1100
3   Irvine, CA 92614
    Telephone: (949) 851-3939
4   Facsimile: (949) 553-7539

5   Attorneys for Defendant Vizio, Inc.

6

7

8                   UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11  SONY CORPORATION, a Japanese          Case No.
    corporation,                          SACV08-01135-AHS (ANx)
12
                    Plaintiff,            **VIZIO INC.'S CERTIFICATION
13                                        AS TO INTERESTED PARTIES**
          v.
14
    VIZIO, INC., a California corporation,
15
                    Defendant.
16

17

18        PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil

19  Procedure 7.1(a) and Local Rule 7.1-1 of the United States District Court, Central

20  District of California, the undersigned, counsel of record for defendant Vizio, Inc.

21  ("Vizio") certifies that the following listed parties may have a pecuniary interest in

22  the outcome of this case. These representations are made to enable the Court to

23  evaluate possible disqualification or recusal.

24

25

26  / / /

27  / / /

28  / / /

LAI-2983150v2

| Name of Interested Party | Nature of Interest |
|---|---|
| AmTran Technology Co., Ltd. | Publicly held company that owns 10% or more of Vizio stock |

Dated:   October 29, 2008

JONES DAY

By William Brown by BW

William J. Brown, Jr.

Attorneys for Defendant
VIZIO, INC.

LAI-2983150v2