Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
stevenanderson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

William J. Brown, Jr. (State Bar No. 192950)
wbrown@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant Vizio, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation,<br><br>Defendant. | Case No.<br>SACV08-01135-AHS (ANx)<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO SONY CORPORATION'S COMPLAINT FOR PATENT INFRINGEMENT** |

IT IS HEREBY STIPULATED by the parties, in accordance with Local Rule 8-3, that Defendant Vizio, Inc.'s time to answer, move, or otherwise respond to

LAI-2983144v1

Plaintiff Sony Corporation's Original Complaint is hereby extended through and including December 3, 2008.

Pursuant to L.R. 8-3, this stipulation does not require approval of the Court because it extends the time by not more than thirty days.

Dated: October 29, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: *[signature]* /FOR
Kevin P.B. Johnson

Attorneys for Plaintiff
SONY CORPORATION

Dated: October 29, 2008

Respectfully submitted,

JONES DAY

By: *[signature]*
William J. Brown, Jr.

Attorneys for Defendant
VIZIO, INC.