Kevin P. B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>VIZIO, Inc.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV-01135-AHS (ANx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) First Amended Complaint
(2) Amended Notice of Related Cases
(3) Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
  Initiating documents including amended complaints not subject to e-filing.

| | |
|---|---|
| November 14, 2008 | Kevin P. B. Johnson |
| Date | Attorney Name |
| | Sony Corporation |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).