

Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation, | CASE NO. CV-01135-AHS-AN |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| VIZIO, Inc., | |
| Defendant. | |

51451/2696519.1

Proof of Service

1

## PROOF OF SERVICE

2    I am employed in the County of Los Angeles, State of California. I am over
the age of eighteen years and not a party to the within action; my business address is
3    865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

4    On November 14, 2008, I served true copies of the following document(s)
described as

5

**(1) First Amended Complaint for Patent Infringement; Jury Trial**
6    **Demanded**

7    **(2) Amended Notice of Related Cases**

8    **(3) Proof of Service**

9    on the parties in this action as follows:

10    William J. Brown, Jr.,
Jones Day
11    3 Park Plaza, Suite 1100
Irvine, California 92614

12
*Attorneys for Defendant VIZIO, Inc.*
13

14    **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of
the person(s) being served.
15

16    I declare that I am employed in the office of a member of the bar of this Court
at whose direction the service was made.

17    Executed on November 14, 2008, at Los Angeles, California.

18

19    _____

20    APEX ATTORNEY SERVICE

21

22

23

24

25

26

27

28

51451/2696519.1