1 | Kevin P.B. Johnson (Bar No. 177129)
Benjamin L. Singer (*pro hac* admission pending)
2 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
3 | Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
4 | Facsimile: (650) 801-5100

5 | Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6 | 865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
7 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, Inc.,<br><br>Defendant. | CASE NO. CV-01135-AHS-AN<br><br>**AMENDED NOTICE OF RELATED CASES** |

TO THE CLERK OF THE COURT:

This case (the "Vizio Action") is substantially related to *Sony Corp. v. Westinghouse Digital Electronics, LLC,* CV08-03934 RGK (FMOx) ("Westinghouse Action"), which was filed in this Court on June 16, 2008 and is pending before Judge Klausner.

The two actions are substantially related because:

(1) both actions involve the same plaintiff, Sony Corporation;

(2) Sony Corp. is asserting the same ten patents against the sole defendant in each action (Sony is concurrently filing an Amended Complaint in this action that removes 4 of the 14 originally asserted patents from the case, thus rendering identical the patents asserted in this action and the Westinghouse Action);

(3) both actions involve the same underlying technology and similar infringing products, flat-screen digital televisions; and

(4) both actions will involve substantially the same patent issues of validity, enforceability and claim construction.

DATED: November 14, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____/FOR_____
Steven M. Anderson
Attorneys for Plaintiff Sony Corporation