Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO INC., A California corporation,<br><br>Defendant. | CASE NO. CV-01135-AHS-AN<br><br>**The Honorable Alicemarie H. Stotler**<br><br>[PROPOSED] ORDER GRANTING SONY CORPORATION'S MOTION FOR RECONSIDERATION OF TRANSFER ORDER<br><br>**Hearing Date and Time:** December 8, 2008, 10:00 a.m. |

1  Plaintiff Sony Corporation ("Sony") has filed a Motion for Reconsideration of
2  Transfer Order. Having considered the motion, the other pleadings and filings in this
3  action, and for good cause appearing,

5  IT IS HEREBY ORDERED that:
6  Sony's Motion for Reconsideration is GRANTED. The Court hereby
7  reconsiders it's Order dated October 24, 2008 declining transfer of <u>Sony
8  Corporation v. Vizio Inc.</u>, CV-01135-AHS (AN) (the "Vizio Action") and accepts
9  the intra-district transfer of the Vizio Action from the docket of Judge Stotler to the
10 docket of Judge Klausner.

12 IT IS SO ORDERED.

14 Dated:_____                           By:

_____
Honorable R. Gary Klausner
United States District Judge

51451/2699871.1

-1-

CASE NO. CV 01135-AHS-AN
[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION