Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO INC., A California corporation,<br><br>Defendant. | CASE NO. CV-01135-AHS-AN<br><br>**The Honorable Alicemarie H. Stotler**<br><br>**TIME-SENSITIVE**<br><br>[PROPOSED] ORDER GRANTING SONY CORPORATION'S *EX PARTE* APPLICATION SEEKING WAIVER OF L.R. 7-3'S 20-DAY WAITING PERIOD AND SHORTENING OF BRIEFING SCHEDULE REGARDING SONY'S MOTION FOR RECONSIDERATION OF TRANSFER ORDER |

Plaintiff Sony Corporation ("Sony") has filed an *Ex Parte* Application Seeking Waiver of L.R. 7-3's 20-Day Waiting Period and Shortening of Briefing Schedule Regarding Sony Corporation's Motion for Reconsideration of Transfer Order. Having considered the application, the other pleadings and filings in this action, and for good cause appearing,

IT IS HEREBY ORDERED that:

(1) Sony's request to waive <u>Civil Local Rule</u> 7-3's 20-day waiting period with regard to Sony's Motion for Reconsideration of Transfer Order is hereby GRANTED and

(2) The briefing schedule for Sony's Motion for Reconsideration of Transfer Order is as follows: Sony's Motion for Reconsideration is to be filed no later than November 19, 2008, Vizio's opposition, if any, is to be filed no later than November 26, 2008, and Sony's reply, if any, is to be filed no later than December 2, 2008. Hearing on this matter is tentatively set for December 8, 2008.

IT IS SO ORDERED.

Dated:_____ By:

_____
Honorable Alicemarie H. Stotler
United States District Judge