**DENIED**
BY ORDER OF THE COURT
Without prejudice to applying to Judge Klausner
On November 19, 2008

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO INC., A California corporation,<br><br>Defendant. | CASE NO. SACV-08-1135-AHS(ANx)<br><br>**The Honorable Alicemarie H. Stotler**<br><br>**TIME-SENSITIVE**<br><br>[PROPOSED] ORDER GRANTING SONY CORPORATION'S *EX PARTE* APPLICATION SEEKING WAIVER OF L.R. 7-3'S 20-DAY WAITING PERIOD AND SHORTENING OF BRIEFING SCHEDULE REGARDING SONY'S MOTION FOR RECONSIDERATION OF TRANSFER ORDER |

Plaintiff Sony Corporation ("Sony") has filed an *Ex Parte* Application Seeking Waiver of L.R. 7-3's 20-Day Waiting Period and Shortening of Briefing Schedule Regarding Sony Corporation's Motion for Reconsideration of Transfer Order. Having considered the application, the other pleadings and filings in this action, and for good cause appearing,

IT IS HEREBY ORDERED that:

(1) Sony's request to waive Civil Local Rule 7-3's 20-day waiting period with regard to Sony's Motion for Reconsideration of Transfer Order is hereby GRANTED and

(2) The briefing schedule for Sony's Motion for Reconsideration of Transfer Order is as follows: Sony's Motion for Reconsideration is to be filed no later than November 19, 2008, Vizio's opposition, if any, is to be filed no later than November 26, 2008, and Sony's reply, if any, is to be filed no later than December 2, 2008. Hearing on this matter is tentatively set for December 8, 2008.

IT IS SO ORDERED.

Dated:  By:  **DENIED**

_____
Honorable Alicemarie H. Stotler
United States District Judge