Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
William J. Brown, Jr. (State Bar No. 192950)
wbrown@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No. SACV-08-1135-AHS(ANx)<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>(LOCAL RULE 83-1.4) |

The undersigned counsel of record for VIZIO, INC. ("VIZIO") files the following "Notice of Pendency of Other Actions or Proceedings," which lists a pending case in which "all or a material part of the subject matter" of this case is involved. VIZIO provides the following:

**(a) A description sufficient to identify all other actions or proceedings:**

*VIZIO, INC. v. SONY CORPORATION et al.*, U.S. District Court, District of New Jersey (Newark), Case No. 2:08-cv-05029-FSH-PS.

**(b) The title of the court or administrative body in which other actions or proceedings are pending:**

United Stated District Court, District of New Jersey.

**(c) The names of the parties or participants in such other actions or**

proceedings:

VIZIO, Inc.; Sony Corporation; and Sony Corporation of America.

(d) **The names, addresses and telephone numbers of the attorneys in such other actions or proceedings:**

<u>Attorneys for Plaintiff VIZIO, Inc.</u>

    Liza M. Walsh

    lwalsh@connellfoley.com

    CONNELL FOLEY LLP

    85 Livingston Avenue

    Roseland, New Jersey 07068

    T: (973) 535-0500

<u>Attorneys for Defendant Sony Corporation of America</u>

    Kevin P. B. Johnson

    kevinjohnson@quinnemanuel.com

    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

    555 Twin Dolphin Dr. Suite 560

    Redwood Shores, California 94065

    T: (650) 801-5000

    F: (650) 801-5100

(e) **A brief factual statement setting forth the basis for the attorney's belief that the action involves all or a material part of the subject matter of such other actions or proceedings:**

The case listed above in subparagraph (a), pending in the District of New Jersey (the "New Jersey Case"), is an action in which VIZIO seeks, *inter alia*, declaratory relief establishing that twelve Sony patents are invalid and not infringed by VIZIO products.

The above-captioned case (the "California Case") is a patent infringement action in which Sony alleges that VIZIO infringes fourteen Sony patents.

The Original Complaint in the New Jersey Case asserted invalidity and non-infringement of 12 of the 14 originally patents asserted in the California Case. Sony has amended its Complaint in the California Case such that 8 of the 10 patents now asserted in the California Case remain the subject of the declaratory relief claims in the New Jersey case.

Dated: November 20, 2008

Respectfully submitted,

JONES DAY

By: *William J. Brown, Jr.* (signature)
William J. Brown, Jr.

Attorneys for Defendant
VIZIO, INC.