1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  William J. Brown, Jr. (State Bar No. 192950)
   wbrown@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, California  92614
   Telephone:  (949) 851-3939
5  Facsimile:   (949) 553-7539

6  Attorneys for Defendant VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No. SACV-08-01135-AHS(ANx)<br><br>**ORDER EXTENDING TIME TO RESPOND TO SONY CORPORATION'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

**IT IS HEREBY ORDERED THAT:**

Defendant Vizio, Inc. ("VIZIO") and Plaintiff Sony Corporation ("Sony") jointly moved the Court to extend the time, to and including January 5, 2009, for VIZIO to answer, move, or otherwise respond to Sony's Amended Complaint.

The Court, finding that good cause exists for the requested extension of time, hereby GRANTS the present motion.  Court hereby extends the time, to and

/ /

/ /

/ /

/ /

/ /

including January 5, 2009, for VIZIO to answer, move, or otherwise respond to Sony's Amended Complaint.

**IT IS SO ORDERED.**

Dated: December 2, 2008.

ALICEMARIE H. STOTLER
Hon. Alicemarie H. Stotler
Chief U.S. District Judge