1  Kevin P.B. Johnson (Bar No. 177129)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-2139
3  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
4
5  Steven M. Anderson (Bar No. 144014)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 S. Figueroa St. 10th Floor
6  Los Angeles, California 90017
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Plaintiff Sony Corporation

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   SOUTHERN DIVISION

12 | |
13 | SONY CORPORATION, A Japanese corporation, | CASE NO. SA CV08-01135-AHS
14 | | **TIME-SENSITIVE**
15 | Plaintiff, | ORDER **DENYING** SONY CORPORATION'S *EX PARTE* APPLICATION SEEKING WAIVER OF L.R. 7-3'S 20-DAY WAITING PERIOD AND SHORTENING OF BRIEFING SCHEDULE REGARDING SONY'S MOTION FOR RECONSIDERATION OF TRANSFER ORDER
16 | vs. |
17 | VIZIO INC., A California corporation, |
18 | Defendant. |

Plaintiff Sony Corporation ("Sony") has filed an *Ex Parte* Application Seeking Waiver of L.R. 7-3's 20-Day Waiting Period and Shortening of Briefing Schedule Regarding Sony Corporation's Motion for Reconsideration of Transfer Order. Having considered the application, the other pleadings and filings in this action, and for good cause appearing,

IT IS HEREBY ORDERED that:

(1) Sony's request to waive <u>Civil Local Rule</u> 7-3's 20-day waiting period with regard to Sony's Motion for Reconsideration of Transfer Order is hereby GRANTED and

(2) The briefing schedule for Sony's Motion for Reconsideration of Transfer Order is as follows: Sony's Motion for Reconsideration is to be filed no later than November 19, 2008, Vizio's opposition, if any, is to be filed no later than November 26, 2008, and Sony's reply, if any, is to be filed no later than December 2, 2008. Hearing on this matter is tentatively set for December 8, 2008.

# DENIED
BY ORDER OF THE COURT

Dated: 12/4/08        By: *Gary Klausner*

Honorable R. GARY KLAUSNER
United States District Judge