Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO INC., A California corporation,<br><br>Defendant. | CASE NO. CV-01135-AHS-AN<br><br>**DECLARATION OF RORY S. MILLER IN SUPPORT OF SONY'S AMENDED NOTICE OF MOTION AND AMENDED MOTION FOR RECONSIDERATION OF TRANSFER ORDER**<br><br>[Concerns Order by the Honorable R. Gary Klausner Declining Intra-District Transfer]<br><br>**Judge:** Hon. R. Gary Klausner<br>**Hearing Date and Time:** January 5, 2009, 10:00 a.m. |

1. I am a member of the bar of the State of California, of this Court, and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Sony Corporation ("Sony"). I submit this declaration in support of Sony's Amended Motion for Reconsideration of Transfer Order. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Sony Corporation ("Sony") and Vizio Inc. ("Vizio") met and conferred regarding Sony's Motion for Reconsideration of Transfer Order on November 13, 2008.

3. Attached hereto as Exhibit A is a true and correct copy (without exhibits) of Sony's Complaint for Patent Infringement against Westinghouse Digital Electronics, LLC ("Westinghouse"), dated June 16, 2008.

4. Attached hereto as Exhibit B is a true and correct copy of Sony and Westinghouse's Joint Stipulation for the Filing of Sony Corporation's First Amended Complaint.

5. Attached hereto as Exhibit C is a true and correct copy (without exhibits) of Sony's First Amended Complaint for Patent Infringement against Westinghouse, dated September 12, 2008.

6. Attached hereto as Exhibit D is a true and correct copy (without exhibits) of Sony's Complaint for Patent Infringement against Vizio, dated October 10, 2008.

7. Attached hereto as Exhibit E is a true and correct copy of the Notice of Related Case filed with the Vizio Complaint, dated October 10, 2008.

8. Attached hereto as Exhibit F is a true and correct copy of the Civil Cover Sheet filed with the Vizio Complaint, dated October 10, 2008.

9. Attached hereto as Exhibit G [New Jersey complaint]

10. Attached hereto as Exhibit H is a true and correct copy of Judge Klausner's Order declining transfer of the Vizio action, dated October 24, 2008.

1     11. Attached hereto as Exhibit I is a true and correct copy (without
2 exhibits) of Sony's First Amended Complaint for Patent Infringement Against
3 Vizio, dated November 14, 2008.
4     12. Attached hereto as Exhibit J is a true and correct copy of a letter dated
5 November 17, 2008 from Kevin P.B. Johnson to James L. Wamsley, counsel for
6 Vizio, enclosing a covenant not to sue on United States Patent Nos. 5,285,285;
7 5,212,554; 5,168,362; and 5,539,425.

DATED: December 15, 2008

By _____
Rory S. Miller