# EXHIBIT J

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5015

WRITER'S INTERNET ADDRESS
kevinjohnson@quinnemanuel.com

November 17, 2008

<u>VIA E-MAIL</u>

James L. Wamsley
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Ph: 216-586-7251
Fax: 216-579-0212

Re: <u>Vizio, Inc. v. Sony Corporation (Civil Action No. 08-5029 (FSH/PS)), District of New Jersey, Complaint for Declaratory Judgment</u>

Dear Jim:

Sony Corporation ("Sony") hereby provides Vizio, Inc. ("Vizio") the attached covenant not to sue on United States Patent Nos. 5,285,285, 5,212,553, 5,168,362, and 5,539,425. With respect to the above referenced litigation (the "Action"), this covenant divests the Court of any jurisdiction relating to these four patents. *Super Sack Mfg. Corp. v. Chase Packaging Corp.*, 57 F.3d 1054 (Fed. Cir. 1995); *MedImmune, Inc. v. Genentech, Inc.*, 553 F.Supp.2d 1000 (C.D.Cal. 2008). In view of the covenant granted by Sony and the relevant Federal Circuit precedents, we expect Vizio to file an amended complaint or a partial motion to dismiss to remove these four patents from the Action at its earliest convenience.

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100

51451/2703799.1

If you have any questions, please call.

Sincerely yours,

Kevin P.B. Johnson

## COVENANT NOT TO SUE

Sony Corporation ("Sony") unconditionally agrees not to sue Vizio, Inc. ("Vizio") for infringement as to any claim of United States Patent Nos. 5,285,285, 5,212,553, 5,168,362, and 5,539,425 (collectively the "Covenanted-Patents") based on the products currently or previously sold, offered for sale, manufactured, or imported by Vizio.

This covenant is without prejudice to Sony's right to pursue claims against other entities that at any time purchase products from Vizio or at any time practice acts that infringe the Covenanted-Patents. This covenant is also without prejudice to Sony's right to take discovery from Vizio in cases brought against purchasers of Vizio products.

_____
Kevin P.B. Johnson
Counsel for Sony Corporation

51451/2703799.1