1  Kevin P.B. Johnson (Bar No. 177129)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-2139
3  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
4
5  Steven M. Anderson (Bar No. 144014)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 S. Figueroa St. 10th Floor
6  Los Angeles, California 90017
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO INC., A California corporation,<br><br>Defendant. | CASE NO. CV-01135-AHS-AN<br><br>**[PROPOSED] ORDER GRANTING SONY'S AMENDED MOTION FOR RECONSIDERATION OF TRANSFER ORDER**<br><br>[Concerns Order by the Honorable R. Gary Klausner Declining Intra-District Transfer]<br><br>**Judge:** Hon. R. Gary Klausner<br>**Hearing Date and Time:** January 5, 2009, 10:00 a.m. |

# [PROPOSED] ORDER

Upon due consideration of Plaintiff Sony Corporation's ("Sony") Amended Motion for Reconsideration of Transfer Order, the Declaration of Rory S. Miller and its attached exhibits, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiff Sony's Amended Motion Reconsider Transfer Order is GRANTED. This action is hereby transferred to the docket of Hon. R. Gary Klausner for further proceedings. The Clerk of Court is ordered to transfer the case file to the Western Division of the United States District Court for the Central District of California forthwith.

**IT IS SO ORDERED.**

Dated: _____          _____

HONORABLE R. Gary Klausner
United States District Court Judge