Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>VIZIO INC., A California corporation,<br><br>       Defendant. | CASE NO. CV-01135-AHS-AN<br><br>**SONY'S NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION OF TRANSFER ORDER AND CONCURRENT FILING OF AMENDED MOTION FOR RECONSIDERATION OF TRANSFER ORDER**<br><br>[Concerns Order by the Honorable R. Gary Klausner Declining Intra-District Transfer]<br><br>**Judge:** Hon. R. Gary Klausner |

51451/2731341.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in light of the Court's December 10, 2008 denial of plaintiff Sony Corporation's ("Sony") *ex parte* application to waive the 20 day waiting period under Local Rule 7-3 and to shorten the briefing schedule on Sony's Motion for Reconsideration of Transfer Order, and in order to ensure compliance with the Local Rules and to clarify the briefing schedule and hearing date for the Court and the parties, Sony hereby withdraws its November 19, 2008 Motion for Reconsideration of Transfer Order (docket # 11), and is concurrently filing an Amended Motion for Reconsideration of Transfer Order.

DATED:  December 15, 2008          Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____ /FOR
     Kevin P.B. Johnson
     Attorneys for Sony Corporation

51451/2731341.1