1  Kevin P.B. Johnson (Bar No. 177129)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-2139
3  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
4
5  Steven M. Anderson (Bar No. 144014)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6  865 S. Figueroa St. 10th Floor
   Los Angeles, California 90017
7  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

8  Attorneys for Plaintiff Sony Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO INC., A California corporation,<br><br>Defendant. | CASE NO. CV-01135-AHS-AN<br><br>**NOTICE OF ERRATA**<br><br>[Concerns Amended Motion for Reconsideration of Transfer Order]<br><br>**Judge:** Hon. R. Gary Klausner<br>**Hearing Date and Time:** January 5, 2009, 10:00 a.m. |

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On December 15, 2008, Sony Corporation ("Sony") filed an Amended Motion for Reconsideration of Transfer Order and supporting papers. Two errors in the Declaration of Rory S. Miller are hereby corrected:

(1)  Paragraph 9 should read: "Attached hereto as Exhibit G is a true and correct copy of the Complaint in *VIZIO, Inc. v. Sony Corporation et al.,* D.N.J. Case No. 08-5029, dated October 10, 2008."

(2)  Exhibit H, Judge Klausner's Order declining transfer of the Vizio action, dated October 24, 2008, was inadvertently omitted from the filed copy.

A corrected version of the Declaration and its supporting exhibits is attached hereto.

DATED: December 16, 2008

By: _____
Rory S. Miller