Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
William J. Brown, Jr. (State Bar No. 192950)
wbrown@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant VIZIO, Inc.

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
stevenanderson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation,<br><br>Defendant. | Case No. SACV-08-01135-AHS(ANx)<br><br>**AGREED MOTION TO EXTEND TIME TO RESPOND TO SONY CORPORATION'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

Defendant Vizio, Inc. ("VIZIO") and Plaintiff Sony Corporation ("Sony")

LAI-2988207v3

hereby jointly move the Court to extend the time, to and including January 26, 2009, for VIZIO to answer, move, or otherwise respond to Sony's Amended Complaint.

The parties have stipulated to, and agree that good cause exists for, the requested extension of time for at least for following reasons.

On October 10, 2008, VIZIO filed a complaint against Sony and an affiliated company in the United States District Court for the District of New Jersey, seeking relief including a declaration of invalidity and not infringement with respect to certain Sony patents.

On October 10, 2008, Sony filed the present patent infringement action against VIZIO for infringement of certain Sony patents. The parties previously stipulated to extend the time for VIZIO to respond to the original Complaint.

On November 14, 2008, Sony filed an Amended Complaint in the present action. The parties previously filed an agreed motion, and the Court granted said motion, to extend the time for VIZIO to respond to the Amended Complaint to January 5, 2009.

The parties are engaged in discussions regarding the underlying dispute that gave rise to them instituting the above-referenced actions in this Court and the District of New Jersey. The parties would like extend the time for response to the operative pleadings in both actions to allow additional discussions to take place. Accordingly, the parties have agreed to mutually extend the time for responsive pleadings in this Court and the District of New Jersey.

The parties have further agreed that the statements set forth herein may be used only for the purposes of the present motion.

///

///

///

1 | Therefore, the parties jointly move the Court to extend the time, to and including January 26, 2009, for VIZIO to answer, move, or otherwise respond to Sony's Amended Complaint.

Dated: December 22, 2008

Respectfully submitted,

JONES DAY

By: _____ (with permission)
Thomas R. Malcolm

Attorneys for Defendant
VIZIO, INC.

Dated: December 22, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____ /for
Kevin P.B. Johnson

Attorneys for Plaintiff
SONY CORPORATION