Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
William J. Brown, Jr. (State Bar No. 192950)
wbrown@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No. SACV-08-01135-AHS(ANx)<br><br>**DECLARATION OF WILLIAM J. BROWN, JR., IN SUPPORT OF VIZIO'S OPPOSITION TO SONY'S AMENDED MOTION FOR RECONSIDERATION OF TRANSFER ORDER**<br><br>Date: January 5, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. R. Gary Klausner<br><br>[Proposed Transferee Judge: Honorable R. Gary Klausner] |

1. I am a member of the bar of the State of California and of this Court. I am an associate of Jones Day and counsel for Defendant VIZIO, Inc. ("VIZIO") in this matter. I submit this declaration in support of VIZIO's opposition to Sony's Amended Motion for Reconsideration of Transfer Order. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could have would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Sony's Amended Notice Of Related Cases, dated November 14, 2008.

CLI-1678118v1

3. Attached hereto as Exhibit B is a true and correct copy of VIZIO's Opposition To Sony's Amended Notice Of Related Cases, dated November 20, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of Sony's Notice Of Motion And Motion For Reconsideration Of Transfer Order; Memorandum Of Points And Authorities In Support Thereof, dated November 19, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of Sony Corporation's *Ex Parte* Application Seeking Waiver of L.R. 7-3's 20-day Waiting Period And Shortening Briefing Schedule Regarding Sony's Motion for Reconsideration of Transfer Order; Memorandum of Points and Authorities In Support Thereof, dated November 19, 2008.

6. Attached hereto as Exhibit E is a true and correct copy of VIZIO's Memorandum Of Points And Authorities Opposing Sony Corporation's *Ex Parte* Application Seeking Waiver of L.R. 7-3's 20-day Waiting Period And Shortening Briefing Schedule Regarding Sony's Motion for Reconsideration of Transfer Order, dated November 20, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of the Court's Order Denying Sony Corporation's *Ex Parte* Application Seeking Waiver of L.R. 7-3's 20-day Waiting Period And Shortening Briefing Schedule Regarding Sony's Motion for Reconsideration of Transfer Order, dated December 4, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed December 22, 2008 at Irvine, California.

By: _____
William J. Brown, Jr