## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 08-01135-AHS (ANx) | Date | December 29, 2008 |
|---|---|---|---|
| Title | SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) PLAINTIFF'S MOTION FOR RECONSIDERATION OF 224 TRANSFER (DE 22)**

The Court hereby advises counsel that the above-referenced motion set for hearing on January 5, 2009 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar.  Furthermore, **no appearance by counsel is necessary** and the Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

:

Initials of Preparer                    slw