1   Thomas R. Malcolm (State Bar No. 39248)
    trmalcolm@jonesday.com
2   William J. Brown, Jr. (State Bar No. 192950)
    wbrown@jonesday.com
3   JONES DAY
    3 Park Plaza, Suite 1100
4   Irvine, California 92614
    Telephone: (949) 851-3939
5   Facsimile: (949) 553-7539

6   Attorneys for Defendant VIZIO, Inc.

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11  SONY CORPORATION,              | Case No. SACV-08-01135-AHS(ANx)

12              Plaintiff,

13      v.                         | **ORDER EXTENDING TIME TO
                                     RESPOND TO SONY
14  VIZIO, INC.,                     CORPORATION'S AMENDED
                                     COMPLAINT FOR PATENT
15              Defendant.           INFRINGEMENT**

16

17

18      **IT IS HEREBY ORDERED THAT:**

19          Defendant Vizio, Inc. ("VIZIO") and Plaintiff Sony Corporation ("Sony")

20  jointly moved the Court to extend the time, to and including January 26, 2009, for

21  VIZIO to answer, move, or otherwise respond to Sony's Amended Complaint.

22          The Court, finding that good cause exists for the requested extension of time,

23  hereby GRANTS the present motion.  Court hereby extends the time, to and

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

including January 26, 2009, for VIZIO to answer, move, or otherwise respond to

Sony's Amended Complaint.

**IT IS SO ORDERED.**


Dated: December 24, 2008.

ALICEMARIE H. STOTLER
_____
Hon. Alicemarie H. Stotler
Chief United States District Judge