Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO INC., A California corporation,<br><br>Defendant. | CASE NO. CV-01135-AHS-AN<br><br>[PROPOSED] ORDER GRANTING SONY'S AMENDED MOTION FOR RECONSIDERATION OF TRANSFER ORDER<br><br>[Concerns Order by the Honorable R. Gary Klausner Declining Intra-District Transfer]<br><br>**Judge:** Hon. R. Gary Klausner<br>**Hearing Date and Time:** January 5, 2009, 10:00 a.m. |

51451/2733812.1

-1-

[PROPOSED] ORDER

## [PROPOSED] ORDER

Upon due consideration of Plaintiff Sony Corporation's ("Sony") Amended Motion for Reconsideration of Transfer Order, the Declaration of Rory S. Miller and its attached exhibits, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiff Sony's Amended Motion Reconsider Transfer Order is GRANTED. This action is hereby transferred to the docket of Hon. R. Gary Klausner for further proceedings. The Clerk of Court is ordered to transfer the case file to the Western Division of the United States District Court for the Central District of California forthwith.

**IT IS SO ORDERED.**

Dated: JAN - 8 2009

HONORABLE R. Gary Klausner
United States District Court Judge

cc: REASSIGNMENT