Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Richard D. Whitlow (State Bar No. 227947)
rdwhitlow@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (State Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SONY CORPORATION, a Japanese corporation,

Plaintiff,

v.

VIZIO, INC., a California corporation,

Defendant.

Case No. SA CV 08-01135-RGK (FMOx)

**DEFENDANT VIZIO, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE**

Date: April 6, 2009
Time: 9:00 a.m.
Judge: Hon. R. Gary Klausner
Courtroom: 850

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 6, 2009 at 9:00 a.m. in the above referenced Court, Defendant Vizio will move the Court for an order:

1. Temporarily staying this action until the resolution of plaintiff Sony's motion to transfer venue in the District of New Jersey case *Vizio, Inc. v. Sony Corporation et al.* (08-CV-5029 (FSH) (PS)); or, in the alternative,

LAI-3008585v1

Notice of Motion & Motion for Temp. Stay and/or 30-Day Continuance of Scheduling Conf
Case No. SA CV 08-01135-RGK (FMOx)

2. Granting a thirty-day continuance of the Rule 16(b) scheduling conference currently set for April 6, 2009.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on and before January 27, 2009.

This Motion shall be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support, the Declaration of Steven J. Corr; the Court's files in this action; and any additional matter that may properly come before the Court.

Dated: March 13, 2009

Respectfully submitted,

JONES DAY

By: ______________________
Steven J. Corr

Attorneys for Defendant VIZIO, INC.

LAI-3008585v1

- 2 -

Notice of Motion & Motion for Temp. Stay and/or 30-Day Continuance of Scheduling Conf
Case No. SA CV 08-01135-RGK (FMOx)