1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  Richard D. Whitlow (State Bar No. 227947)
   rdwhitlow@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, California 92614
   Telephone: (949) 851-3939
5  Facsimile: (949) 553-7539

6  Kevin G. McBride (State Bar No. 195866)
   kgmcbride@jonesday.com
7  Steven J. Corr (State Bar No. 216243)
   sjcorr@jonesday.com
8  JONES DAY
   555 S. Flower Street, 50th Floor
9  Los Angeles, CA 90071
   Telephone: (213) 489-3939
10 Facsimile: (213) 243-2539

11 Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation,<br><br>Defendant. | Case No. SA CV 08-01135-RGK (FMOx)<br><br>**[PROPOSED] ORDER GRANTING VIZIO'S MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE** |

Defendant Vizio respectfully requests that the Court enter a temporary stay of this litigation, or alternatively a thirty-day continuance of the April 6, 2009 scheduling conference, pending resolution of Plaintiff Sony's motion to transfer a prior pending action.

Having considered Vizio's motion and all submissions and argument in support thereof or in opposition thereto, and any other matter properly before the

LAI-3008588v1

[Proposed] Order Granting Motion for Temp.
Stay and/or 30-Day Continuance of Sched. Conf.
Case No. SA CV 08-01135-RGK (FMOx)

Court, the Court concludes that:

A strong showing of good cause being shown, a temporary stay of this action is warranted pending resolution of plaintiff Sony's motion to transfer pending in the New Jersey District Court in an earlier-filed case between these same parties.

Accordingly, it is hereby ORDERED that

1. Vizio's motion for a temporary stay is GRANTED.
2. This action is hereby STAYED pending the New Jersey court's resolution of Sony's motion to transfer.
3. The parties shall notify this Court immediately after the New Jersey court rules on Sony's motion to transfer.

DATED: _____

          Hon. R. Gary Klausner
          United States District Judge

LAI-3008588v1

- 2 -

[Proposed] Order Granting Motion for Temp.
Stay and/or 30-Day Continuance of Sched. Conf.
Case No. SA CV 08-01135-RGK (FMOx)