Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Richard D. Whitlow (State Bar No. 227947)
rdwhitlow@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone:   (949) 851-3939
Facsimile:   (949) 553-7539

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (State Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>VIZIO, INC., a California corporation,<br><br>                    Defendant. | Case No. SA CV 08-01135-RGK (FMOx)<br><br>**DECLARATION OF STEVEN J. CORR IN SUPPORT OF DEFENDANT VIZIO, INC.'S MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE**<br><br>Date:         April 6, 2009<br>Time:         9:00 a.m.<br>Judge:        Hon. R. Gary Klausner<br>Courtroom: 850 |

I, Steven J. Corr, declare as follows:

1.      I am an associate with Jones Day, counsel of record for Defendant Vizio in this action.  I make this declaration in support of Vizio's Motion for Temporary Stay and/or Thirty-Day Continuance of the April 6, 2009 Scheduling Conference.  The following is based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

Corr Decl. ISO Vizio's Motion for Temp. Stay
and/or 30-Day Continuance of Sched. Conf.
Case No. SA CV 08-01135-RGK (FMOx)

1       2.     Attached as Exhibit A hereto is a true and correct copy of Vizio's

2   Complaint for Declaratory Judgment, Trade Libel, Disparagement, and Violation of

3   Lanham Act filed on October 10, 2008 in the civil action entitled *Vizio, Inc. v. Sony*

4   *Corporation et al.*, Civil Action No. 08-5029 (FSH) (PS) ("the New Jersey action").

5       3.     Attached as Exhibit B hereto is true and correct excerpted copy

6   (without exhibits) of Sony's Answer to Complaint, Separate Defenses,

7   Counterclaims and Demand for Jury Trial filed on February 2, 2009 in the New

8   Jersey action.

9       4.     Attached as Exhibit C hereto is a true and correct copy of the Order on

10  Informal Application entered on January 16, 2009 in the New Jersey action.

11      5.     Attached as Exhibit D hereto is a true and correct copy of the

12  Scheduling Order entered on January 16, 2009 in the New Jersey action.

13      6.     Attached as Exhibit E hereto is a true and correct copy of Defendants'

14  Brief in Support of Their Motion to Transfer This Action to the Central District of

15  California Pursuant to 28 U.S.C. § 1404(a) filed on January 23, 2009 in the New

16  Jersey action.

17      7.     Attached as Exhibit F hereto is a true and correct copy of Plaintiff's

18  Opposition to Defendants' Motion to Transfer This Action to the Central District of

19  California Pursuant to 28 U.S.C. § 1404(a) filed on February 2, 2009 in the New

20  Jersey action.

21      8.     Attached as Exhibit G hereto is a true and correct copy of Sony's

22  letter, dated February 27, 2009 that was submitted to the court in the New Jersey

23  action.

24      9.     Attached as Exhibit H hereto is a true and correct copy of a January

25  27, 2009 letter from Sony's counsel stating that Sony would not agree to

26  temporarily stay this action pending resolution of Sony's motion to transfer the

27  New Jersey action.

28

LAI-3008794v1

Corr Decl. ISO Vizio's Motion for Temp. Stay
and/or 30-Day Continuance of Sched. Conf.
Case No. SA CV 08-01135-RGK (FMOx)

10. Attached as Exhibit I hereto is a true and correct copy of the Joint Discovery Plan filed by counsel for Sony and Vizio on March 12, 2009 in the New Jersey action.

11. On March 13, 2009, I participated in a conference call with other counsel who represent Vizio in the New Jersey action. During that call, I was informed about the March 13, 2009 scheduling conference. Counsel informed me that Magistrate Judge Patty Shwartz indicated to the parties during the scheduling conference that she intends to issue an order setting forth the following scheduling deadlines: (1) deadline to file amended pleadings – September 10, 2009; (2) fact discovery cut-off – March 31, 2010; (3) final claim construction submissions under the Local Patent Rules – June 11, 2010; and (4) final pretrial conference – October 27, 2010.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 13th day of March, 2009.

_____
Steven J. Corr

LAI-3008794v1

Corr Decl. ISO Vizio's Motion for Temp. Stay and/or 30-Day Continuance of Sched. Conf. Case No. SA CV 08-01135-RGK (FMOx)