# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **VIZIO, INC.,** : | |
| : | Civil Action No. 08-5029(FSH) |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **ORDER ON INFORMAL** |
| : | **APPLICATION** |
| **SONY CORPORATION.,** : | |
| : | |
| **Defendant** : | |

  This matter having come before the Court by way of letter dated January 8, 2009 and January 14, 2009, regarding the defendants' request for leave to file a motion to transfer and a partial motion to dismiss;

  and it appearing that presenting the motion to transfer at this time will enable the Court and the parties to determine whether or not there is reason to transfer this action to another forum in which a similar action is pending;

  and there being nothing in the letters that indicate that proceeding with the partial dismissal motion will impact the scope of the discovery or pretrial proceedings and thus, based upon the letter, it does not appear that such motion practice at this time will advance the interests set forth in Fed. R. Civ. P. 1 and the arguments described in the letter can be raised at a later time;

  and it further appearing that convening a conference under Fed. R. Civ. P. 16 will ensure that the case is progressing through the pretrial steps and such steps will occur regardless of the federal forum in which the case proceeds;

and for good cause shown,

IT IS ON THIS 15th day of January, 2009

ORDERED that the defendant's request to file a motion to transfer is granted.  Said motion shall be filed no later than **January 23, 2009.**  Any opposition shall be filed no later than **February 2, 2009** and any reply shall be submitted no later than **February 9, 2009.**  The return date shall be **February 17, 2009** before the Hon. Faith S. Hochberg.  Her Honor's Chambers will advise the parties if oral argument will be required.;

IT IS FURTHER ORDERED that the request for leave to file a motion for partial dismissal under Fed. R. Civ. P. 12(b)(6)  is denied without prejudice to a renewed request after the motion to transfer is resolved if the defendant can explain how proceeding with such a motion at that time significantly impacts the pretrial proceedings; and

IT IS FURTHER ORDERED that there shall be a conference pursuant to Fed. R. Civ. P. 16 on **March 13, 2009 at 10:00 a.m.**  A separate order setting forth the requirements for the conference will be issued.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE