# EXHIBIT G



# SAIBER LLC

*ATTORNEYS AT LAW*

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311

TELEPHONE (973) 622-3333
TELECOPIER (973) 622-3349

**WWW.SAIBER.COM**

**Direct Dial Number:**
**(973) 645-4828**

**E-Mail:**
**abc@saiber.com**

WILLIAM F. MADERER ◆●
DAVID J. D'ALOIA
JEFFREY W. LORELL ●
DAVID R. GROSS ●
SEAN R. KELLY ◆●
ARNOLD B. CALMANN ●
JOAN M. SCHWAB
JENNINE DISOMMA ●
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER ▲◆
MICHAEL J. GERAGHTY ●
NINO A. COVIELLO ●
THEODORE D. ADEN ●
AGNES I. RYMER ●
JAMES H. GIANNINOTO ●
NANCY A. WASHINGTON
MARC C. SINGER ◆●
SETH E. ZUCKERMAN
MARC E. WOLIN ▲
DAVID A. COHEN
JEREMY P. KLEIMAN ●
JEFFREY SOOS
DANALYNN T. COLAO ●

SAMUEL S. SAIBER
*1929-2002*

GEOFFREY GAULKIN
ALFRED M. WOLIN
*SPECIAL COUNSEL*

DAVID M. SATZ, JR.
MORTON GOLDFEIN
EDWIN H. NORDLINGER ◻
DAVID J. SATZ
HEIDI WEGRYN GROSS
*OF COUNSEL*

ROBERT B. NUSSBAUM
*COUNSEL*

◆ MEMBER OF NJ & NY BARS
▲ MEMBER OF NJ & PA BARS
◻ MEMBER OF NY BAR ONLY
⁎ CERTIFIED BY THE SUPREME COURT OF NEW
  JERSEY AS A CIVIL AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME COURT OF NEW
  JERSEY AS A CIVIL TRIAL ATTORNEY

MELISSA A. PROVOST
CHRISTINA L. FICHERA ◆
JENNIFER R. O'CONNOR
COLIN R. ROBINSON ▲
MARK A. RONEY
CARA L. MIGLIACCIO
JACK CHAN ●
DANIELE N. HANKIN ●
JEFFREY J. PASEK
JOHN H. NOORLANDER ●
JAKOB B. HALPERN
ANDREW D. LA FIURA ▲
LAUREN M. LIMAURO
RINA GRASSOTTI ●
UNA YOUNG KANG ▲
KATHERINE A. ESCANLAR◆
SANJAY MANOCHA◆
MATTHEW A. CATANIA
ANTONIO A. GONZALEZ ●
AMY K. SMITH ●
JANE JHUN ●

February 27, 2009

**<u>VIA ECF & FEDERAL EXPRESS</u>**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S.P.O.
  & Courthouse Building
One Federal Square, Room 369
Newark, New Jersey 07102

>       **Re:**    ***Vizio, Inc. v. Sony Corporation, et al.***
>              <u>**Civil Action No. 08-5029 (FSH) (PS)**</u>

Dear Judge Hochberg:

       We represent defendants Sony Corporation of America and Sony Corporation in this action.  As the Court is aware, presently pending before Your Honor is Sony's motion to transfer this action to the Central District of California (D.I. 26).  We write to inform Your Honor of a recent development in that District.

       Sony Corporation and Westinghouse have executed an agreement to settle their patent litigation pending in the Central District of California, in *Sony Corporation v. Westinghouse Digital Electronics, LLC*, 08-03934-RGK (FMOx) ("the Westinghouse action").  Inasmuch as the Westinghouse action was discussed in the parties' briefing on Sony's pending motion to transfer, we thought it advisable to inform Your Honor of this development.

       It is expected that the parties will disagree on any impact settlement of the Westinghouse action has on Sony's transfer motion.  Nonetheless, we respectfully defer to Your Honor's

Honorable Faith S. Hochberg, U.S.D.J.
February 27, 2009
Page 2


judgment and discretion as to whether the Court wishes to invite commentary on the settlement or requires any further briefing by the parties on this issue.

      We thank the Court for its consideration.

                        Respectfully submitted,

                        s/ Arnold B. Calmann

                        Arnold B. Calmann

cc:    **(via ECF, email and first-class mail)**
        Hon. Patty Shwartz, U.S.M.J.
        Liza M. Walsh, Esq.
        Kevin P.B. Johnson, Esq.
        James Wamsley III, Esq.