# EXHIBIT H

quinn emanuel trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7225

WRITER'S INTERNET ADDRESS
josephmilowic@quinnemanuel.com

January 27, 2009

VIA E-MAIL

James L. Wamsley, III
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Re: Sony Corporation v. Vizio, Inc., 8:08-cv-01135-RGK-FMO (C.D. Cal.)

Dear Jim:

On Tuesday, January 20, 2009, pursuant to Federal Rule of Civil Procedure 26(f), Sony contacted Vizio to confer regarding a discovery plan for this case. Vizio, however, has refused to meet with Sony on the grounds that the conference would be premature since Judge Klausner has not yet scheduled a Rule 16(b) conference and because Sony's motion to transfer Vizio's New Jersey action to the Central District of California is pending.

We have taken a look at Rule 26 in light of your positions and confirmed that it does not permit the parties to unilaterally forego an initial conference. On the contrary, Rule 26(f) provides that the parties "must confer as soon as practicable—and in any event at least 21 days before . . . a scheduling order is due under Rule 16(b)" (emphasis added). A scheduling order is due in this case in less than 21 days, and therefore the parties must meet and confer immediately regarding a discovery plan for this case. As a practical matter, the Rule 26(f) conference is a relatively brief meeting between the parties that will only serve to help the Court set an appropriate schedule for this case. As a result, Sony would like to meet with Vizio and for the parties to submit a joint report outlining the parties discovery plan in accordance with the rules. Please let us know whether Vizio will agree to participate in a 26(f) conference this week. If Vizio is unwilling to participate in a Rule 26(f) conference, Sony will proceed on its own to file a discovery plan with the Court.

quinn emanuel urquhart oliver & hedges, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London, United Kingdom EC4M 7EG | TEL +44(0) 20 7653-2000 FAX +44(0) 20 7653-2100

On a separate but related issue, Sony is unwilling to consent to Vizio's request to stay this action pending the resolution of Sony's motion to transfer Vizio's New Jersey action. Sony does not see the benefit to slowing down this proceeding, and accordingly cannot agree to Vizio's proposal.

Sincerely,

Joseph Milowic III