Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Richard D. Whitlow (State Bar No. 227947)
rdwhitlow@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (State Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Defendant VIZIO, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation,<br><br>Defendant. | Case No. SA CV 08-01135-RGK (FMOx)<br><br>**PROOF OF SERVICE**<br><br>Date: April 6, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850 |

LAI-3009375v1     Proof of Service

I, Beth A. Marchese, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On March 13, 2009, I served a copy of the within document(s):

**DEFENDANT VIZIO, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT VIZIO, INC.'S MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE**

**DECLARATION OF STEVEN J. CORR IN SUPPORT OF DEFENDANT VIZIO, INC.'S MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE**

**[PROPOSED] ORDER GRANTING VIZIO'S MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE**

by transmitting via e-mail or electronic transmission the document(s) listed above.

I am familiar with the United States District Court, Central District of California, Western Division's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Kevin P.B. Johnson, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | kevinjohnson@quinnemanuel.com |
| Steven M. Anderson, Esq.<br>Rory S. Miller, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017 | stevenanderson@quinnemanuel.com<br>rorymiller@quinnemanuel.com |
| William J. Brown, Jr.<br>Law Offices of William J. Brown, Jr.<br>600 Anton Blvd., Suite 650<br>Costa Mesa, CA 92626 | bill@wbrownlaw.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2009, at Los Angeles, California.

_____
Beth A. Marchese