# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 08-01135-RGK (FMOx) | Date | March 17, 2009 |
| Title | SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

    The Court is in receipt of "Defendant Vizio, Inc.'s Notice of Motion and Motion for Temporary Stay and/or Thirty-Day Continuance of the April 6, 2009 Scheduling Conference."

    The Court hereby orders that portion of defendant's motion seeking to continue the Scheduling Conference is denied. The motion for temporary stay has been placed on calendar for hearing on April 6, 2009 at 9:00 a.m., and the Scheduling Conference remains on calendar as originally ordered.

    **IT IS SO ORDERED.**

                                                                                                           :

                                                            Initials of Preparer    slw