1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  Richard D. Whitlow (State Bar No. 227947)
   rdwhitlow@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, California 92614
   Telephone: (949) 851-3939
5  Facsimile: (949) 553-7539

6  Kevin G. McBride (State Bar No. 195866)
   kgmcbride@jonesday.com
7  Steven J. Corr (State Bar No. 216243)
   sjcorr@jonesday.com
8  JONES DAY
   555 S. Flower Street, 50th Floor
9  Los Angeles, CA 90071
   Telephone: (213) 489-3939
10 Facsimile: (213) 243-2539

11 Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation,<br><br>Defendant. | Case No. SA CV 08-01135-RGK (FMOx)<br><br>**VIZIO'S NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE** |

LAI-3011018v1

Vizio's Notice of Withdrawal of Motion for
Temporary Stay and/or 30-Day Continuance
of the April 6, 2009 Scheduling Conference

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 7-16, Defendant Vizio hereby gives notice of withdrawal of its Motion for Temporary Stay and/or Continuance of the April 6, 2009 Scheduling Conference in this action.

On March 13, 2009, Vizio filed a motion for a Temporary Stay and/or Thirty-Day Continuance of the April 6, 2009 Scheduling Conference in this action, pending resolution of Plaintiff Sony Corporation's motion to transfer a prior pending action ("the New Jersey action") from the District of New Jersey to this Court. (*See* Doc. Nos. 37-39.) On March 17, 2009, this Court denied the portion of Vizio's motion seeking to continue the scheduling conference. (Doc. No. 41.) The Court placed Vizio's motion for a temporary stay on calendar for hearing on April 6, 2009. (*Id.*)

Subsequently, on March 20, 2009, the New Jersey Court granted Sony's motion to transfer the New Jersey action to this Court. Accordingly, Vizio hereby withdraws its Motion for Temporary Stay and/or Thirty-Day Continuance of the April 6, 2009 Scheduling Conference.

Dated: March 23, 2009

Respectfully submitted,

JONES DAY

By: _____
Steven J. Corr

Attorneys for Defendant VIZIO, INC.

LAI-3011018v1

- 2 -

Vizio's Notice of Withdrawal of Motion for
Temporary Stay and/or 30-Day Continuance
of the April 6, 2009 Scheduling Conference

# PROOF OF SERVICE

I, Beth A. Marchese, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On March 23, 2009, I served a copy of the within document(s):

**VIZIO'S NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY STAY AND/OR THIRTY-DAY CONTINUANCE OF THE APRIL 6, 2009 SCHEDULING CONFERENCE**

by transmitting via e-mail or electronic transmission the document(s) listed above.

I am familiar with the United States District Court, Central District of California, Western Division's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Kevin P.B. Johnson, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | kevinjohnson@quinnemanuel.com |
| Steven M. Anderson, Esq.<br>Rory S. Miller, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017 | stevenanderson@quinnemanuel.com<br>rorymiller@quinnemanuel.com |
| William J. Brown, Jr.<br>Law Offices of William J. Brown, Jr.<br>600 Anton Blvd., Suite 650<br>Costa Mesa, CA 92626 | bill@wbrownlaw.com |

LAI-3011018v1

Proof of Service

1     I declare that I am employed in the office of a member of the bar of this court
2 at whose direction the service was made.
3     Executed on March 23, 2009, at Los Angeles, California.

*Beth Marchese*
Beth A. Marchese