Name, Address and Telephone Number of Attorney(s):
Kevin P.B. Johnson (Bar No. 177129), Attorney for Plaintiff;
555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA, 94065;
Telephone: (650) 801-5000.
Kevin G. McBride (Bar No. 195866), Attorney for Defendant;
555 S. Flower Street, 50th Floor, Los Angeles, CA, 90071;
Telephone: (213) 489-3939.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>Plaintiff(s)<br>v.<br><br>VIZIO, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>SA CV 08-01135-RGK (FMOx)<br><br>**SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☑ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 3/30/2009     _/s/ Kevin Johnson_ (RSM w/ permission)
Attorney for Plaintiff Sony Corporation

Dated: _____     _____
Attorney for Plaintiff

Dated: 3/30/2009     _/s/ Kevin McBride_ (RSM w/ permission)
Attorney for Defendant Vizio, Inc.

Dated: _____     _____
Attorney for Defendant

Dated: _____     _____
Attorney for Defendant

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request.** If additional signatures are required, attach an additional page to this request.

ADR-01 (03/07)     SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE