Name and address:

James L. Wamsley, III
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sony Corporation, | CASE NUMBER |
|---|---|
| Plaintiff(s) | SA CV 08-01135-RGK (FMOx) |
| v. | |
| VIZIO, Inc., | APPLICATION OF NON-RESIDENT |
| Defendant(s). | ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, __James L. Wamsley, III__, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant: __VIZIO, Inc.__ by whom I have been retained.

My *out-of-state* business information is as follows:

Jones Day
*Firm Name*

North Point; 901 Lakeside Avenue
*Street Address*

Cleveland, Ohio  44114-1190                jlwamsleyiii@jonesday.com
*City, State, Zip*                          *E-Mail Address*

216-586-7251                                216-579-0212
*Telephone Number*                          *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Ohio | 11/07/1975 |
| U.S.D.C., Northern District of Ohio | 1/1976 |
| U.S.D.C., Northern District of California | 6/1992 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate __Kevin G. McBride__ as local counsel, whose business information is as follows:

__Jones Day__
*Firm Name*

__555 S. Flower Street, 50th Floor__
*Street Address*

__Los Angeles, CA 90071__          __kgmcbride@jonesday.com__
*City, State, Zip*                 *E-Mail Address*

__213-489-3939__                   __213-243-2539__
*Telephone Number*                 *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated __March 31, 2009__          James L. Wamsley, III
                                   *Applicant's Name (please print)*
                                   [signature]
                                   *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated __April 1, 2009__            Kevin G. McBride
                                   *Designee's Name (please print)*
                                   [signature]
                                   *Designee's Signature*

                                   195866
                                   *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

James Lawrence Wamsley III

was admitted to the practice of law in Ohio on November 07, 1975; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 26th day of March, 2009.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*