# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 08-01135-RGK (FMOx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Lynne Nicholson | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edward De Franco | Kevin McBride |
| | James Wamsley, III |

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held. The Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 10-20 days): | January 26, 2010 at 9:00 a.m. |
| Pretrial Conference: | January 10, 2010 at 9:00 a.m. |
| Motion Cut-Off (last day to file): | November 10, 2009 |
| Discovery Cut-Off: | November 1, 2009 |

**IT IS SO ORDERED.**

                                                                 :    12

Initials of Preparer    slw