1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  JONES DAY
   3 Park Plaza, Suite 1100
3  Irvine, California 92614
   Telephone: (949) 851-3939
4  Facsimile: (949) 553-7539

5  Kevin G. McBride (State Bar No. 195866)
   kgmcbride@jonesday.com
6  Steven J. Corr (State Bar No. 216243)
   sjcorr@jonesday.com
7  JONES DAY
   555 S. Flower Street, 50th Floor
8  Los Angeles, CA 90071
   Telephone: (213) 489-3939
9  Facsimile: (213) 243-2539

10 Attorneys for Defendant VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>VIZIO, INC.,<br><br>            Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br>**VIZIO'S NOTICE OF MOTION AND MOTION TO FILE ITS PROPOSED AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO SONY'S AMENDED COMPLAINT**<br><br>Date:       TBD<br>Time:       TBD<br>Judge:      Hon. R. Gary Klausner<br>Courtroom: 850 |

LAI-3015975v2

- 1 -

Vizio's Ntc of Mtn & Mtn to File Prop. Amend.
Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT at a time and date to be determined, in the above referenced Court, Defendant and Counterclaimant Vizio (hereafter "Vizio"), will and hereby does move the Court for an order GRANTING Vizio leave to file its Amended Answer, Affirmative Defenses and Counterclaims to Sony's Amended Complaint.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 14, 2009.

This motion is further made pursuant to the Court's April 6, 2009 Scheduling Order, which set a fifteen (15) day time limit for the parties to file all motions to amend the pleadings, Local Rule 15 and Fed. R. of Civ. P. 13; and will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Steven J. Corr, the Court's files in this action, and any additional material that may properly come before the Court.

Dated: April 21, 2009

Respectfully submitted,

JONES DAY

By: _____
Steven J. Corr

Attorneys for Defendant VIZIO, INC.

LAI-3015975v2

- 2 -

Vizio's Ntc of Mtn & Mtn to File Prop. Amend.
Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Beth A. Marchese, declare: |
| 3 | I am a citizen of the United States and employed in Los Angeles County, |
| 4 | California. I am over the age of eighteen years and not a party to the within-entitled |
| 5 | action. My business address is 555 South Flower Street, 50th Floor, Los Angeles, |
| 6 | California 90071. On April 21, 2009, I served a copy of the within document(s): |
| 7 | **VIZIO'S NOTICE OF MOTION AND MOTION TO FILE ITS PROPOSED AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO SONY'S AMENDED COMPLAINT** |
| 8 | |
| 9 | by transmitting via e-mail or electronic transmission the document(s) listed above. |
| 10 | I am familiar with the United States District Court, Central District of |
| 11 | California, Western Division's practice for collecting and processing electronic |
| 12 | filings. Under that practice, documents are electronically filed with the court. The |
| 13 | court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the |
| 14 | filing party, the assigned judge, and any registered users in the case. The NEF will |
| 15 | constitute service of the document. Registration as a CM/ECF user constitutes |
| 16 | consent to electronic service through the court's transmission facilities. Under said |
| 17 | practice, the following CM/ECF users were served: |

Kevin P.B. Johnson, Esq.  kevinjohnson@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

Steven M. Anderson, Esq.  stevenanderson@quinnemanuel.com
Rory S. Miller, Esq.  rorymiller@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

On April 21, 2009, I also served a courtesy copy, pursuant to the agreement between the parties, by e-mail to opposing counsel at:

sony-vizio@quinnemanuel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

LAI-3016216v2

Vizio's Ntc of Mtn & Mtn to File Prop. Amend.
Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)

Executed on April 21, 2009, at Los Angeles, California.

_____
Beth A. Marchese

LAI-3015975v2

- 2 -

Vizio's Ntc of Mtn & Mtn to File Prop. Amend.
Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)