| | |
|---|---|
| 1 | Thomas R. Malcolm (State Bar No. 39248) |
| | trmalcolm@jonesday.com |
| 2 | JONES DAY |
| | 3 Park Plaza, Suite 1100 |
| 3 | Irvine, California 92614 |

**IT IS HEREBY ORDERED THAT:**

After reviewing all the information submitted or otherwise considered with respect to Vizio's Motion for Leave to Amend its Answer, Affirmative Defenses and Counterclaims to Sony's Amended Complaint, the Court, finding that good cause exists for the requested motion to amend, hereby GRANTS the present motion.

**IT IS SO ORDERED.**

Dated:

_____
United States District Judge

**PROOF OF SERVICE**

1. I, Beth A. Marchese, declare:

   I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 50th Floor, Los Angeles, California 90071. On April 21, 2009, I served a copy of the within document(s):

   **[PROPOSED] ORDER GRANTING VIZIO'S MOTION FOR LEAVE TO FILE ITS PROPOSED AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO SONY'S AMENDED COMPLAINT**

   by transmitting via e-mail or electronic transmission the document(s) listed above.

| | |
|---|---|
| 1 | at whose direction the service was made. |
| 2 | Executed on April 21, 2009, at Los Angeles, California. |
| 3 | _____ |
| 4 | Beth A. Marchese |

[Proposed] Order Granting Vizio's Mtn for
Leave to File its Prop. Amend. Ans.
Case No. SA CV 08-01135-RGK (FMOx)

- 2 -