Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (State Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Defendant VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>VIZIO, INC.,<br><br>            Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br>**VIZIO'S NOTICE OF HEARING ON MOTION TO FILE ITS PROPOSED AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO SONY'S AMENDED COMPLAINT**<br><br>Date: May 18, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850 |

LAI-3017765v1

- 1 -

Vizio's Ntc. of Hearing on Mtn. to File Prop.
Amend. Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)

**VIZIO'S NOTICE OF HEARING ON MOTION TO FILE ITS PROPOSED**
**AMENDED ANSWER, AFFIRMATIVE DEFENSES AND**
**COUNTERCLAIMS TO SONY'S AMENDED COMPLAINT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Monday, May 18, 2009 at 9:00 a.m., or

as soon thereafter as the matter may be heard, in the above referenced Court,

Defendant and Counterclaimant Vizio will and hereby does move the Court for an

order GRANTING Vizio leave to file its proposed Amended Answer, Affirmative

Defenses and Counterclaims to Sony's Amended Complaint.

Dated: April 23, 2009                    Respectfully submitted,

                                         JONES DAY

                                         By:
                                              Steven J. Corr

                                         Attorneys for Defendant VIZIO, INC.

LAI-3017765v1                  - 2 -

Vizio's Ntc. of Hearing on Mtn. to File Prop.
Amend. Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)

# PROOF OF SERVICE

I, Beth A. Marchese, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 50th Floor, Los Angeles, California 90071. On April 23, 2009, I served a copy of the within document(s):

**VIZIO'S NOTICE OF HEARING ON MOTION TO FILE ITS PROPOSED AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO SONY'S AMENDED COMPLAINT**

by transmitting via e-mail or electronic transmission the document(s) listed above.

I am familiar with the United States District Court, Central District of California, Western Division's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Kevin P.B. Johnson, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | kevinjohnson@quinnemanuel.com |
| Steven M. Anderson, Esq.<br>Rory S. Miller, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017 | stevenanderson@quinnemanuel.com<br>rorymiller@quinnemanuel.com |

On April 23, 2009, I also served a courtesy copy, pursuant to the agreement between the parties, by e-mail to opposing counsel at:

sony-vizio@quinnemanuel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

LAI-3017765v1

Vizio's Ntc. of Hearing on Mtn. to File Prop.
Amend. Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)

Executed on April 23, 2009, at Los Angeles, California.

Beth A. Marchese

LAI-3017765v1

- 2 -

**Vizio's Ntc. of Hearing on Mtn. to File Prop.
Amend. Answer, Aff. Def. & Counterclaims
Case No. CV-08-01135-RGK (FMOx)**