# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-02129-RGK (FMOx)<br>SA CV 08-01135-RGK (FMOx) ✔ | Date | May 11, 2009 |
|---|---|---|---|
| Title | VIZIO, INC. v. SONY CORPORATION, et al.<br>SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Lynne Nicholson | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Kevin McBride

Attorneys Present for Defendants:

Kevin Johnson
Rory Miller

**Proceedings:** **CONSOLIDATION OF CASES UNDER CASE NUMBER SA CV 08-01135-RGK (FMOx) AND TERMINATION OF CASE NUMBER CV 09-02129-RGK (FMOx)**

Court and counsel confer. This case is ordered consolidated for all purposes and for trial with case number SA CV-08-01135-RGK (FMOx). The dates previously ordered in case number SA CV-08-01135-RGK (FMOx) remain.

For ease of record keeping, it is ordered that all further documents and proceedings occur under Case No. SA CV 08-01135, and that Case No. CV 09-02129-RGK (FMOx) be closed. Counsel are directed to file all further documents under Case No. SA CV 08-01135-RGK (FMOx) only. <u>The documents should utilize the caption of the original filed case to which they relate.</u>

**IT IS SO ORDERED.**

                                                                : 2

Initials of Preparer    slw