# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 08-01135-RGK (FMOx) | Date | May 13, 2009 |
|---|---|---|---|
| Title | SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendant's Motion for Leave to File Amended Answer (DE 57)

     The Court hereby advises counsel that the above-referenced motion noticed for hearing on May 18, 2009 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, **no appearance by counsel is necessary** and the Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |

.