Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC., A California corporation,<br><br>Defendant. | CASE NO. 08-01135 RGK (FMOx)<br><br>**SUPPLEMENTAL DECLARATION OF JAIME A. SIEGEL IN SUPPORT OF SONY CORPORATION'S SUR-REPLY MEMORANDUM IN OPPOSITION TO VIZIO'S MOTION TO FILE ITS PROPOSED AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

I, Jaime A. Siegel, declare:

1. I am the Senior IP Counsel, Intellectual Property Department, and am employed by Sony Corporation of America ("SCA"). Among other duties, I represent Sony Corporation ("Sony Corp.") in intellectual property matters.

2. I submit this supplemental declaration in support of Plaintiff Sony Corporation's Sur-reply Memorandum in Opposition to Vizio's Motion To File Its Proposed Amended Answer, Affirmative Defenses and Counterclaims to Sony's Amended Complaint. I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

3. As I stated in my May 4, 2009 Declaration in support of Sony's Opposition to Vizio's Motion To File Its Amended Answer, Affirmative Defenses and Counterclaims, I have been one of the Sony representatives with primary responsibility for the settlement and licensing negotiations between Sony and Vizio. Those negotiations have included five meetings that took place between November 7, 2007 and October 14, 2008, as well as additional meetings and discussions that have continued through the pendency of this action, including as recently as April 24, 2009.

4. Sony has never sought a cross-license with Vizio. Sony attempted to negotiate a "for fee" license, which would have given Vizio a license, subject to certain exclusions, to Sony patents necessary to make, import, offer for sale and sell color televisions. Vizio would be required to pay Sony a fee and to give Sony a royalty-free grant-back of rights, subject to certain exclusions, to Vizio patents, if any, necessary to make and sell color televisions. At the most recent discussion between the parties, when Vizio demanded a royalty based upon its recently acquired patents, which could have been interpreted as a request for a cross-license. In response, Sony immediately withdrew any settlement offer to Vizio.

///

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 15, 2009 at Park Ridge, New Jersey.

*/s/ Jaime A. Siegel*
Jaime A. Siegel