# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 08-01135 RGK (FMOx) | Date | May 20, 2009 |
|---|---|---|---|
| Title | SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re Defendant's Motion for Leave to File Its Proposed Amended Answer, Affirmative Defenses and Counterclaims (DE 49)

    By way of its current motion, Vizio, Inc. ("Defendant") seeks leave to file an Amended Answer, Affirmative Defenses and Counterclaim ("Amended Answer"). The proposed Amended Answer adds counterclaims against Sony Corporation ("Plaintiff") alleging patent infringement of four new patents acquired by Defendant on April 6, 2009. It appears that these patents are not currently the subject matter of the underlying action. Although the motion has been timely filed, the Court finds no good cause to grant Defendant's request. Therefore, the Court **denies** Defendant's Motion for Leave to File its Proposed Amended Answer, Affirmative Defenses and Counterclaims.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |