Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC., a California corporation<br><br>Defendant. | CASE NO. SA CV 08-01135 (RGK) (FMOx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SONY CORPORATION'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO VIZIO'S MOTION TO FILE ITS PROPOSED AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

# DENIED
BY ORDER OF THE COURT

Denied as moot.

Plaintiff Sony Corporation ("Sony") has applied *ex parte* for an order granting leave to file the attached sur-reply and accompanying declaration in response to Vizio's reply to Sony's opposition to its motion to file its proposed amended answer, affirmative defenses, and counterclaims. Having considered the application, the other pleadings and filings in this action, and for good cause appearing,

IT IS HEREBY ORDERED that:

Sony's request for leave to file the attached sur-reply and accompanying declaration in response to Vizio's reply to Sony's opposition to its motion to file its proposed amended answer, affirmative defenses, and counterclaims is hereby GRANTED.

**Ex parte application is denied as moot.**

IT IS SO ORDERED.

Dated: May 21, 2009                By: *Gary Klausner*

                                                   _____

                                                   Honorable R. Gary Klausner
                                                   United States District Judge