1  Kevin P.B. Johnson (Bar No. 177129)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-2139
3  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
4
   Steven M. Anderson (Bar No. 144014)
5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 S. Figueroa St. 10th Floor
6  Los Angeles, California 90017
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Plaintiff Sony Corporation

9  Kevin G. McBride (State Bar No. 195866)
   Steven J. Corr (State Bar No. 216243)
10 JONES DAY
   555 S. Flower Street, 50th Floor
11 Los Angeles, CA 90071
   Telephone: (213) 489-3939
12 Facsimile: (213) 243-2539

13 James L. Wamsley III (admitted *pro hac vice*)
   JONES DAY
14 901 Lakeside Avenue
   Cleveland, Ohio 44114
15 Telephone: (216) 586-3939
   Facsimile: (216) 579-0212
16
   Attorneys for Defendant VIZIO, Inc.
17                UNITED STATES DISTRICT COURT
18                CENTRAL DISTRICT OF CALIFORNIA
19                       WESTERN DIVISION
20

| | |
|---|---|
| 21 SONY CORPORATION, A Japanese Corporation, | Case No. CV08-01135-RGK (FMOx) |
| 22 Plaintiff, | **JOINT STIPULATION AND MOTION FOR PROTECTIVE ORDER** |
| 23 vs. | |
| 24 VIZIO, Inc., | **[DISCOVERY MATTER]** |
| 25 Defendant. | |
| 26 | **Judge: Hon. Fernando M. Olguin** |
| 27 | **Trial Date: January 26, 2010** |

28

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Sony Corporation ("Sony" and Defendant Vizio, Inc. ("Vizio") are presently engaged in discovery in this action;

WHEREAS, Sony and Vizio have determined that materials sought in response to these requests contain sensitive, confidential, and/or proprietary information;

WHEREAS, Sony and Vizio have good cause to protect the confidentiality of certain materials that contain sensitive, confidential, and/or proprietary information;

WHEREAS, in order to avoid the risk of this information being inappropriately made public or used for purposes beyond this litigation, Sony and Vizio believe the entry of a Protective Order is appropriate in this action;

///

///

///

///

1  THEREFORE Sony and Vizio hereby stipulate and agree, and jointly move the

2  Court, for the entry of the attached Protective Order.

3

4

5  Date: June 8, 2009          QUINN EMANUEL URQUHART OLIVER &

6                                          HEDGES, LLP

7                              By _____ /for_____

8                                 Kevin P.B. Johnson
                                   Attorneys for Plaintiff Sony Corporation
9

10

11

12  Date: June 8, 2009          JONES DAY

13

14                              By _____ (with permission)

15                                 James L. Wamsley III
                                   Attorneys for Defendant Vizio, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28