# Exhibit 4

Exhibit 4 Page 77

1    ****CONFIDENTIAL TRANSCRIPT - FOR ATTORNEY'S EYES ONLY****

2                    UNITED STATES DISTRICT COURT

3                    CENTRAL DISTRICT OF CALIFORNIA

4                         WESTERN DIVISION

5

6        SONY CORPORATION, A Japanese  )

7        corporation,                  )

8                    Plaintiff,        )   No. SA CV 08-01135

9                vs.                   )      RGK (FMOx)

10       VIZIO, Inc.,                  )

11                   Defendant.        )

12       _____ )

13

14

15

16

17                  TELEPHONIC MEET AND CONFER

18                    LOS ANGELES, CALIFORNIA

19                    MONDAY, MAY 18, 2009

20

21

22

23       REPORTED BY:

24       KATHY SEIDENGLANZ, CSR No. 3331

25       JOB NO. 22895

1    ****CONFIDENTIAL TRANSCRIPT - FOR ATTORNEY'S EYES ONLY****

2

3

4

5

6                        MONDAY, MAY 18, 2009

7                        1:03 p.m.

8

9

10           Telephonic Meet and Confer, held at the offices

11           of Jones Day, 555 South Flower Street, Fiftieth

12           Floor, California 90071, before Kathy

13           Seidenglanz, CSR No. 3331, a Certified Shorthand

14           Reporter of the State of California.

15

16

17

18

19

20

21

22

23

24

25

1    ****CONFIDENTIAL TRANSCRIPT - FOR ATTORNEY'S EYES ONLY****

2              with.

3                   And after we do that, you know, the

4              parties will know what the positions are

5              and you're going to be in a lot better

6              position to make infringement and

7              non-infringement allegations.

8                   MR. PEASE:  Well, our position on

9              that is I want to hear more about that.  I

10             think we can probably come to a reasonable

11             approach and identify, let's say, 15 terms

12             that we're going to share or exchange, you

13             know, at the same time claim construction

14             positions on.

15                  But I want to make clear we are not

16             -- that if we agree to that, it doesn't in

17             any way reflect our view that what Vizio

18             has done to date is acceptable.  We're

19             still pressing forward to try to get your

20             infringement -- non-infringement

21             contentions and we believe we're entitled

22             to them and we believe that we are

23             entitled to them based on the information

24             that you now have.

25                  MR. McCRUM:  Okay.  And I understand

1    ****CONFIDENTIAL TRANSCRIPT - FOR ATTORNEY'S EYES ONLY****

2                    your point and I see what you are saying

3                    anyway but that's fine.

4                         Let me know if -- all I'm asking is

5                    to give some thought and add it to your

6                    list of things to do and get back to me by

7                    Friday.

8                         MR. PEASE:  We can do that.  In the

9                    meantime though, if you have more

10                   specifics that you want to run by us, that

11                   would be great.

12                        MR. McCRUM:  Yes, that's fine.

13                        Let's get back to these claim charts

14                   that we have before we got off on that

15                   claim construction issue.

16                        The other thing everyone is that the

17                   claim charts, you know, as we mentioned

18                   last time, Vizio is not designing and

19                   developing the hard technology that goes

20                   into these TV's.

21                        The relevant functionality of the

22                   accused Vizio TV's is based on the chips

23                   used in those televisions.  The large

24                   majority of which are provided by Media

25                   Tech and nowhere in these claim charts is

1    ****CONFIDENTIAL TRANSCRIPT - FOR ATTORNEY'S EYES ONLY****

2              STATE OF CALIFORNIA  )

                                    )  ss.

3              COUNTY OF LOS ANGELES)

4

5

6              I, Kathy Seidenglanz, a Certified Shorthand

7    Reporter, do hereby certify;

8              That the foregoing proceedings were taken

9    before me at the time and place therein set forth

10   and were taken down by me in shorthand and

11   thereafter transcribed into typewriting under my

12   direction and supervision;

13             I further certify that I am neither

14   counsel for, nor related to, any party to said

15   action, nor in anywise interested in the outcome

16   thereof.

17             In witness whereof, I have hereunto

18   subscribed my name.

19

20   Dated: 5/30/09

21

22

                    _____

23                  KATHY SEIDENGLANZ, CSR NO. 3331

24

25