# Exhibit 8

Exhibit 8 Page 98

1  \*\*\*INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT\*\*\*
2  UNITED STATES DISTRICT COURT
3  CENTRAL DISTRICT OF CALIFORNIA
4  WESTERN DIVISION
5
6  SONY CORPORATION, A Japanese  )
7  corporation,                  )
8               Plaintiff,       )  No. SA CV 08-01135
9        vs.                     )     RGK (FMOx)
10 VIZIO, Inc.,                  )
11              Defendant.       )
12 _____)
13
14
15
16
17           TELEPHONIC MEET AND CONFER
18               LOS ANGELES, CALIFORNIA
19               FRIDAY, JUNE 19, 2009
20
21
22
23 REPORTED BY:
24 KATHY SEIDENGLANZ, CSR No. 3331
25 JOB NO. 23396

1  \*\*\*INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT\*\*\*
2
3
4
5
6                    FRIDAY, JUNE 19, 2009
7                        1:38 P.M.
8
9
10  Telephonic Meet and Confer, held at the offices
11  of Jones Day, 555 South Flower Street, Fiftieth
12  Floor, California 90071, before Kathy
13  Seidenglanz, CSR No. 3331, a Certified Shorthand
14  Reporter of the State of California.
15
16
17
18
19
20
21
22
23
24
25

Page 32

1   ***INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT***
2   corresponds to the means.
3       And I'm at this point not willing to
4   stipulate that the parties can agree on
5   any of those. You got to see what you
6   think the structure is and what we think
7   the structure is; so that's our proposal.
8       MR. PEASE: Okay. Well, we'll
9   consider that. You know, I don't have all
10  of the patents in front of me but that
11  sounds like an awful lot of terms many of
12  which are unlikely to be in legitimate
13  dispute and so, I mean, that's going to be
14  a consideration that we take into account
15  deciding, you know, whether that proposal
16  makes sense or whether we should just
17  stick with the protocol adopted with the
18  court which is to do this all in the
19  context of summary judgment motions or
20  jury instructions.
21      MR. McCRUM: Why don't you in
22  conjunction with that, let us know which
23  ones you don't think are not in dispute
24  because we think that they all are; that's
25  our position is that all of these means

1  ***INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT***
2       plus function claim terms are in dispute
3       right now and need to be construed.
4            And if you don't think, for example,
5       for display means, let us know and maybe
6       we'll consider not construing those.  But
7       we are perfectly willing within two weeks
8       to provide you -- providing you are
9       willing to do the same -- our proposed
10      constructions of all means plus function
11      terms.
12           Then as the next step, I thought that
13      at the same time we could simultaneously
14      exchange any additional terms that we
15      think need to be construed.  And then
16      depending on the number of those, we can
17      talk about a date by which we would
18      simultaneously exchange proposed
19      constructions.
20           MR. PEASE:  Well, this is Tom again.
21           We'll consider that, although I can
22      tell you from our standpoint, I think that
23      we feel that your time would be better
24      spent in actually flushing out your
25      non-infringement positions.  We have got

Page 42

1  ***INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT***
2      MR. PEASE: We have given you our
3  infringement contentions and the
4  constructions are reflected in those
5  infringement contentions.
6      MR. McCRUM: Oh, they are not --
7      MR. PEASE: Presumably the same way
8  your constructions are reflected in your
9  invalidity contentions.
10     MR. McCRUM: Not means plus function;
11 not at all for the means plus function.
12 There is no -- there is not an ounce of
13 claimed construction reflected for the
14 means plus function; that requires very
15 specific steps and it's not in there.
16     If that's the position that you want
17 to take, that's fine, Tom. I don't want
18 to sit here and go around in circles
19 again.
20     I put a proposal on the table. You
21 guys let me know whether or not it's
22 acceptable and if it's not, we're at an
23 impasse on it. So --
24     MR. PEASE: Okay. We'll get back to
25 you next week.

***INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT***

have no idea from that.

Does it have the names of some Sony employees on those e-mails? Yes, but I didn't see a single one from Mr. Blanchard who was involved as far as we know in the CEA television data systems subcommittee and he held a significant position there.

It doesn't identify the roles of all of these employees and it doesn't even mention them all let alone state their roles.

And it doesn't describe the role that Sony specifically played in working on the various versions of CEO 708 and this is an interrogatory that is really should be the subject of a narrative response. And the documents just don't answer these questions.

MR. KLIVENS: Your first question there about Sony became a member, I agree that is not necessarily in those documents and that's something that we can check on obviously and get back to you.

My other comment that I needed to

*** INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT***

make today -- two comments is that there is more -- there is more documents that are being collected that Sony is trying to locate for these. It's a date, you know, it's not something -- as you can see from what we produced, there are multiple custodians involved.

I think it said in the interrogatory you might have taken it as boiler plate but it did say we would be supplementing that again.

MR. McCRUM: I understand that and that is fine. But the problem is that the specific information that we're asking for should not be the subject of a 33(d). I mean, even to the extent that you can comb through these hundreds of pages of documents and start guessing about when Sony first became a member and how long its been a member and --

MR. KLIVENS: Let me be clear. We can check on when Sony became a member of CEA and get that information to you.

MR. McCRUM: Okay. Then I would like

1 ***INSTANT ROUGH DRAFT - UNCERTIFIED TRANSCRIPT***
2      the record because I was hoping to talk
3      about a few things, too.
4      MR. McCRUM: Okay, we will go off the
5      record.
6      MR. CORR: All right. The court
7      reporter is making a note in the transcrpt
8      that we're off the record now.
9      (Time ended: 2:57 P.M.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25