# Exhibit 9

Exhibit 9 Page 107

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL: (415) 875-6600 FAX: (415) 875-6700

June 26, 2009

**VIA E-MAIL**

Ryan McCrum, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
fax: 216-579-0212

Re: Sony Corporation v. Vizio, Inc., CV-08-01135 (C.D. Cal.)

Dear Ryan:

I write to follow-up the parties' June 19, 2009 meet and confer regarding Sony's discovery responses.

With respect to the production of non-confidential documents including discovery responses from the *Sony v. Westinghouse* litigation, we are in the process of preparing such documents for production. We expect to produce such documents by the end of next week, or soon thereafter if the upcoming holiday interferes with production logistics. With respect to confidential documents from *Sony v. Westinghouse*, Sony is still endeavoring to obtain any necessary consents. To the extent such materials have not been or are not in the process of being produced to Vizio in the next two weeks, we will provide you with a further update.

For other third party entities, Sony has completed the process of either providing notice or obtaining consent for the production of licenses. As you should already be aware, Sony has largely completed its production of such materials. Two remaining documents not yet produced will be produced shortly. With respect to Interrogatory No. 13, rather than supplement immediately and then re-supplement, Sony will provide a comprehensive supplemental response to Interrogatory No. 13 at the time of its next production.

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit 9 Page 108

With respect to contemporaneous documents, Sony will further supplement its responses to Interrogatories concerning such documents regarding additional documents already produced but not included in the interrogatory answers, and Sony will also supplement its privilege log to the extent appropriate.

With respect to Vizio's proposal regarding claim construction contentions, Sony has considered Vizio's proposal and believes that it is premature to exchange claim construction contentions, for the reasons set forth in Todd Kennedy's May 22, 2009 letter to you.

With respect to the issue of further identification of documents described in Sony's responses to Interrogatory Nos. 3, 4, 5, and 8, as the example given by Mr. Corr in his letter of June 19, 2009 demonstrates, many of these documents are readily identifiable on their face. Therefore, please identify the specific documents for which Vizio believes it needs further information. To the extent Sony has already located or can locate additional non-privileged information regarding those documents, Sony will provide such information either by letter or by supplemental interrogatory response, as appropriate.

With regards to Interrogatory Nos. 15 and 16, as previously communicated to you, Sony continues to locate responsive information and will supplement its document production and interrogatory responses shortly. Given that responsive information is still being located and produced to you, Sony believes it is premature for the parties to discuss whether a narrative response is appropriate.

With respect to Interrogatory No. 18, Sony will provide a supplemental response within the next two weeks.

With respect to Sony providing supplemental claim charts, Sony disagrees with the substance of your letter to Todd Kennedy on June 24, 2009, except that Sony will be providing supplemental claim charts on June 30, 2009.

Very truly yours,

/s/ Peter A. Klivans

Peter A. Klivans