Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>        Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF PETER A. KLIVANS IN SUPPORT OF SONY'S PORTION OF JOINT STIPULATION REGARDING VIZIO INC.'S MOTION TO COMPEL FURTHER RESPONSES TO VIZIO'S INTERROGATORY NOS. 2, 15, 16**<br><br>Magistrate Judge: Hon. Fernando M. Olguin<br><br>Discovery Cut-Off Date: November 1, 2009<br>Pretrial Conference Date: January 10, 2010<br>Trial Date:              January 26, 2010 |

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Sony Corporation ("Sony"). I submit this declaration in support of Sony's portion of the parties' JOINT STIPULATION REGARDING VIZIO INC.'S MOTION TO COMPEL FURTHER RESPONSES TO VIZIO'S INTERROGATORY NOS. 2, 15, 16. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a July 8, 2009 letter from Ryan McCrum to Todd Kennedy.

3. I have personally overseen the search for documents relating to Sony's pre-filing investigation; the production of such documents, when non-privileged, to Vizio; and the production to Vizio of a privilege log for such documents, when privileged.

4. Attached hereto as Exhibit B is a true and correct copy of documents produced by Sony to Vizio with the production number range SONY0081687-689.

5. Attached hereto as Exhibit C is a true and correct copy of excerpted pages (relating to claim 33 of the '847 patent) from Exhibit F to Sony's Third Supplemental Response to Vizio's First Set of Interrogatories (No. 1).

6. Attached hereto as Exhibit D is a true and correct copy of the Exhibit "Rog. 3 – '847 chart" attached to Vizio's First Supplemental Response to Sony's Interrogatory Nos. 2, 3, 8, 10, 11, 14 and 18.

7. Attached hereto as Exhibit E is a true and correct copy of a July 6, 2009 letter from Peter Klivans to Ryan McCrum.

8. Attached hereto as Exhibit F is a true and correct copy of a July 7, 2009 letter from Ryan McCrum to Peter Klivans.

| | | |
|---|---|---|
| 1 | DATED: July 10, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP |
| 2 | | |
| 3 | | |
| 4 | | By___/s/___<br>Peter A. Klivans<br>Attorneys for Plaintiff SONY CORPORATION |

1
2
**TABLE OF CONTENTS FOR EXHIBITS**

3 **Exhibit**  **Page No.**

Exhibit A:................................................................................................................ 3
Exhibit B:................................................................................................................ 7
Exhibit C:.............................................................................................................. 11
Exhibit D:.............................................................................................................. 52
Exhibit E:.............................................................................................................. 56
Exhibit F:............................................................................................................... 59