# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>　　　　　　　　　　Plaintiff(s)<br>　　　　v.<br>VIZIO, INC.,<br><br>　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>SA CV 08-01135 RGK (FMOx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of ___Thomas G. Hentoff___

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Applicant's Name*

of ___Williams & Connolly LLP, 725 12th Street N.W., Washington D.C. 20005___
　　　　　　　　　　　　　　　*Firm Name / Address*

___202-434-5804___　　　　　　　　　　　　　　　___thentoff@wc.com___
　*Telephone Number*　　　　　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of　[x] Plaintiff　☐ Defendant

<u>Sony Corporation and Sony Corporation of America</u>

and the designation of ___Steven M. Anderson (Bar No. 144014)___
　　　　　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of ___Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles CA 90017___
　　　　　　　　　　　　　　　*Local Counsel Firm / Address*

___(213) 443-3000___　　　　　　　　　　　　　___stevenanderson@quinnemanuel.com___
　*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge