QUINN EMANUEL URQUHART OLIVER
  & HEDGES, LLP
Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Bar No. 165596)
  eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Steven M. Anderson (Bar No. 144014)
  steveneanderson@quinnemanuel.com
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VIZIO, Inc.,<br><br>                    Defendant. | CASE NO. SA CV08-01135-RGK (FMOx)<br><br>**NOTICE OF ERRATA RE: DOCKET NOS. 77 & 78** |

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that, due to an inadvertent error, the Applications to Appear *pro hac vice* of Thomas G. Hentoff and Gerson A. Zweifach (Docket Nos. 77 and 78, respectively) failed to include copies of the Certificates of Good Standing required to accompany the applications.

Copies of all such Certificates of Good Standing are attached hereto as Exhibit A.

DATED:  July 22, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ _____
    Kevin P.B. Johnson
    Attorneys for Plaintiff Sony Corporation

51451/3020149.1