# ATTACHMENT A

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

### GERSON AVERY ZWEIFACH

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 4, 1980**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 9, 2009

*Clerk of the Court*

8019



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GERSON A. ZWEIFACH

was on the 19TH day of JUNE, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 7, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Thomas G. Hentoff, Esq.

**DATE OF ADMISSION**

*November 23, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 14, 2009

Patricia A. Johnson
Chief Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**THOMAS G. HENTOFF**

was on the 9TH day of JULY, 1993, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 7, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk