# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>　　　　　　　　　　　Plaintiff(s)<br>　　　　v.<br>VIZIO, INC.,<br><br>　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>SA CV 08-01135 RGK (FMOx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Thomas G. Hentoff__
*Applicant's Name*

of __Williams & Connolly LLP, 725 12th Street N.W., Washington D.C. 20005__
*Firm Name / Address*

__202-434-5804__　　　　　　　　　　　　　　　__thentoff@wc.com__
*Telephone Number*　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of　[x] Plaintiff　☐ Defendant

Sony Corporation and Sony Corporation of America

and the designation of __Steven M. Anderson (Bar No. 144014)__
*Local Counsel Designee /State Bar Number*

of __Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles CA 90017__
*Local Counsel Firm / Address*

__(213) 443-3000__　　　　　　　　　　　__stevenanderson@quinnemanuel.com__
*Telephone Number*　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.


Dated　July 23, 2009　　　　　　　　　　　　_/s/ Gary Klausner_

　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge

---

G–64 ORDER (01/08)　　**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**