# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation, <br><br> Plaintiff(s) <br> v. <br> VIZIO, INC., <br><br> Defendant(s). | CASE NUMBER <br><br> SA CV 08-01135 RGK (FMOx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of **Gerson A. Zweifach**
*Applicant's Name*

of **Williams & Connolly LLP, 725 12th Street N.W., Washington D.C. 20005**
*Firm Name / Address*

**202-434-5804**          **gzweifach@wc.com**
*Telephone Number*         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of [x] Plaintiff ☐ Defendant

Sony Corporation and Sony Corporation of America

and the designation of **Steven M. Anderson (Bar No. 144014)**
*Local Counsel Designee /State Bar Number*

of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles CA 90017
*Local Counsel Firm / Address*

**(213) 443-3000**          **stevenanderson@quinnemanuel.com**
*Telephone Number*         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated July 23, 2009

*[signature: Gary Klausner]*

U. S. District Judge/U.S. Magistrate Judge