1   Kevin G. McBride (Ca. Bar No. 195866)
    kgmcbride@jonesday.com
2   Steven J. Corr (Ca. Bar No. 216243)
    sjcorr@jonesday.com
3   JONES DAY
    555 S. Flower Street, 50th Floor
4   Los Angeles, CA 90071
    Telephone:  (213) 489-3939
5   Facsimile:   (213) 243-2539

6   James L. Wamsley III
    (*admitted pro hac vice*)
7   jlwamsleyiii@jonesday.com
    JONES DAY
8   901 Lakeside Avenue
    Cleveland, OH  44114-1190
9   Telephone:  (216) 586-3939
    Facsimile:   (216) 579-0212
10
    Attorneys for Vizio, Inc.
11
12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15  SONY CORPORATION,                  | Case No. CV-08-01135-RGK(FMOx)

16                      Plaintiff,      | **VIZIO, INC.'S NOTICE OF
                                        | MOTION AND MOTION TO
17          v.                          | LIMIT CLAIMS**

18  VIZIO, INC.,                        | **THE HONORABLE R. GARY
                                        | KLAUSNER**
19                      Defendant.
                                        | **HEARING:** 9:00 A.M. ON
20                                      | AUGUST 31, 2009

21

22

23

24

25

26

27

28

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 9:00 A.M. on August 31, 2009, in the above referenced Court, Defendant and Counterclaimant Vizio, Inc. (hereafter "Vizio"), will and hereby does move the Court to limit the number of patent claims Sony Corporation ("Sony") may assert against Vizio.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 17, 2009. This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support, the Declaration of Steven J. Corr and exhibits thereto, all pleadings and other papers filed and court orders entered in the above-captioned action, and upon such other matters as may be presented to or considered by the Court.


Dated:        August 10, 2009            JONES DAY


                                         By:   /s/ Steven J. Corr
                                               Steven J. Corr

                                         Attorneys for Defendant Vizio, Inc.

## PROOF OF SERVICE

I, Yvette Barba, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On August 10, 2009, I served a copy of the within document(s):

- **VIZIO, INC.'S NOTICE OF MOTION AND MOTION TO LIMIT CLAIMS**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF VIZIO, INC.'S NOTICE OF MOTION AND MOTION TO LIMIT CLAIMS**

- **DECLARATION OF STEVEN J. CORR IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF VIZIO, INC.'S NOTICE OF MOTION AND MOTION TO LIMIT CLAIMS**

- **[PROPOSED] ORDER GRANTING VIZIO, INC.'S MOTION TO LIMIT CLAIMS**

by transmitting via e-mail or electronic transmission the document(s) listed above.

I am familiar with the United States District Court, Central District of California, Western Division's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Kevin P.B. Johnson, Esq.                    kevinjohnson@quinnemanuel.com

1  Quinn Emanuel Urquhart Oliver & Hedges
   555 Twin Dolphin Drive, Suite 560
2  Redwood Shores, CA 94065

3  Steven M. Anderson, Esq.          stevenanderson@quinnemanuel.com
   Rory S. Miller, Esq.              rorymiller@quinnemanuel.com
   Quinn Emanuel Urquhart Oliver & Hedges
4  865 South Figueroa St., 10th Floor
5  Los Angeles, CA 90017

6       On August 10, I also served a courtesy copy, pursuant to the agreement

7  between the parties, by e-mail to opposing counsel at:

8                    sony-vizio@quinnemanuel.com

9       I declare that I am employed in the office of a member of the bar of this court

10 at whose direction the service was made.

11

12      Executed on August 10, 2009, at Los Angeles, California.

13

14  _____
                          Yvette Barba
15

16

17

18

19

20

21

22

23

24

25

26

27

28