# EXHIBIT 4

Exhibit 4 Page 23

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL: (415) 875-6600 FAX: (415) 875-6700

July 29, 2009

**<u>Via E-mail</u>**

Ryan McCrum, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Re: <u>Sony Corporation v. Vizio, Inc.</u>

Dear Ryan:

I write to follow up on the parties' discussion last Thursday regarding choosing representative products and limiting the number of asserted patent claims. As we explained during last Thursday's conference of counsel, Sony is willing to consider limiting the number of asserted claims if Vizio is amenable to the designation of a small number of representative products.

Sony presently contends that Vizio's televisions infringe 112 claims of the ten patents-in-suit. Sony is optimistic that after it has had an opportunity to inspect Vizio's products and review the technical documentation and source code that we have requested, Sony will be able to drop a substantial number of asserted claims within a reasonable period of time.

Over the next several weeks, we will attempt to identify what we believe are representative products and will solicit your views on that topic.

Please let us know whether this approach is acceptable.

Best regards,

/s/
Todd Kennedy
02347.51451/3029527.1

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100

Exhibit 4 Page 24