# EXHIBIT 5

Exhibit 5 Page 25

1    ** CONFIDENTIAL TRANSCRIPT - ATTORNEYS' EYES ONLY **

2              UNITED STATES DISTRICT COURT

3             CENTRAL DISTRICT OF CALIFORNIA

4                    WESTERN DIVISION

5    SONY CORPORATION, A Japanese )

6    corporation,                 )

7                                 )

8              Plaintiff,         )

9         vs.                     )

10                                ) SACV-08-01135

11   VIZIO, INC.,                 )     RGK (FMOx)

12                                )  PAGES 1 - 49

13             Defendant.         )

14   _____)

15

16

17          TELEPHONIC MEET AND CONFER

18           LOS ANGELES, CALIFORNIA

19           FRIDAY, JULY 17, 2009

20

21

22   REPORTED BY:

     LESLIE L. WHITE

23   CSR NO. 4148

     JOB NO.:  23822

24

25

Exhibit 5 Page 26

1   ** CONFIDENTIAL TRANSCRIPT - ATTORNEYS' EYES ONLY **

2   and after we responded with our own letter, if

3   a meet-and-confer is still necessary during

4   that meet-and-confer.

5           But what I will say, Tom -- and we

6   have told you this numerous times -- we have

7   given you all the documents that we have in

8   our possession that are relevant and

9   responsive.  We do not have source code.  We

10  are double and triple checking that to be sure

11  because this is obviously a sensitive issue

12  with you, but we have asked, we have looked as

13  hard as we can for it, we will continue to,

14  but it shouldn't be a surprise to you, Tom,

15  given Vizio's position and its business, that

16  it doesn't have the source code.

17          We have told you numerous times you

18  need to go to Media Tech to get that.  We have

19  noticed that Sony has subpoenaed everyone

20  under the sun except Media Tech, even though

21  Media Tech supplies over 90 percent of the

22  chips used in Vizio's products.

23          So you're barking up the wrong tree.

24  You need to go to Media Tech.

25          We have asked you numerous times:

1    ** CONFIDENTIAL TRANSCRIPT - ATTORNEYS' EYES ONLY **

2    we expect you to produce it.

3         MR. McCRUM:  They haven't made them

4    available to us.  We don't have them.  Media

5    Tech has them.

6              And your concern about:  You know,

7    we haven't decided where we're going to get

8    these from, we're going to try to get these

9    through Vizio, that hasn't stopped you from

10   subpoenaing all these other companies.

11             If your approach was that you want

12   to get to these documents through Vizio, why

13   did you go Subpoena everyone else?  They are

14   in the same position.

15             So you have got to go to Media Tech.

16   We are running out of time.  You guys have

17   imposed this aggressive schedule.  We have a

18   trial set for January.  We are several months

19   into discovery, we are more than eight months

20   after you filed your Complaint, and there is

21   no effort whatsoever from Sony to get these

22   documents from the people -- the company that

23   has them.  It's Media Tech.  I told you a

24   million times.  You need to go there.

25             So I suggest you do what you have

1    ** CONFIDENTIAL TRANSCRIPT - ATTORNEYS' EYES ONLY **

2    done with all these other companies and

3    subpoena the U.S. presence Media Tech and get

4    the information that you're trying to get from

5    us.  We don't have it.  As you know they have

6    got an office in California.  They got an

7    office in Austin, Texas.  They have got an

8    office in Boston.

9          Go do what you did with these other

10   companies and subpoena those U.S. entities.

11   But, you know, I just can't -- I don't know

12   why you're not going to the company that

13   supplies over 90 percent of our chips, and yet

14   you spend all this time and energy on these

15   other third parties.

16   MR. PEASE:  First of all, I disagree with

17   your characterization.  I am going to ask you

18   about the same question about AmTran, namely,

19   you know, is it Vizio's position that it is

20   not going to produce AmTran documents that are

21   in Vizio's possession or to which Vizio

22   engineers have access in the ordinary course

23   of business?

24   MR. McCRUM:  Look, Tom, we have talked

25   about this enough already.  These are issues

1    ** CONFIDENTIAL TRANSCRIPT - ATTORNEYS' EYES ONLY **

2    interrogatory response was nonsubstantive.  It

3    was actually a quite substantive response.

4    Sony looked at every single User Manual, again

5    at Vizio's request.  And based on that review

6    of User Manuals Sony dropped entire Vizio

7    products from its claim of infringement of the

8    468 and 055 patent.  So that was such a

9    substantive response that Vizio doesn't have

10   to worry about Sony bringing claims of

11   infringement against, you know, some of its

12   televisions, based on that -- based on that

13   interrogatory response.

14       MR. McCRUM:  I think the record of the

15   actual supplementation speaks for itself on

16   that point, so we don't need to get into that

17   any further.

18            The other issue we talked about

19   already was with Media Tech.  We asked you if

20   you folks are planning to subpoena Media Tech.

21   I am not sure I got a clear answer on that.

22            Is that in Sony's plans or not?

23       MR. PEASE:  It's my understanding Sony

24   does intend to seek discovery from Media Tech.

25       MR. McCRUM:  You don't know if that's

1    ** CONFIDENTIAL TRANSCRIPT - ATTORNEYS' EYES ONLY **

2    through subpoena or some other informal means?

3         MR. PEASE:  Or a different procedure

4    means.

5         MR. McCRUM:  What other procedural means

6    are available, Tom?

7         MR. PEASE:  Well, there's letters of

8    rogatory, and other procedural avenues

9    available to us.

10        My understanding is Sony is

11   considering those avenues.

12        MR. McCRUM:  Let's move on to the next

13   issue in the various letters, which is the

14   issue about expert discovery and expert

15   reports.

16        And I know, Todd, that you indicate

17   in your letter that you don't think it's

18   appropriate or proper for us to be discussing

19   that today because it wasn't sufficiently

20   raised in my letter, but I'd like to make a

21   proposal anyway.

22        I am not asking you for a response

23   today, but you have offered to consider this

24   issue and talk about it more next week, and

25   that would be fine by us, but just to get the