Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (Ca. Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

James L. Wamsley III
(*admitted pro hac vice*)
jlwamsleyiii@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Vizio, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>VIZIO, INC.,<br><br>  Defendant. | Case No. CV-08-01135 (RGK)(FMOx)<br><br>**[PROPOSED] ORDER GRANTING VIZIO, INC.'S MOTION TO LIMIT CLAIMS**<br><br>Date: August 31, 2009<br>Time: 9:00 A.M.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850 |

**IT IS HEREBY ORDERED THAT:**

After reviewing all the information submitted or otherwise considered with respect to Vizio Inc.'s Motion to Limit Claims, the Court, finding that good cause exists for the requested motion to limit the number of claims asserted by Sony Corporation ("Sony"), hereby GRANTS the present motion. Sony is ordered to limit the number of claims asserted against Vizio, Inc. to no more than three per patent. Sony is further ordered to select those claims by September 7, 2009.

**IT IS SO ORDERED.**

Dated:

---
Honorable. R. Gary Klausner
United States District Judge