Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (Ca. Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

James L. Wamsley III
*(admitted pro hac vice)*
jlwamsleyiii@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br>Plaintiff,<br>v.<br>VIZIO, INC.,<br>Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br>**VIZIO, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**<br><br>**MAGISTRATE JUDGE: HON. FERNANDO M. OLGUIN**<br><br>**HEARING:** 10:00 A.M. ON SEPTEMBER 2, 2009, AT 312 N. SPRING ST., 9TH FLOOR, COURTROOM F |

LAI-3044705v1

- 1 -

**Vizio's Ntc of Mtn & Mtn to Compel Expert Reports/Depos & to Compel Depos of Sony Wit.
Case No. CV-08-01135-RGK (FMOx)**

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT at 10:00 A.M. on September 2, 2009, in the above referenced Court, Defendant and Counterclaimant VIZIO, Inc. (hereafter "VIZIO"), will and hereby does move the Court for an order GRANTING VIZIO's Motion to Compel Expert Reports and Depositions, and to Compel Depositions of Sony Witnesses in the United States.

This motion is made following the conference of counsel pursuant to Local Rule 37-1. This motion is based on this Notice of Motion and Motion; the accompanying Joint Stipulation Regarding VIZIO, Inc.'s Motion to Compel Expert Reports and Depositions, and to Compel Depositions of Sony Witnesses in the United States; the Declaration of Steven J. Corr and exhibits attached thereto; and the Declaration of Heather E. Belville and exhibits attached thereto.

Dated: August 12, 2009

Respectfully submitted,

JONES DAY

By: /s/ Steven J. Corr
Steven J. Corr

Attorneys for Defendant VIZIO, INC.

LAI-3044705v1

- 2 -

Vizio's Ntc of Mtn & Mtn to Compel Expert Reports/Depos & to Compel Depos of Sony Wit.
Case No. CV-08-01135-RGK (FMOx)

**PROOF OF SERVICE**

I, Maria Castellanos, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On August 12, 2009, I served a copy of the within document(s):

- **VIZIO, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**
- **JOINT STIPULATION REGARDING VIZIO INC.'S MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**
- **DECLARATION OF STEVEN J. CORR IN SUPPORT OF THE JOINT STIPULATION REGARDING VIZIO INC.'S MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**
- **DECLARATION OF HEATHER E. BELVILLE IN SUPPORT OF SONY'S PORTION OF JOINT STIPULATION REGARDING VIZIO INC'S MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**

by transmitting via e-mail or electronic transmission the document(s) listed above.

I am familiar with the United States District Court, Central District of California, Western Division's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Kevin P.B. Johnson, Esq. kevinjohnson@quinnemanuel.com

LAI-3044705v1

**Vizio's Ntc of Mtn & Mtn to Compel Expert Reports/Depos & to Compel Depos of Sony Wit.**
**Case No. CV-08-01135-RGK (FMOx)**

Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

Steven M. Anderson, Esq. stevenanderson@quinnemanuel.com
Rory S. Miller, Esq. rorymiller@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

On August 12, 2009, I also served a courtesy copy, pursuant to the agreement between the parties, by e-mail to opposing counsel at:

sony-vizio@quinnemanuel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 12, 2009, at Irvine, California.

Maria Castellanos

Maria Castellanos

LAI-3044705v1

- 2 -

Vizio's Ntc of Mtn & Mtn to Compel Expert Reports/Depos & to Compel Depos of Sony Wit.
Case No. CV-08-01135-RGK (FMOx)