Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (Ca. Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

James L. Wamsley III
(*admitted pro hac vice*)
jlwamsleyiii@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Vizio, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIZIO, INC.,<br><br>　　　　Defendant. | Case No. 08-01135 (RGK)(FMOx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF STEVEN J. CORR IN SUPPORT OF THE JOINT STIPULATION REGARDING VIZIO, INC.'S MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**<br><br>Date:　　September 2, 2009<br>Time:　　10:00 A.M.<br>Judge:　　Hon. Fernando M. Olguin<br>Courtroom: 9th Floor, Courtroom F |

LAI-3043385v1

I, Steven J. Corr, declare as follows:

1. I am an associate with Jones Day, counsel of record for Defendant Vizio, Inc. ("Vizio") in this action. I make this declaration in support of the Joint Stipulation Regarding Vizio, Inc.'s Motion to Compel Expert Reports and Depositions and Depositions of Sony Witnesses in the United States. The following is based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Exhibit 1 is a true and correct copy of a letter from Ryan McCrum to Todd Kennedy sent on July 8, 2009.

3. Exhibit 2 is a true and correct copy of a letter from Todd Kennedy to Ryan McCrum sent on July 16, 2009.

4. Exhibit 3 is a true and correct copy of the July 17, 2009 Meet and Confer Transcript recording the meet and confer between counsel for Vizio and Sony Corporation ("Sony") regarding Sony's discovery responses.

5. Exhibit 4 is a true and correct copy of a letter from Ryan McCrum to Todd Kennedy sent on July 21, 2009.

6. Exhibit 5 is a true and correct copy of a letter from Todd Kennedy to Ryan McCrum sent on July 22, 2009.

7. Exhibit 6 is a true and correct copy of a letter from Steven Corr to Peter Klivans sent on June 9, 2009.

8. Exhibit 7 is a true and correct copy of a letter from Peter Klivans to Steven Corr sent on June 19, 2009.

9. Exhibit 8 is a true and correct copy of a letter from Joesph Milowic III to Steven Corr sent on July 24, 2009.

10. Exhibit 9 is a true and correct copy of Discovery Special Master's Order No. 4: Joint Motion Re Expert Discovery from *In re: Katz Interactive Call Processing Litigation*, Case No. 07-ML-1816.

LAI-3043385v1

- 2 -

11. Exhibit 10 is a true and correct copy of Defendants' Brief in Support of Their Motion to Transfer This Action to the Central District of California Pursuant to 28 U.S.C. § 1404(a) from *Vizio, Inc. v. Sony Corp. and Sony Corp. of America*, Case No. 08-5029.

12. Exhibit 11 is a true and correct copy of the Order for Jury Trial entered by the Court on April 6, 2009.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 12, 2009      JONES DAY

By: /s/ Steven J. Corr
       Steven J. Corr

Attorneys for Defendant Vizio, Inc.