# Exhibit 5

Exhibit 5 Page 64

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL: (415) 875-6600 FAX: (415) 875-6700

July 22, 2009

**VIA E-MAIL**

Ryan McCrum, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Re: <u>Sony Corporation v. Vizio, Inc.</u>

Dear Ryan:

I write in response to your July 21, 2009 letter regarding expert discovery and limiting the number of asserted claims. Sony would be happy to discuss the issue of limiting the number of asserted claims during the meet-and-confer tomorrow.

As for the issue of expert discovery, we are confused by your statement about "Sony's offer to continue the meet and confer this week." As I explained in my July 16, 2009 letter, this issue is not yet ripe for a Local Rule 37 meet-and-confer. Nevertheless, Sony would be happy to discuss the issue in an informal manner, after the transcribed portion of the parties' meet-and-confer tomorrow.

We still have not heard from you regarding Vizio's availability for the meet-and-confer tomorrow. Please let us know as soon as possible when Vizio is available.

Best regards,

Todd Kennedy

**quinn emanuel urquhart oliver & hedges, llp**
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100

Exhibit 5 Page 65