# Exhibit 6

Exhibit 6 Page 66

# JONES DAY

555 SOUTH FLOWER STREET · FIFTIETH FLOOR · LOS ANGELES, CALIFORNIA 90071-2300
TELEPHONE: 213-489-3939 · FACSIMILE: 213-243-2539

June 9, 2009

<u>VIA EMAIL</u>

Peter Klivans, Esq.
Quinn Emmanuel Urquhart Oliver & Hedges, LLP
50 California Street, 50th Floor
San Francisco, CA 94111

Re: *Sony Corporation v. Vizio, Inc.*, Case no. 08-01135

Dear Peter:

Further to my letter of May 21, 2009, please be advised that the three Vizio employees Sony noticed for deposition are not available on the dates set forth in the notices served by Sony. However, Ken Lowe is available for deposition on July 8, 9, or 10 in the Irvine, California office of Jones Day beginning at 9 a.m. (PST).

As for the other two Vizio employees, they have been on assignments out of the country and we have not been able to determine their schedules. We are continuing to communicate with our client to determine their potential availability, however, and hope to have dates to propose to you early next week.

On a related topic, please advise whether Sony plans to make its witnesses (*e.g.*, the inventors) available for deposition in the United States. We propose having the Vizio employee deponents deposed in the Irvine, California office of Jones Day and the Sony witnesses (at least those resident in Japan) deposed in the Los Angeles office of Quinn Emmanuel Urquhart Oliver & Hedges, LLP. Please let us know if this is acceptable.

Sincerely,

Steven J. Corr

LAI-3027113v1

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK · PARIS · PITTSBURGH
SAN DIEGO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

Exhibit 6 Page 67