# Exhibit 7

Exhibit 7 Page 68

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL: (415) 875-6600 FAX: (415) 875-6700

June 19, 2009

<u>VIA E-MAIL</u>

Steven Corr
Jones Day
555 South Flower St., 50F
Los Angeles, CA 90071

Re: <u>Sony Corporation v. Vizio, Inc., CV-08-01135 (C.D. Cal.)</u>

Dear Steve:

I write in response to your letter of June 9, 2009 regarding Sony's deposition notices to Ramon Ramirez, Jeff Schindler, and Ken Lowe. Your letter stated that Ken Lowe is available for deposition on July 8, 9, or 10. However, we are not available to take Mr. Lowe's deposition on those dates. Please provide alternative dates for Mr. Lowe as well as dates for Mr. Ramirez and Mr. Schindler.

Also, your letter failed to confirm that Vizio has produced all responsive documents either in the possession of these witnesses or otherwise relating to them. Please confirm this as soon as possible. If Vizio produces documents relating to these witnesses either immediately before or at any time subsequent to their depositions, or if these deponents indicate at their depositions that there are responsive documents in their possession that were not produced to Sony, Sony reserves the right to re-open these depositions.

With respect to your proposal regarding the depositions of Sony witnesses, as previously stated, Sony will make its witnesses available in their country of residence. If you need to know the country of residence of any witness prior to serving a deposition notice, please contact us and we will get that information for you. In addition, for any depositions that take place in Japan, Sony will cooperate with Vizio with respect to the logistics of scheduling and carrying out such depositions. Please note, if you are not already aware, that depositions in Japan must take place

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100

Exhibit 7 Page 69

at the U.S. embassy in Tokyo or at the U.S. consulate in Osaka and that it is advisable to reserve deposition rooms well in advance of the desired dates.

Very truly yours,

/s/

Peter Klivans

02347.51451/2979487.1