Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>    Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF HEATHER E. BELVILLE IN SUPPORT OF SONY'S PORTION OF JOINT STIPULATION REGARDING VIZIO INC.'S MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**<br><br>**Magistrate Judge:** Hon. Fernando M. Olguin<br><br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

1. I am an associate with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Sony Corporation ("Sony"). I submit this declaration in support of Sony's portion of the parties' JOINT STIPULATION REGARDING VIZIO INC.'S MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Sony and Vizio's discussions on February 27, 2009 and on March 12, 2009 were telephone conversations.

3. Sony and Vizio's discussions on February 27, 2009 and on March 12, 2009 were in the context of the preparation of the parties' Rule 26(f) Report.

4. Vizio did not provide Sony with a Rule 37-1 letter prior to the parties' discussions on February 27, 2009 or on March 12, 2009.

5. The parties did not meet in person pursuant to Local Rule 37-1 to discuss the location of depositions.

6. Vizio did not send Sony a Local Rule 37-1 letter requesting an in-person meet-and-confer regarding the location of depositions.

7. On Friday, July 31, 2009, I called Vizio's counsel and offered to work with him to book time at the U.S. Consulate in Japan. To date, neither he nor anyone else from Vizio has responded to that request.

8. Counsel for Sony and Vizio have offices within the same county in the Central District of California.

9. Vizio's portion of the joint stipulation does not identify any discussions between the parties concerning the location of depositions for foreign witnesses that took place after March 12, 2009 and prior to Vizio's service of its portion of the joint stipulation, and I am not aware of any such discussions having taken place.

10. Sony is willing to make its Rule 30(b)(6) witnesses available for deposition in the United States.

11. The Sony senior manager who attended the Early Neutral Evaluation and Scheduling Conference in *Sony Corp. v. Vizio, Inc.*, Case No. 09-cv-01043-LAB-BLM (S.D. Cal.) is not among those Sony employees noticed for a deposition.

12. Attached hereto as Exhibit A is a true and correct copy of a letter from Ryan B. McCrum to Peter Klivans, dated July 29, 2009.

13. Attached hereto as Exhibit B is a true and correct copy of a document produced in this case bearing production numbers V0000019846-870.

14. Attached hereto as Exhibit C is a true and correct copy of a document produced in this case bearing production numbers V0000046722-735.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 12, 2009 in Redwood Shores, California.

_____
Heather Belville
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

02347.51451/3048532.2

-2-    CASE NO. CV 08-01135 - RGK (FMOx)
DECLARATION OF HEATHER E. BELVILLE IN SUPPORT OF
SONY'S PORTION OF JOINT STIPULATION