# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sony Corporation<br><br>Plaintiff(s)<br>v.<br><br>VIZIO, Inc.<br><br>Defendant(s). | CASE NUMBER<br>SA CV 08-01135-RGK<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Ryan B. McCrum,__
*Applicant's Name*

of __Jones Day, North Point, 901 Lakeside Avenue, Cleveland, OH 44114-1190__
*Firm Name /Address*

__(216) 586-7291__                                    __rbmccrum@jonesday.com__
*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☒ Defendant

__VIZIO, Inc.__

and the designation of __Kevin G. McBride (CA State Bar No. 195866)__
*Local Counsel Designee /State Bar Number*

of __Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071__
*Local Counsel Firm / Address*

__(213) 489-3939__                                    __kgmcbride@jonesday.com__
*Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X   GRANTED

☐   DENIED. Fee, if paid, shall be returned by the Clerk.

*(signed) Gary Klausner*

Dated __August 12, 2009__

U. S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

American LegalNet, Inc.
www.Forms*Workflow*.com