# EXHIBIT C

Todd Kennedy, Esq.
June 19, 2009
Page 2

Third, Sony will provide a list of all individuals who will be present at the inspection at least three business days prior to the inspection. All persons present at the inspection, including any experts, photographers, or videographers, must have signed the Protective Order prior to the inspection.

Fourth, Sony's inspection will be non-destructive. Vizio will not allow any inspection activity that might damage the sample televisions, including but not limited to removal of any components. If Sony's inspection damages a sample television, Sony will be required to reimburse Vizio for the full retail cost of the television.

Fifth, at the end of each inspection day, the Vizio observer will be allowed to review and make copies of any photographs or video taken during the inspection. Sony may designate these photographs and/or video "Confidential – Outside Counsel Only" pursuant to the Protective Order if appropriate.

Finally, please identify which Vizio televisions Sony would like to inspect so that Vizio can determine which sample televisions it can make available for inspection.

Please let me know if you would like to discuss any of these issues.

Very truly yours,

Steven J. Corr

SJC

Third, Vizio will authorize and expect Sony to follow the inspection procedures outlined in Todd Kennedy's letter of June 4, 2009. Because Vizio is providing sample televisions that are an integral part of Vizio's service department, these units must remain operational and undamaged. Accordingly, Vizio is willing to allow Sony to inspect these units according to the testing procedures outlined in Todd Kennedy's June 4, 2009 letter, which involves the attachment of devices to the televisions, and the observation of on-screen information related to the testing. Vizio also emphasizes that it does not authorize, and strictly requires that Sony shall not disassemble or remove any part of the sample televisions during the testing procedures, and expects Sony to abide by this requirement.

Fourth, due to the significant burden this inspection will have on Vizio's business operations, Vizio will provide the sample units in groups of 2-3 televisions at a time. When Sony completes its inspection of those units, Vizio will take them back, and then provide another group of 2-3 televisions for inspection. This procedure will continue until Sony has had the opportunity to inspect all the televisions available for inspection. Once Sony has completed its inspection of a television, Vizio will not provide that television again for inspection during the inspection process.

Finally, Vizio will require Sony to make a prior disclosure of the identities of the individuals Sony intends to bring to the inspection. This disclosure will ensure that Vizio has enough time to complete any security clearances for the inspection individuals before they enter the inspection location.

Please let me know if this inspection procedure is acceptable to Sony, and the date when Sony would like to commence its product inspection.

Sincerely,

/s/ *Steven J. Corr*

Steven J. Corr