# EXHIBIT D

# JONES DAY

555 SOUTH FLOWER STREET • FIFTIETH FLOOR • LOS ANGELES, CALIFORNIA  90071-2300

TELEPHONE: (213) 489-3939 • FACSIMILE: (213) 243-2539

Direct Number:  (213) 243-2327
sjcorr@jonesday.com

JP003603:bam
185979-600001

July 13, 2009

<u>VIA E-MAIL - toddkennedy@quinnemanuel.com</u>

Todd Kennedy, Esq.
Quinn Emmanuel Urquhart Oliver & Hedges, LLP
50 California Street, 50th Floor
San Francisco, CA 94111

Re:  <u>Sony Corporation v. Vizio, Inc.</u>, Case No. 08-01135

This letter is in response to your letter of June 24, 2009 regarding Sony's inspection of accused VIZIO products.

Enclosed on page 2 of this letter is a list of televisions that VIZIO will make available for inspection, provided we first get Sony's commitment to make its televisions that it claims are covered by the asserted patents available for inspection by VIZIO.  As previously agreed, any inspection of these televisions will commence under the inspection protocols explained in your letter of June 4, 2009, and my letter of June 19, 2009.

Please let me know the date proposed by Sony to commence its product inspection and I will find out if that is agreeable to VIZIO.  Before that inspection can take place, however, we need to know whether Sony will make its products available for inspection and when such an inspection can take place.  We look forward to hearing from you regarding that inspection.

Sincerely,

/s/ *Steven J. Corr*
Steven J. Corr

LAI-3035756v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

TELEVISION MODELS AVAILABLE FOR INSPECTION

| Item no. | Model | Item no. | Model |
|---|---|---|---|
| 1 | GV42 | 26 | VO320E |
| 2 | GV47 | 27 | VO370M |
| 3 | GV52 | 28 | VO420E |
| 4 | JV50 | 29 | VO470E |
| 5 | P50 | 30 | VOJ320 |
| 6 | SV420M | 31 | VOJ370 |
| 7 | SV420XVT | 34 | VP322 |
| 8 | SV421XVT | 35 | VP422 |
| 9 | SV470M | 36 | VP423 |
| 10 | SV470XVT | 37 | VP50 |
| 11 | SV471XVT | 38 | VP504 |
| 12 | VA320M | 39 | VP505 |
| 13 | VECO320 | 40 | VU42 |
| 14 | VF550M | 41 | VW26 |
| 15 | VF550XVT | 42 | VW32 |
| 16 | VL260M | 43 | VW37 |
| 17 | VL320M | 44 | VW42 |
| 18 | VL370M | 45 | VW46 |
| 19 | VL420M | 46 | VW47 |
| 20 | VL470M | 47 | VX200E |
| 21 | VM60P | 48 | VX240M |
| 22 | VO32 | 49 | VX37 |
| 23 | VO37 | 50 | VX42 |
| 24 | VO40 | 51 | VX52 |
| 25 | VO47 | | |