Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (Ca. Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

James L. Wamsley III
(*admitted pro hac vice*)
jlwamsleyiii@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Vizio, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No. CV-08-01135 (RGK)(FMOx)<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN J. CORR IN SUPPORT OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF JOINT STIPULATION REGARDING VIZIO, INC.'S MOTION TO COMPEL EXPERT REPORTS AND DEPOSITIONS, AND TO COMPEL DEPOSITIONS OF SONY WITNESSES IN THE UNITED STATES**<br><br>Date: September 2, 2009<br>Time: 10:00 A.M.<br>Judge: Hon. Fernando M. Olguin<br>Courtroom: 850 |

I, Steven J. Corr, declare as follows:

1. I am an associate with Jones Day, counsel of record for Defendant Vizio, Inc. ("Vizio") in this action. I make this declaration in support of the Supplemental Memorandum In Support Of Joint Stipulation Regarding Vizio Inc.'s Motion To Compel Expert Reports And Depositions, And To Compel Depositions Of Sony Witnesses In The United States. The following is based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. On August 11, 2009, Sony stated that it would produce its 30(b)(6) witnesses in the U.S., but was unwilling to designate the lead inventors of the asserted patents to testify as 30(b)(6) witnesses.

3. Vizio said it would withdraw the Joint Stipulation as it relates to location of depositions if Sony would agree to designate the lead inventor for each asserted patent as a witness for patent-related 30(b)(6) topics, including inventorship, conception and reduction to practice of the alleged inventions.

4. Sony said it was willing to consider this proposal, provided that Vizio would consider agreeing to produce witnesses from a non-party, a Taiwanese assembler of Vizio televisions. Vizio refused Sony's counter-proposal because Vizio has no legal right to force employees from the third-party Taiwanese company to appear in the U.S. for deposition. Sony refused to agree to produce lead inventors in the U.S., stating that it would prepare a non-inventor witness to provide testimony on patent-related 30(b)(6) topics, including inventorship, conception and reduction to practice of the alleged inventions.

5. Supplemental Exhibit 1 is a true and correct copy of selected transcript excerpts from the Transcript of Proceedings for the April 6, 2009 Hearing in *Sony Corp. v. Vizio, Inc.*, No. CV-08-01135 (RGK)(FMOx) (C.D. Cal.).

Dated: August 19, 2009    JONES DAY

By: /s/ Steven J. Corr
    Steven J. Corr

Attorneys for Defendant Vizio, Inc.