# Supplemental Exhibit 1

```
 1              CENTRAL DISTRICT OF CALIFORNIA
 2                     WESTERN DIVISION
 3     THE HONORABLE R. GARY KLAUSNER, JUDGE PRESIDING
 4
 5   SONY CORPORATION,            )
                 PLAINTIFF,       )
 6          vs.                   )  CASE NO.  CV 08-1135-RGK
                                  )
 7   VIZIO, INC.,                 )
                 DEFENDANTS.      )
 8   _____)
 9
10              TRANSCRIPT OF PROCEEDINGS
11                LOS ANGELES, CALIFORNIA
12
13              MONDAY, APRIL 6, 2009
14
15
16
17
18
19
20
21
22                             LYNNE NICHOLSON
                               OFFICIAL COURT REPORTER
23                             ROYBAL FEDERAL BUILDING
                               255 EAST TEMPLE STREET
24                             ROOM 181-A
                               LOS ANGELES, CALIFORNIA
25
```

UNITED STATES DISTRICT COURT

```
 1  what their policies are back there, what their reasons are.
 2           MR. DeFRANCO:  I understand, Your Honor.  We are
 3  certainly willing to go forward in January.  We actually put
 4  in December.  We have another trial starting for Sony on
 5  January 2nd in the District the Utah.  That's why we asked
 6  for mid December.
 7           I don't know if December is out at this point but
 8  we could certainly work toward that trial date.  That's in
 9  line with what the court said of the Westinghouse case.
10  That's a case of similar complexity as this one.
11           THE COURT:  Okay.  Do you want --
12           MR. WAMSLEY:  Your Honor, James Wamsley again for
13  Vizio.  As between December and January we would have a
14  preference for January.
15           THE COURT:  Okay.  I'm going to give you a little
16  more leeway.  I will set it for January 26th then.
17  January 26th would be the trial date.
18           The pretrial would be January 10th.  The motion
19  cut-off will be November 10th.  The discovery, November 1st.
20           Counsel, I should talk to you a little bit about
21  claim construction.  Each court does claim construction
22  differently, as you know.
23           We do claim construction as part of the summary
24  judgment.  The Markman hearing is part of the summary
25  judgment.
```

1         So I want to let you know that.  Anything else I
2    should tell you about as far as procedure goes?  I don't
3    know if you have any questions.  I'm more than willing to
4    address them.
5         MR. WAMSLEY:  If the court will indulge me, I do
6    have a few.  There were some differences between the parties
7    in the 26(f) report on a number of issues.  How would the
8    court like us to -- should we discuss those with you or how
9    would you like us to proceed with respect to those?
10        THE COURT:  I will be happy to talk to you about
11   that.  Each court does it differently.  We've talked about
12   scheduling today and we've got those dates set.
13        Anything else I really put for the attorneys on
14   both sides to be able to resolve it as much as you can by
15   yourselves.  You get much better results.  You know your
16   case.
17        If you get input into it you get much better
18   results on it.  Anything you can't agree on, bring to me by
19   way of written motion. I will be more than happy to decide
20   it.  But I really ask and push for you guys to put together
21   as much as you can yourselves.  If you can't do it anymore I
22   will be happy to decide.
23        The trouble is, once I decide then your input is
24   gone.   If you decide it yourselves you have much more
25   input, comes out much better results for both sides.

UNITED STATES DISTRICT COURT

```
                                                                11
 1          My suggestion is and one of the things you learn
 2   in this court and I have no problem, particularly with
 3   patent law because it's almost never a problem but the
 4   civility and professionalism of the attorneys in this court
 5   and working together I put a lot of emphasis on.
 6          Probably more so than most courts.  I really like
 7   the idea of the attorneys being the attorneys and resolving
 8   things in a very professional way.  I have no problem
 9   deciding any issue you want to bring before the court but it
10   has to be by written motion.
11          The biggest decision is who buys who coffee when
12   you to go down and talk about this.
13          (LAUGHTER)
14          THE COURT:  Anything else I can do for you?  If
15   not, thank you very much.
16     Oh counsel, your trial estimate on the, I believe one
17   was 20 days and one was 10 days. I'm going to leave those
18   like everybody else, leave those trial estimates until we
19   get to trial.  I would be surprised if this was more than
20   two weeks.  I don't want to get into that until I find out
21    what the witnesses are going to testify to, what's the
22   complexity, what patents are involved, etc.  Okay.
23          (PROCEEDINGS WERE ADJOURNED)
24
25
```

UNITED STATES DISTRICT COURT