Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (Ca. Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

James L. Wamsley III
(*admitted pro hac vice*)
jlwamsleyiii@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Vizio, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>VIZIO, INC.,<br><br>    Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN J. CORR IN SUPPORT OF REPLY IN SUPPORT OF VIZIO, INC.'S MOTION TO LIMIT CLAIMS**<br><br>**THE HONORABLE R. GARY KLAUSNER**<br><br>**HEARING:** 9:00 A.M. ON AUGUST 31, 2009 |

I, Steven J. Corr, declare as follows:

1. I am an associate with Jones Day, counsel of record for Defendant Vizio, Inc. ("Vizio") in this action. I make this declaration in support of the Reply Memorandum In Support Of Vizio, Inc.'s Motion To Limit Claims. The following is based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Supplemental Exhibit 1 is a true and correct copy of correspondence between counsel for Vizio and counsel for Sony, dated August 21, 2009.

3. Supplemental Exhibit 2 is a true and correct copy of correspondence between counsel for Sony and counsel for Vizio, dated April 29, 2009.

Dated: August 24, 2009     JONES DAY

By: /s/ Steven J. Corr
    Steven J. Corr

Attorneys for Defendant Vizio, Inc.

**Case No. CV-08-01135-RGK(FMOx)**
**Suppl. Decl. of Corr ISO Reply Memo**

# PROOF OF SERVICE

I, Beth A. Marchese, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 50th Floor, Los Angeles, California 90071. On August 24, 2009, I served a copy of the within document(s):

**SUPPLEMENTAL DECLARATION OF STEVEN J. CORR IN SUPPORT OF REPLY IN SUPPORT OF VIZIO, INC.'S MOTION TO LIMIT CLAIMS**

by transmitting via e-mail or electronic transmission the document(s) listed above.

I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Kevin P.B. Johnson, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | kevinjohnson@quinnemanuel.com |
| Steven M. Anderson, Esq.<br>Rory S. Miller, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017 | stevenanderson@quinnemanuel.com<br>rorymiller@quinnemanuel.com |

On August 24, 2009, I also served a courtesy copy, pursuant to the agreement between the parties, by e-mail to opposing counsel at:

sony-vizio@quinnemanuel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Case No. CV-08-01135-RGK(FMOx)**
**Proof of Service**

| | |
|---|---|
| 1 | Executed on August 24, 2009, at Los Angeles, California. |
| 2 | |
| 3 | _/s/ Beth A. Marchese_<br>Beth A. Marchese |

**Case No. CV-08-01135-RGK(FMOx)**
**Proof of Service**