Kevin P.B. Johnson (Bar No. 177129)
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SONY CORPORATION,

PLAINTIFF(S)

v.

VIZIO, INC.,

DEFENDANT(S).

CASE NUMBER:

CV 08-01135 RGK (FMOx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1) Joint Stipulation Regarding Sony Corporation's Motion to Compel a Further Response to Sony's Request for Production Nos. 17-23, 24, 68 and 82; (2) Declaration of Peter A. Klivans and Exhibits; (3) Ex Parte Application to File Under Seal; (4) Proposed Order Sealing Documents

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Joint Stipulation and Supporting Documents

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Application to Seal Excluded from e-filing

August 26, 2009
Date

Kevin P. B. Johnson
Attorney Name

Sony Corporation
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING