Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | CASE NO. CV 08-03934-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**CONFIDENTIAL DECLARATION OF PETER A. KLIVANS IN SUPPORT OF JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 68, AND 82**<br><br>**FILED UNDER SEAL**<br><br>**Magistrate Judge:** Hon. Fernando M. Olguin<br><br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

51451/3058237.2

CASE NO. CV 08-01135 - RGK (FMOx)
DECLARATION OF PETER A. KLIVANS IN SUPPORT OF
JOINT STIPULATION RE SONY'S MOTION TO COMPEL

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Sony Corporation ("Sony"). I submit this declaration in support of Sony and Vizio's JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 68, AND 82. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the parties' July 23, 2009 in-person meet and confer.

3. Attached hereto as Exhibit B is a true and correct copy of this Court's Order establishing the initial case schedule.

4. Attached hereto as Exhibit C is a true and correct copy of Sony's First Set of Requests for Production to Vizio, served on March 23, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of Vizio's Response to Sony's First Set of Requests for Production, served on April 22, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of a July 13, 2009 letter from Todd Kennedy to Ryan McCrum.

7. Attached hereto as Exhibit F is a true and correct copy of a July 17, 2009 letter from Ryan McCrum to Todd Kennedy.

8. Attached hereto as Exhibit G is a true and correct copy of a July 21, 2009 letter from Todd Kennedy to Ryan McCrum.

9. Attached hereto as Exhibit H is a true and correct copy of a July 21, 2009 letter from Peter Klivans to Ryan McCrum.

10. Attached hereto as Exhibit I is a true and correct copy of a July 23, 2009 letter from Peter Klivans to Ryan McCrum.

11. Attached hereto as Exhibit J is a true and correct copy of a July 29, 2009 letter from Ryan McCrum to Peter Klivans.

12. Attached hereto as Exhibit K is a true and correct copy of a document produced in this case bearing production numbers V0000128537-564.

13. Attached hereto as Exhibit L is a true and correct copy of a document produced in this case bearing production numbers V0000142720-734.

14. Attached hereto as Exhibit M is a true and correct copy of a document produced in this case bearing production numbers V0000142813-814.

15. Attached hereto as Exhibit N is a true and correct copy of a document produced in this case bearing production numbers V0000142811-812.

16. Attached hereto as Exhibit O is a true and correct copy of a document produced in this case bearing production numbers V0000019846-870.

17. Attached hereto as Exhibit P is a true and correct copy of a document produced in this case bearing production numbers V0000041131-132.

18. Attached hereto as Exhibit Q is a true and correct copy of a document produced in this case bearing production numbers V0000049649-650.

19. Attached hereto as Exhibit R is a true and correct copy of a document produced in this case bearing production numbers V0000118456-494.

20. Attached hereto as Exhibit S is a true and correct copy of a document produced in this case bearing production numbers V0000081213-218.

21. Attached hereto as Exhibit T is a true and correct copy of a document produced in this case bearing production numbers V0000053144.

22. Attached hereto as Exhibit U is a true and correct copy of a document produced in this case bearing production numbers V0000125670-683.

23. Attached hereto as Exhibit V is a true and correct copy of a document produced in this case bearing production numbers V0000042375-376.

24. Attached hereto as Exhibit W is a true and correct copy of a May 20, 2009 letter from Ryan McCrum to Todd Kennedy.

25. Attached hereto as Exhibit X is a true and correct copy of the transcript of the parties' May 11, 2009 in-person meet and confer.

26. Attached hereto as Exhibit Y is a true and correct copy of "Good Omen for Vizio," May 21, 2009, www.forbes.com, available at http://www.forbes.com/2009/05/21/taiwan-vizio-amtran-exports-lcd-tv.html.

27. Attached hereto as Exhibit Z is a true and correct copy of Attachment A (Revision 2) to Vizio's Second Supplemental Response to Sony's Interrogatories, served on July 17, 2009.

28. I have personally reviewed records of all of Sony and Vizio's pre- and post-Complaint meetings regarding this dispute, and AmTRAN personnel attended each meeting on Vizio's behalf.

29. The AmTRAN-Sony litigation is captioned *Sony Corp. v. AmTRAN Technology Ltd.*, Case No. 08-5706, in N.D. Cal., and *AmTRAN Technology Ltd. V. Funai Electric Co., Ltd.*, Case No. 08-740, in W.D. Wis. The Wisconsin action was recently transferred to the Northern District of California.

30. I have personally overseen Sony's production of documents in the Sony-AmTRAN disputes. Sony has produced in those litigations thousands of pages of chip specifications and data sheets, as well as service manuals for every accused product.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: August 17, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By_____
Peter A. Klivans
Attorneys for Plaintiff SONY CORPORATION

51451/3058237.2

-3-

CASE NO. CV 08-01135 - RGK (FMOx)
DECLARATION OF PETER A. KLIVANS IN SUPPORT OF
JOINT STIPULATION RE SONY'S MOTION TO COMPEL