# EXHIBIT D

1    Thomas R. Malcolm (State Bar No. 39248)
     trmalcolm@jonesday.com
2    JONES DAY
     3 Park Plaza, Suite 1100
3    Irvine, CA 92614
     Telephone: (949) 851-3939
4    Facsimile: (949) 553-7539

5    Kevin G. McBride (State Bar No. 195866)
     kgmcbride@jonesday.com
6    Steven J. Corr (State Bar No. 216243)
     sjcorr@jonesday.com
7    JONES DAY
     555 South Flower Street, 50th Floor
8    Los Angeles, CA 90071-2300
     Telephone: (213) 489-3939
9    Facsimile: (213) 243-2539

10   Attorneys for Defendant
     Vizio, Inc.

11

12            UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15   SONY CORPORATION, a Japanese corporation, | Case No. SA CV-08-01135-RGK (FMOx) |
| 16 | |
| 17          Plaintiff, | **VIZIO'S RESPONSE TO SONY'S FIRST SET OF REQUESTS FOR PRODUCTION** |
| 18    v. | |
| 19   VIZIO, INC., a California corporation, | |
| 20         Defendant. | |

21

22

23

24

25

26

27

28

**VIZIO, INC.'S RESPONSE TO PLAINTIFF SONY'S
FIRST SET OF REQUESTS FOR PRODUCTION**

Pursuant to Rule 26 and 34 of the Federal Rules of Civil Procedure,

Defendant Vizio, Inc. ("Vizio") responds to Plaintiff Sony Corporation's First Set

of Requests for Production to Vizio.

## GENERAL OBJECTIONS

1.    Vizio objects to each Request for Production ("RFP") to the extent that

it is inconsistent with or seeks to impose obligations beyond those imposed by the

Federal Rules of Civil Procedure and the Local Rules, and/or the Orders or

instructions of this Court.

2.    Vizio objects' to each RFP to the extent it seeks the disclosure of

information that is not relevant to any claim or defense in this action nor reasonably

likely to lead to the discovery of admissible evidence, under Rule 26(b)(1) of the

Federal Rules of Civil Procedure.

3.    Vizio objects to each RFP to the extent it seeks information protected

by the attorney-client privilege, the work product doctrine, Federal Rule of

Evidence 501 and/or any other applicable common law or statutory privileges,

doctrines or immunities, including a common interest privilege (also known as the

joint-defense privilege) and the privilege afforded non-testifying experts by the

Federal Rules of Civil Procedure.

4.    Vizio objects to each RFP to the extent it seeks discovery of private

and confidential information, information that reflects trade secrets, Confidential or

Highly Confidential material or proprietary business information, or other

confidential data, research or development, and/or seeks the disclosure of personal

information or other non-public proprietary information, in the absence of a suitable

Protective Order.  Any offers made herein (or hereafter) to provide, or the provision

of, such information are made subject to an appropriate Protective Order entered by

1  this Court.  In the absence of an appropriate Protective Order, any such information
2  will not be provided.

3        5.      Vizio objects to the RFPs in that they are highly duplicative.

4        6.      Vizio objects to each RFP to the extent it calls for information that
5  Vizio is prohibited from disclosing by contract, order, statute, rule, regulation or
6  law.  In the case of information subject to a confidentiality obligation owed to a
7  non-party, Vizio objects to revealing such information until such time as the non-
8  party agrees to production and the entry of an appropriate Protective Order by this
9  Court.  In the absence of such an agreement and an appropriate Protective Order,
10 any such information will not be provided.

11       7.      Vizio objects to each RFP to the extent it seeks information obtainable
12 from another source that is more convenient, less burdensome or less expensive,
13 and/or compliance with any such RFP would be unduly burdensome, expensive,
14 annoying and/or oppressive.  Vizio further objects to the extent each RFP seeks the
15 disclosure of information that is as easily ascertainable by Plaintiff as it is by Vizio
16 or is readily available from public sources.

17       8.      Vizio's responses to these RFPs are made without in any way waiving
18 (a) the right to object, on the grounds of competency, relevancy, materiality,
19 privilege or admissibility as evidence for any purpose in any subsequent proceeding
20 in, or the hearing of, this action or any other action; and (b) the right to object on
21 any grounds to other discovery requests involving or relating to the subject matter
22 of these RFPs.

23       9.      Vizio objects to Sony's definition of "Vizio Product" as overly broad
24 and unduly burdensome to the extent it seeks information on products that are not
25 relevant to any claim or defense in this action nor reasonably likely to lead to the
26 discovery of admissible evidence, under Rule 26(b)(1) of the Federal Rules of Civil
27 Procedure.

28

1    10. Vizio objects to Sony's definition of "Related Vizio Product" as overly

2    broad and unduly burdensome to the extent it seeks information on products that

3    are not relevant to any claim or defense in this action nor reasonably likely to lead

4    to the discovery of admissible evidence, under Rule 26(b)(1) of the Federal Rules

5    of Civil Procedure.

6    11. Vizio objects to the use of "any," "all," and "each" and their use in

7    these RFPs to the extent that Plaintiff seeks information that refers or relates to a

8    particular subject if it was intended by Plaintiff to impose any requirements on

9    Vizio to seek information from all of its employees, entities, affiliates, customers,

10   and/or suppliers in a manner that is inconsistent with the provisions of Rule

11   26(b)(2) of the Federal Rules of Civil Procedure. In seeking information, Vizio

12   makes inquiry of persons who are reasonably likely to have such information and of

13   other persons identified by these persons.

14   12. Vizio reserves all rights to contest and/or object to the admissibility at

15   trial of any documents produced by Vizio in response to these RFPs.

16   13. Any statement that Vizio will produce documents does not constitute a

17   representation that Vizio possesses any such documents, or that such documents

18   exist at all, and is not to be construed as an admission with respect to any issue in

19   this action.

20   14. Vizio's responses to these RFPs are based on its present knowledge,

21   information and belief. Discovery in this action has just begun and Vizio is

22   continuing its investigation to obtain information responsive to these RFPs. The

23   following responses are provided without prejudice to Vizio's right to present

24   documents and information subsequently discovered or determined to be responsive

25   and to amend or supplement its production consistent with the Federal Rules of

26   Civil Procedure.

27

28

1    All of the foregoing General Objections are incorporated by reference below
2  into each separate response.  Subject to and without waiving these General
3  Objections, Vizio specifically objects and responds to Plaintiff's RFPs as follows:
4
5  **REQUEST FOR PRODUCTION NO. 1:**
6       A fully operational exemplar of each of the Vizio Products.
7  **RESPONSE:**
8       Vizio incorporates by reference each of its General Objections as though
9  fully set forth herein and objects to the terms "fully operational exemplar" as vague
10 and ambiguous in this context.  Vizio further objects to this RFP as overly broad
11 and unduly burdensome as it seeks a sample of every product that Vizio has ever
12 manufactured or sold in the United States regardless of whether Sony has ever
13 made any allegation of infringement of those products or has a reasonable basis for
14 doing so.  Vizio further objects to this RFP as premature in that Sony has not yet
15 identified any accused products or the specific claims that Sony is asserting against
16 each accused product.  Vizio also objects to this RFP to the extent it seeks samples
17 of Vizio Products that are no longer within Vizio's possession, custody or control.
18 Vizio further objects to this RFP to the extent it seeks samples of products that are
19 as easily ascertainable by Plaintiff as they are by Vizio or are readily available from
20 public sources.
21      Subject to, and without waiver of the foregoing objections, Vizio is willing to
22 meet and confer with Plaintiff regarding this RFP.
23 **REQUEST FOR PRODUCTION NO. 2:**
24      All Documents that concern any of the patents-in-suit, including Documents
25 concerning the file histories thereto.
26 **RESPONSE:**
27      Vizio incorporates by reference each of its General Objections as though
28 fully set forth herein.  Vizio further objects to the extent this RFP seeks information

1  protected by the attorney-client privilege and/or work product doctrine. Vizio
2  further objects to this RFP to the extent it seeks information that is as easily
3  ascertainable by Plaintiff as it is by Vizio or is readily available from public
4  sources.
5      Subject to, and without waiver of the foregoing objections, Vizio will
6  produce non-privileged, responsive and relevant documents, if any, in its
7  possession, custody or control, located after a reasonable search, but only after
8  entry of a suitable protective order.
9  **REQUEST FOR PRODUCTION NO. 3:**
10     All Documents concerning any discussion with third parties regarding Sony
11 patents.
12 **RESPONSE:**
13     Vizio incorporates by reference each of its General Objections as though
14 fully set forth herein and objects to the terms "third parties" and "Sony patents" as
15 vague and ambiguous in this context. Vizio further objects to this RFP as overly
16 broad and unduly burdensome to the extent it seeks documents on patents other
17 than the Patents-in-Suit and therefore is not relevant to the subject matter of this
18 action nor reasonably calculated to lead to the discovery of admissible evidence.
19 Vizio also objects to this RFP to the extent it seeks the disclosure of confidential
20 information of a third party. Vizio further objects to this RFP to the extent it seeks
21 information protected by attorney-client privilege, the work product doctrine,
22 common interest or joint defense privilege.
23     Subject to, and without waiver of the foregoing objections, Vizio will
24 produce non-privileged, responsive and relevant documents, if any, in its
25 possession, custody or control, located after a reasonable search, but only after
26 entry of a suitable protective order.
27 **REQUEST FOR PRODUCTION NO. 4:**
28     Documents sufficient to determine the model number of each Vizio Product.

1    **RESPONSE:**

2        Vizio incorporates by reference each of its General Objections as though

3    fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

4    burdensome as it seeks information regarding every Vizio product regardless of

5    whether Sony has ever made any allegation of infringement of those products or has

6    a reasonable basis for doing so. Vizio further objects to this RFP as premature in

7    that Sony has not yet identified any accused products or the specific claims that

8    Sony is asserting against each accused product.

9        Subject to, and without waiver of the foregoing objections, Vizio will

10   produce non-privileged, responsive and relevant documents, if any, in its

11   possession, custody or control, located after a reasonable search, but only after

12   entry of a suitable protective order.

13   **REQUEST FOR PRODUCTION NO. 5:**

14       Documents sufficient to determine the model number of each Related Vizio

15   Product.

16   **RESPONSE:**

17       Vizio incorporates by reference each of its General Objections as though

18   fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

19   burdensome as it seeks information regarding "Related Vizio Products" regardless

20   of whether Sony has ever made any allegation of infringement of those products or

21   has a reasonable basis for doing so. Vizio further objects to this RFP as premature

22   in that Sony has not yet identified any accused products or the specific claims that

23   Sony is asserting against each accused product.

24       Subject to, and without waiver of the foregoing objections, Vizio will

25   produce non-privileged, responsive and relevant documents, if any, in its

26   possession, custody or control, located after a reasonable search, but only after

27   entry of a suitable protective order.

28

1 **REQUEST FOR PRODUCTION NO. 6:**

2 Documents sufficient to determine each Graphics Processor and/or Video
3 Processor incorporated in each Vizio Product.

4 **RESPONSE:**

5 Vizio incorporates by reference each of its General Objections as though
6 fully set forth herein. Vizio further objects to this RFP as overly broad and unduly
7 burdensome as it seeks information regarding processors for every Vizio product
8 regardless of whether Sony has ever made any allegation of infringement of those
9 products or has a reasonable basis for doing so. Vizio further objects to this RFP as
10 premature in that Sony has not yet identified any accused products or the specific
11 claims that Sony is asserting against each accused product.

12 Subject to, and without waiver of the foregoing objections, Vizio will
13 produce non-privileged, responsive and relevant documents, if any, in its
14 possession, custody or control, located after a reasonable search, but only after
15 entry of a suitable protective order.

16 **REQUEST FOR PRODUCTION NO. 7:**

17 Documents sufficient to correlate the model number of each Vizio Product
18 with any and all other internal numbers or designations associated with that
19 product.

20 **RESPONSE:**

21 Vizio incorporates by reference each of its General Objections as though
22 fully set forth herein. Vizio further objects to this RFP as overly broad and unduly
23 burdensome as it seeks information for every Vizio product regardless of whether
24 Sony has ever made any allegation of infringement of those products or has a
25 reasonable basis for doing so. Vizio further objects to this RFP as premature in that
26 Sony has not yet identified any accused products or the specific claims that Sony is
27 asserting against each accused product.

28

1      Subject to, and without waiver of the foregoing objections, Vizio will
2 produce non-privileged, responsive and relevant documents, if any, in its
3 possession, custody or control, located after a reasonable search, but only after
4 entry of a suitable protective order.

5 **REQUEST FOR PRODUCTION NO. 8:**

6      Documents sufficient to correlate any technical documentation concerning
7 each Vizio Product with financial documentation (*e.g.*, documents showing unit
8 sales, revenues, *etc.*) associated with that product.

9 **RESPONSE:**

10      Vizio incorporates by reference each of its General Objections as though
11 fully set forth herein and objects to the terms "technical documentation" and
12 "financial documentation" as vague and ambiguous in this context. Vizio further
13 objects to this RFP as overly broad and unduly burdensome as it seeks information
14 for every Vizio product regardless of whether Sony has ever made any allegation of
15 infringement of those products or has a reasonable basis for doing so. Vizio further
16 objects to this RFP as premature in that Sony has not yet identified any accused
17 products or the specific claims that Sony is asserting against each accused product.

18      Subject to, and without waiver of the foregoing objections, Vizio will
19 produce non-privileged, responsive and relevant documents, if any, in its
20 possession, custody or control, located after a reasonable search, but only after
21 entry of a suitable protective order.

22 **REQUEST FOR PRODUCTION NO. 9:**

23      Documents sufficient to show when, where, and by whom, each of the Vizio
24 Products was manufactured.

25 **RESPONSE:**

26      Vizio incorporates by reference each of its General Objections as though
27 fully set forth herein and objects to the term "manufactured" as vague and
28 ambiguous in this context. Vizio further objects to this RFP as overly broad and

1    unduly burdensome as it seeks information for every Vizio product regardless of

2    whether Sony has ever made any allegation of infringement of those products or has

3    a reasonable basis for doing so. Vizio further objects to this RFP as premature in

4    that Sony has not yet identified any accused products or the specific claims that

5    Sony is asserting against each accused product.

6         Subject to, and without waiver of the foregoing objections, Vizio will

7    produce non-privileged, responsive and relevant documents, if any, in its

8    possession, custody or control, located after a reasonable search, but only after

9    entry of a suitable protective order.

10   **REQUEST FOR PRODUCTION NO. 10:**

11         For each sale of a Vizio Product, Documents sufficient to show when, where,

12   and by whom, the Vizio Product was sold.

13   **RESPONSE:**

14         Vizio incorporates by reference each of its General Objections as though

15   fully set forth herein and objects to the term "each sale" as vague and ambiguous in

16   this context. Vizio further objects to this RFP as overly broad and unduly

17   burdensome as it seeks information "for each sale" for every Vizio product ever

18   sold. Vizio further objects to this RFP as overly broad and unduly burdensome as it

19   seeks information for every Vizio product regardless of whether Sony has ever

20   made any allegation of infringement of those products or has a reasonable basis for

21   doing so. Vizio further objects to this RFP as premature in that Sony has not yet

22   identified any accused products or the specific claims that Sony is asserting against

23   each accused product. Vizio further objects to this RFP to the extent it seeks

24   confidential information of a third party. Vizio further objects to this RFP to the

25   extent it seeks information not within Vizio's possession, custody or control.

26         Subject to, and without waiver of the foregoing objections, Vizio will

27   produce non-privileged, responsive and relevant documents, if any, in its

28

1    possession, custody or control, located after a reasonable search, but only after

2    entry of a suitable protective order.

3    **REQUEST FOR PRODUCTION NO. 11:**

4    Documents sufficient to show the place of manufacture and the place of sale

5    for each unit of each Vizio Product and the dollar amount of sales associated with

6    such unit.

7    **RESPONSE:**

8    Vizio incorporates by reference each of its General Objections as though

9    fully set forth herein and objects to the language "place of manufacture, "for each

10   unit of each Vizio product" and "such unit" as vague and ambiguous in this context.

11   Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks

12   information for every Vizio product regardless of whether Sony has ever made any

13   allegation of infringement of those products or has a reasonable basis for doing so.

14   Vizio further objects to this RFP as premature in that Sony has not yet identified

15   any accused products or the specific claims that Sony is asserting against each

16   accused product.  Vizio further objects to this RFP to the extent it seeks

17   confidential information of a third party.  Vizio further objects to this RFP to the

18   extent it seeks information not within Vizio's possession, custody or control.

19   Subject to, and without waiver of the foregoing objections, Vizio will

20   produce non-privileged, responsive and relevant documents, if any, in its

21   possession, custody or control, located after a reasonable search, but only after

22   entry of a suitable protective order.

23   **REQUEST FOR PRODUCTION NO. 12:**

24   All Documents concerning any Vizio licensing policies.

25   **RESPONSE:**

26   Vizio incorporates by reference each of its General Objections as though

27   fully set forth herein and objects to "licensing policies" as vague and ambiguous in

28   this context.  Vizio further objects to this RFP as overly broad and unduly

1    burdensome as it seeks information for "any licenses" and thus seeks information

2    not relevant to a claim or defense in this action nor reasonably calculated to lead to

3    the discovery of admissible evidence. Vizio further objects to this RFP to the

4    extent it seeks information protected by attorney-client privilege, the work product

5    doctrine, common interest or joint defense privilege.

6       Subject to, and without waiver of the foregoing objections, Vizio will

7    produce non-privileged, responsive and relevant documents, if any, in its

8    possession, custody or control, located after a reasonable search, but only after

9    entry of a suitable protective order.

10   **REQUEST FOR PRODUCTION NO. 13:**

11       All patent license agreements Vizio has entered into in which Vizio is the

12   licensee.

13   **RESPONSE:**

14       Vizio incorporates by reference each of its General Objections as though

15   fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

16   burdensome as it seeks information for "all patent license agreements" and thus

17   seeks information not relevant to a claim or defense in this action nor reasonably

18   calculated to lead to the discovery of admissible evidence. Vizio further objects to

19   this RFP to the extent it calls for the confidential information of a third party.

20       Subject to, and without waiver of the foregoing objections, Vizio will

21   produce non-privileged, responsive and relevant documents, if any, in its

22   possession, custody or control, located after a reasonable search, but only after

23   entry of a suitable protective order and Vizio has received the consent of any third

24   parties to produce any documents containing confidential information of said third

25   parties.

26   **REQUEST FOR PRODUCTION NO. 14:**

27       All Documents concerning any patent license granted to, or obtained by,

28   Vizio that covers in whole or in part any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the term "covers" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information for "any patent license" and thus seeks information not relevant to a claim or defense in this action nor reasonably calculated to lead to the discovery of admissible evidence. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information for every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it calls for the confidential information of a third party. Vizio further objects to this RFP to the extent it seeks information protected by attorney-client privilege, the work product doctrine, common interest or joint defense privilege.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 15:**

All Documents concerning any document management systems or processes for handling documents relating to any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the terms "document management systems" and

"handling" as vague and ambiguous in this context.  Vizio further objects to this
RFP as overly broad and unduly burdensome as it seeks information not relevant to
a claim or defense in this action nor reasonably calculated to lead to the discovery
of admissible evidence.  Vizio further objects to this RFP as overly broad and
unduly burdensome as it seeks information relating to every Vizio product
regardless of whether Sony has ever made any allegation of infringement of those
products or has a reasonable basis for doing so.  Vizio further objects to this RFP as
premature in that Sony has not yet identified any accused products or the specific
claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will
produce non-privileged, responsive and relevant documents, if any, in its
possession, custody or control, located after a reasonable search, but only after
entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 16:**

All Documents concerning any databases for storing data relating to any of
the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though
fully set forth herein.  Vizio further objects to this RFP as overly broad and unduly
burdensome as it seeks information not relevant to a claim or defense in this action
nor reasonably calculated to lead to the discovery of admissible evidence.  Vizio
further objects to this RFP as overly broad and unduly burdensome as it seeks
information relating to every Vizio product regardless of whether Sony has ever
made any allegation of infringement of those products or has a reasonable basis for
doing so.  Vizio further objects to this RFP as premature in that Sony has not yet
identified any accused products or the specific claims that Sony is asserting against
each accused product.

1  Subject to, and without waiver of the foregoing objections, Vizio will

2  produce non-privileged, responsive and relevant documents, if any, in its

3  possession, custody or control, located after a reasonable search, but only after

4  entry of a suitable protective order.

5  **REQUEST FOR PRODUCTION NO. 17:**

6  All Documents relating to the menu display and/or picture-in-picture

7  functionality of the Vizio Products or the Related Vizio Products.

8  **RESPONSE:**

9  Vizio incorporates by reference each of its General Objections as though

10  fully set forth herein and objects to the terms "menu display" and "picture-in-

11  picture functionality" as vague and ambiguous in this context. Vizio further objects

12  to this RFP as overly broad and unduly burdensome as it seeks information relating

13  to every Vizio product regardless of whether Sony has ever made any allegation of

14  infringement of those products or has a reasonable basis for doing so. Vizio further

15  objects to this RFP as premature in that Sony has not yet identified any accused

16  products or the specific claims that Sony is asserting against each accused product.

17  Vizio further objects to this RFP to the extent it calls for the confidential

18  information of a third party. Vizio further objects to this RFP to the extent it seeks

19  information not within Vizio's possession, custody or control.

20  Subject to, and without waiver of the foregoing objections, Vizio will

21  produce non-privileged, responsive and relevant documents, if any, in its

22  possession, custody or control, located after a reasonable search, but only after

23  entry of a suitable protective order and Vizio has received the consent of any third

24  parties to produce any documents containing confidential information of said third

25  parties.

26  **REQUEST FOR PRODUCTION NO. 18:**

27  All Documents that relate to the closed caption functionality of the Vizio

28  Products or the Related Vizio Products.

1   **RESPONSE:**

2       Vizio incorporates by reference each of its General Objections as though

3   fully set forth herein and objects to the terms "relate to" and "closed caption

4   functionality" as vague and ambiguous in this context. Vizio further objects to this

5   RFP as overly broad and unduly burdensome as it seeks information relating to

6   every Vizio product regardless of whether Sony has ever made any allegation of

7   infringement of those products or has a reasonable basis for doing so. Vizio further

8   objects to this RFP as premature in that Sony has not yet identified any accused

9   products or the specific claims that Sony is asserting against each accused product.

10   Vizio further objects to this RFP to the extent it calls for the confidential

11   information of a third party. Vizio further objects to this RFP to the extent it seeks

12   information not within Vizio's possession, custody or control.

13       Subject to, and without waiver of the foregoing objections, Vizio will

14   produce non-privileged, responsive and relevant documents, if any, in its

15   possession, custody or control, located after a reasonable search, but only after

16   entry of a suitable protective order and Vizio has received the consent of any third

17   parties to produce any documents containing confidential information of said third

18   parties.

19   **REQUEST FOR PRODUCTION NO. 19:**

20       All Documents that relate to the subtitle display functionality of the Vizio

21   Products or the Related Vizio Products.

22   **RESPONSE:**

23       Vizio incorporates by reference each of its General Objections as though

24   fully set forth herein and objects to the terms "relate to" and "subtitle display

25   functionality" as vague and ambiguous in this context. Vizio further objects to this

26   RFP as overly broad and unduly burdensome as it seeks information relating to

27   every Vizio product regardless of whether Sony has ever made any allegation of

28   infringement of those products or has a reasonable basis for doing so. Vizio further

1 objects to this RFP as premature in that Sony has not yet identified any accused
2 products or the specific claims that Sony is asserting against each accused product.
3 Vizio further objects to this RFP to the extent it calls for the confidential
4 information of a third party. Vizio further objects to this RFP to the extent it seeks
5 information not within Vizio's possession, custody or control.

6      Subject to, and without waiver of the foregoing objections, Vizio will
7 produce non-privileged, responsive and relevant documents, if any, in its
8 possession, custody or control, located after a reasonable search, but only after
9 entry of a suitable protective order and Vizio has received the consent of any third
10 parties to produce any documents containing confidential information of said third
11 parties.

12 **REQUEST FOR PRODUCTION NO. 20:**

13      All Documents that relate to the menu display functionality of the Vizio
14 Products or the Related Vizio Products.

15 **RESPONSE:**

16      Vizio incorporates by reference each of its General Objections as though
17 fully set forth herein and objects to the terms "relate to" and "menu display
18 functionality" as vague and ambiguous in this context. Vizio further objects to this
19 RFP as overly broad and unduly burdensome as it seeks information relating to
20 every Vizio product regardless of whether Sony has ever made any allegation of
21 infringement of those products or has a reasonable basis for doing so. Vizio further
22 objects to this RFP as premature in that Sony has not yet identified any accused
23 products or the specific claims that Sony is asserting against each accused product.
24 Vizio further objects to this RFP to the extent it calls for the confidential
25 information of a third party. Vizio further objects to this RFP to the extent it seeks
26 information not within Vizio's possession, custody or control.

27      Subject to, and without waiver of the foregoing objections, Vizio will
28 produce non-privileged, responsive and relevant documents, if any, in its

| | |
|---|---|
| 1 | possession, custody or control, located after a reasonable search, but only after |
| 2 | entry of a suitable protective order and Vizio has received the consent of any third |
| 3 | parties to produce any documents containing confidential information of said third |
| 4 | parties. |
| 5 | **REQUEST FOR PRODUCTION NO. 21:** |
| 6 | All Documents that relate to the video processing and transmission |
| 7 | functionality of the Vizio Products. |
| 8 | **RESPONSE:** |
| 9 | Vizio incorporates by reference each of its General Objections as though |
| 10 | fully set forth herein and objects to the terms "relate to," "video processing" and |
| 11 | "transmission functionality" as vague and ambiguous in this context. Vizio further |
| 12 | objects to this RFP as overly broad and unduly burdensome as it seeks information |
| 13 | relating to every Vizio product regardless of whether Sony has ever made any |
| 14 | allegation of infringement of those products or has a reasonable basis for doing so. |
| 15 | Vizio further objects to this RFP as premature in that Sony has not yet identified |
| 16 | any accused products or the specific claims that Sony is asserting against each |
| 17 | accused product. Vizio further objects to this RFP to the extent it calls for the |
| 18 | confidential information of a third party. Vizio further objects to this RFP to the |
| 19 | extent it seeks information not within Vizio's possession, custody or control. |
| 20 | Subject to, and without waiver of the foregoing objections, Vizio will |
| 21 | produce non-privileged, responsive and relevant documents, if any, in its |
| 22 | possession, custody or control, located after a reasonable search, but only after |
| 23 | entry of a suitable protective order and Vizio has received the consent of any third |
| 24 | parties to produce any documents containing confidential information of said third |
| 25 | parties. |
| 26 | **REQUEST FOR PRODUCTION NO. 22:** |
| 27 | All Documents that relate to the gamma correction and/or dynamic contrast |
| 28 | functionality of the Vizio Products. |

1   **RESPONSE:**

2       Vizio incorporates by reference each of its General Objections as though

3   fully set forth herein and objects to the terms "relate to," "gamma correction" and

4   "dynamic contrast functionality" as vague and ambiguous in this context. Vizio

5   further objects to this RFP as overly broad and unduly burdensome as it seeks

6   information relating to every Vizio product regardless of whether Sony has ever

7   made any allegation of infringement of those products or has a reasonable basis for

8   doing so. Vizio further objects to this RFP as premature in that Sony has not yet

9   identified any accused products or the specific claims that Sony is asserting against

10   each accused product. Vizio further objects to this RFP to the extent it calls for the

11   confidential information of a third party. Vizio further objects to this RFP to the

12   extent it seeks information not within Vizio's possession, custody or control.

13       Subject to, and without waiver of the foregoing objections, Vizio will

14   produce non-privileged, responsive and relevant documents, if any, in its

15   possession, custody or control, located after a reasonable search, but only after

16   entry of a suitable protective order and Vizio has received the consent of any third

17   parties to produce any documents containing confidential information of said third

18   parties.

19   **REQUEST FOR PRODUCTION NO. 23:**

20       All Documents that relate to the channel selection functionality of the Vizio

21   Products or the Related Vizio Products.

22   **RESPONSE:**

23       Vizio incorporates by reference each of its General Objections as though

24   fully set forth herein and objects to the terms "relate to" and "channel selection" as

25   vague and ambiguous in this context. Vizio further objects to this RFP as overly

26   broad and unduly burdensome as it seeks information relating to every Vizio

27   product regardless of whether Sony has ever made any allegation of infringement of

28   those products or has a reasonable basis for doing so. Vizio further objects to this

1　RFP as premature in that Sony has not yet identified any accused products or the

2　specific claims that Sony is asserting against each accused product. Vizio further

3　objects to this RFP to the extent it calls for the confidential information of a third

4　party. Vizio further objects to this RFP to the extent it seeks information not within

5　Vizio's possession, custody or control.

6　　　　Subject to, and without waiver of the foregoing objections, Vizio will

7　produce non-privileged, responsive and relevant documents, if any, in its

8　possession, custody or control, located after a reasonable search, but only after

9　entry of a suitable protective order and Vizio has received the consent of any third

10　parties to produce any documents containing confidential information of said third

11　parties.

12　**REQUEST FOR PRODUCTION NO. 24:**

13　　　　All Documents that describe the operation of the Vizio Products or the

14　Related Vizio Products, including, but not limited to, user manuals, service

15　manuals, training materials, packaging materials and marketing materials.

16　**RESPONSE:**

17　　　　Vizio incorporates by reference each of its General Objections as though

18　fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

19　burdensome as it seeks information relating to every Vizio product regardless of

20　whether Sony has ever made any allegation of infringement of those products or has

21　a reasonable basis for doing so. Vizio further objects to this RFP as premature in

22　that Sony has not yet identified any accused products or the specific claims that

23　Sony is asserting against each accused product. Vizio further objects to this RFP to

24　the extent it calls for the confidential information of a third party. Vizio further

25　objects to this RFP to the extent it seeks information not within Vizio's possession,

26　custody or control.

27　　　　Subject to, and without waiver of the foregoing objections, Vizio will

28　produce non-privileged, responsive and relevant documents, if any, in its

1  possession, custody or control, located after a reasonable search, but only after
2  entry of a suitable protective order and Vizio has received the consent of any third
3  parties to produce any documents containing confidential information of said third
4  parties.

5  **REQUEST FOR PRODUCTION NO. 25:**

6      Documents, including, any charts, schematics, drawing or figures, sufficient
7  to show how, where, when, and by whom each of the Vizio Products was
8  manufactured and/or assembled.

9  **RESPONSE:**

10      Vizio incorporates by reference each of its General Objections as though
11  fully set forth herein and objects to the language "manufactured and/or assembled"
12  as vague and ambiguous in this context. Vizio further objects to this RFP as overly
13  broad and unduly burdensome as it seeks information relating to every Vizio
14  product regardless of whether Sony has ever made any allegation of infringement of
15  those products or has a reasonable basis for doing so. Vizio further objects to this
16  RFP as premature in that Sony has not yet identified any accused products or the
17  specific claims that Sony is asserting against each accused product. Vizio further
18  objects to this RFP to the extent it seeks information not within Vizio's possession,
19  custody or control.

20      Subject to, and without waiver of the foregoing objections, Vizio will
21  produce non-privileged, responsive and relevant documents, if any, in its
22  possession, custody or control, located after a reasonable search, but only after
23  entry of a suitable protective order and Vizio has received the consent of any third
24  parties to produce any documents containing confidential information of said third
25  parties.

26  **REQUEST FOR PRODUCTION NO. 26:**

27      All Documents that relate to the design and development of each of the Vizio
28  Products and each component thereof, including, without limitation, all notebooks,

1 diagrams, progress reports, studies, internal memoranda, contracts for services, and
2 Communications.

3 **RESPONSE:**

4       Vizio incorporates by reference each of its General Objections as though
5 fully set forth herein and objects to the term "relate to" as vague and ambiguous in
6 this context. Vizio further objects to this RFP as overly broad and unduly
7 burdensome as it seeks information relating to every Vizio product regardless of
8 whether Sony has ever made any allegation of infringement of those products or has
9 a reasonable basis for doing so. Vizio further objects to this RFP as premature in
10 that Sony has not yet identified any accused products or the specific claims that
11 Sony is asserting against each accused product. Vizio further objects to this RFP to
12 the extent it calls for the confidential information of a third party. Vizio further
13 objects to this RFP to the extent it seeks information not within Vizio's possession,
14 custody or control.

15       Subject to, and without waiver of the foregoing objections, Vizio will
16 produce non-privileged, responsive and relevant documents, if any, in its
17 possession, custody or control, located after a reasonable search, but only after
18 entry of a suitable protective order and Vizio has received the consent of any third
19 parties to produce any documents containing confidential information of said third
20 parties.

21 **REQUEST FOR PRODUCTION NO. 27:**

22       All Documents that relate to whether Vizio infringes the patents-in-suit,
23 including, without limitation, all Documents that relate to any investigation or
24 analysis thereof.

25 **RESPONSE:**

26       Vizio incorporates by reference each of its General Objections as though
27 fully set forth herein and objects to the term "relate to" as vague and ambiguous in
28 this context. Vizio further objects to this RFP as premature in that Sony has not yet

1  identified any accused products or the specific claims that Sony is asserting against

2  each accused product.  Vizio further objects to this RFP as premature to the extent

3  it calls for information that will be the subject of expert reports.  Vizio further

4  objects to this RFP as premature to the extent it requests information from Vizio in

5  contravention of the Court's Scheduling Orders.  Vizio further objects to this RFP

6  to the extent it calls for information protected by attorney-client privilege, the work

7  product doctrine and/or any other applicable common law or statutory privileges,

8  doctrines or immunities.

9      Subject to, and without waiver of the foregoing objections, Vizio will

10  produce non-privileged, responsive and relevant documents, if any, in its

11  possession, custody or control in accordance with the Court's Scheduling Orders

12  and all applicable local and federal rules, but only after entry of a suitable

13  protective order.

14  **REQUEST FOR PRODUCTION NO. 28:**

15      All Documents that relate to Vizio's contention that the patents-in-suit are

16  invalid, including, without limitation, all Documents that relate to any investigation

17  or analysis thereof.

18  **RESPONSE:**

19      Vizio incorporates by reference each of its General Objections as though

20  fully set forth herein and objects to the term "relate to" as vague and ambiguous in

21  this context.  Vizio further objects to this RFP as overly broad and unduly

22  burdensome as it seeks information relating to every Vizio product regardless of

23  whether Sony has ever made any allegation of infringement of those products or has

24  a reasonable basis for doing so.  Vizio further objects to this RFP as premature in

25  that Sony has not yet identified any accused products or the specific claims that

26  Sony is asserting against each accused product.  Vizio further objects to this RFP as

27  premature to the extent it calls for information that will be the subject of expert

28  reports.  Vizio further objects to this RFP as premature to the extent it requests

1   information from Vizio in contravention of the Court's Scheduling Orders. Vizio
2   further objects to this RFP to the extent it calls for information protected by
3   attorney-client privilege, the work product doctrine and/or any other applicable
4   common law or statutory privileges, doctrines or immunities.

5       Subject to, and without waiver of the foregoing objections, Vizio will
6   produce non-privileged, responsive and relevant documents in accordance with the
7   Court's Scheduling Orders and all applicable local and federal rules, but only after
8   entry of a suitable protective order.

9   **REQUEST FOR PRODUCTION NO. 29:**

10      All Documents that relate to any prior art search concerning the patents-in-
11  suit, including search requests, reports, analyses, and references located.

12  **RESPONSE:**

13      Vizio incorporates by reference each of its General Objections as though
14  fully set forth herein and objects to the term "relate to" as vague and ambiguous in
15  this context. Vizio further objects to this RFP as overly broad and unduly
16  burdensome as it seeks information relating to every Vizio product regardless of
17  whether Sony has ever made any allegation of infringement of those products or has
18  a reasonable basis for doing so. Vizio further objects to this RFP as premature in
19  that Sony has not yet identified any accused products or the specific claims that
20  Sony is asserting against each accused product. Vizio further objects to this RFP as
21  premature to the extent it calls for information that will be the subject of expert
22  discovery and/or reports. Vizio further objects to this RFP as premature to the
23  extent it requests information from Vizio in contravention of the Court's
24  Scheduling Orders. Vizio further objects to this RFP to the extent it calls for
25  information protected by attorney-client privilege, the work product doctrine and/or
26  any other applicable common law or statutory privileges, doctrines or immunities.

27      Subject to, and without waiver of the foregoing objections, Vizio will
28  produce non-privileged, responsive and relevant documents in accordance with the

1  Court's Scheduling Orders and all applicable local and federal rules, but only after

2  entry of a suitable protective order.

3  **REQUEST FOR PRODUCTION NO. 30:**

4       All English translations of any foreign patent or publication on which you

5  intend to rely as prior art to any of the patents-in-suit.

6  **RESPONSE:**

7       Vizio incorporates by reference each of its General Objections as though

8  fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

9  burdensome as it seeks information relating to every Vizio product regardless of

10  whether Sony has ever made any allegation of infringement of those products or has

11  a reasonable basis for doing so. Vizio further objects to this RFP as premature in

12  that Sony has not yet identified any accused products or the specific claims that

13  Sony is asserting against each accused product. Vizio further objects to this RFP as

14  premature to the extent it calls for information that will be the subject of expert

15  discovery and/or reports. Vizio further objects to this RFP as premature to the

16  extent it requests information from Vizio in contravention of the Court's

17  Scheduling Orders. Vizio further objects to this RFP to the extent it calls for

18  information protected by attorney-client privilege, the work product doctrine and/or

19  any other applicable common law or statutory privileges, doctrines or immunities.

20       Subject to, and without waiver of the foregoing objections, Vizio will

21  produce non-privileged, responsive and relevant documents in accordance with the

22  Court's Scheduling Orders and all applicable local and federal rules, but only after

23  entry of a suitable protective order.

24  **REQUEST FOR PRODUCTION NO. 31:**

25       All copies of any patents, publications, or other references that Vizio

26  contends are themselves prior art or evidence prior art to one or more of the patents-

27  in-suit.

28

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP as premature to the extent it calls for information that will be the subject of expert discovery and/or reports. Vizio further objects to this RFP as premature to the extent it requests information from Vizio in contravention of the Court's Scheduling Orders. Vizio further objects to this RFP to the extent it calls for information protected by attorney-client privilege, the work product doctrine and/or any other applicable common law or statutory privileges, doctrines or immunities.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents in accordance with the Court's Scheduling Orders and all applicable local and federal rules, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 32:**

All Documents that relate to devices, products, systems, apparatuses, or other instrumentalities that Vizio contends are prior art to one or more of the patents-in-suit.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the terms "relate to" and "other instrumentalities" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of

1  infringement of those products or has a reasonable basis for doing so.  Vizio further
2  objects to this RFP as premature in that Sony has not yet identified any accused
3  products or the specific claims that Sony is asserting against each accused product.
4  Vizio further objects to this RFP as premature to the extent it calls for information
5  that will be the subject of expert discovery and/or reports.  Vizio further objects to
6  this RFP as premature to the extent it requests information from Vizio in
7  contravention of the Court's Scheduling Orders.  Vizio further objects to this RFP
8  to the extent it calls for information protected by attorney-client privilege, the work
9  product doctrine and/or any other applicable common law or statutory privileges,
10  doctrines or immunities.

11      Subject to, and without waiver of the foregoing objections, Vizio will
12  produce non-privileged, responsive and relevant documents in accordance with the
13  Court's Scheduling Orders and all applicable local and federal rules, but only after
14  entry of a suitable protective order.

15  **REQUEST FOR PRODUCTION NO. 33:**

16      All Documents that demonstrate or evidence any alleged prior conception
17  and/or reduction to practice of the subject matter claimed in the patents-in-suit.

18  **RESPONSE:**

19      Vizio incorporates by reference each of its General Objections as though
20  fully set forth herein.  Vizio further objects to this RFP as overly broad and unduly
21  burdensome as it seeks information relating to every Vizio product regardless of
22  whether Sony has ever made any allegation of infringement of those products or has
23  a reasonable basis for doing so.  Vizio further objects to this RFP as premature in
24  that Sony has not yet identified any accused products or the specific claims that
25  Sony is asserting against each accused product.  Vizio further objects to this RFP as
26  premature to the extent it calls for information that will be the subject of expert
27  discovery and/or reports.  Vizio further objects to this RFP as premature to the

28

1  extent it requests information from Vizio in contravention of the Court's
2  Scheduling Orders.
3     Subject to, and without waiver of the foregoing objections, Vizio will
4  produce non-privileged, responsive and relevant documents in accordance with the
5  Court's Scheduling Orders and all applicable local and federal rules, but only after
6  entry of a suitable protective order.
7  **REQUEST FOR PRODUCTION NO. 34:**
8     All Documents that Vizio relies on or intends to rely on for any of its
9  affirmative defenses.
10 **RESPONSE:**
11    Vizio incorporates by reference each of its General Objections as though
12 fully set forth herein. Vizio further objects to this RFP as overly broad and unduly
13 burdensome as it seeks information relating to every Vizio product regardless of
14 whether Sony has ever made any allegation of infringement of those products or has
15 a reasonable basis for doing so. Vizio further objects to this RFP as premature in
16 that Sony has not yet identified any accused products or the specific claims that
17 Sony is asserting against each accused product.
18    Subject to, and without waiver of the foregoing objections, Vizio will
19 produce non-privileged, responsive and relevant documents, if any, in its
20 possession, custody or control, located after a reasonable search, but only after
21 entry of a suitable protective order and in accordance with the Court's Scheduling
22 Orders and all applicable local and federal rules.
23 **REQUEST FOR PRODUCTION NO. 35:**
24    Documents sufficient to determine the following on a monthly or quarterly
25 basis from October 10, 2002 for the Vizio Products, including components thereof:
26    a.    Total gross and net revenues (by product, customer, period and
27          location);
28

1      b.      Total quantity of units sold (by product, customer, period and
2             location);
3      c.      Cost of goods sold, including but not limited to, direct purchases,
4             direct labor, indirect and/or overhead costs, and any allocation of those
5             direct, indirect and/or overhead costs to the Vizio Products;
6      d.      Actual total cost or variances from standard costs;
7      e.      Gross and net profits; and
8      f.      All costs other than standard costs, including but not limited to,
9             selling, advertising, general and administrative expenses, and any
10             allocation of those expenses to the Vizio Products.

11 **RESPONSE:**

12      Vizio incorporates by reference each of its General Objections as though
13 fully set forth herein and objects to the terms "gross and net revenues," "customer,"
14 "direct purchases," "direct labor," "indirect and/or overhead costs," "actual total
15 cost," "standard costs," "gross and net profits," and "all costs" as vague and
16 ambiguous in this context. Vizio further objects to this RFP as overly broad and
17 unduly burdensome as it seeks information relating to every Vizio product
18 regardless of whether Sony has ever made any allegation of infringement of those
19 products or has a reasonable basis for doing so. Vizio further objects to this RFP as
20 premature in that Sony has not yet identified any accused products or the specific
21 claims that Sony is asserting against each accused product.

22      Subject to, and without waiver of the foregoing objections, Vizio will
23 produce non-privileged, responsive and relevant documents, if any, in its
24 possession, custody or control, located after a reasonable search, but only after
25 entry of a suitable protective order.

26 **REQUEST FOR PRODUCTION NO. 36:**

27      All Documents relating to the marketing and sale of the Vizio Products.

28

1 **RESPONSE:**

2       Vizio incorporates by reference each of its General Objections as though

3 fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

4 burdensome as it seeks information relating to every Vizio product regardless of

5 whether Sony has ever made any allegation of infringement of those products or has

6 a reasonable basis for doing so. Vizio further objects to this RFP as premature in

7 that Sony has not yet identified any accused products or the specific claims that

8 Sony is asserting against each accused product.

9       Subject to, and without waiver of the foregoing objections, Vizio will

10 produce non-privileged, responsive and relevant documents, if any, in its

11 possession, custody or control, located after a reasonable search, but only after

12 entry of a suitable protective order.

13 **REQUEST FOR PRODUCTION NO. 37:**

14       Documents sufficient to identify all entities involved in the sale and

15 distribution of the Vizio Products.

16 **RESPONSE:**

17       Vizio incorporates by reference each of its General Objections as though

18 fully set forth herein and objects to the language "involved in the sale and

19 distribution" as vague and ambiguous in this context. Vizio further objects to this

20 RFP as overly broad and unduly burdensome as it seeks information relating to

21 every Vizio product regardless of whether Sony has ever made any allegation of

22 infringement of those products or has a reasonable basis for doing so. Vizio further

23 objects to this RFP as premature in that Sony has not yet identified any accused

24 products or the specific claims that Sony is asserting against each accused product.

25       Subject to, and without waiver of the foregoing objections, Vizio will

26 produce non-privileged, responsive and relevant documents, if any, in its

27 possession, custody or control, located after a reasonable search, but only after

28 entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 38:**

Documents sufficient to identify the role or contribution of all entities involved in the sale and distribution of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the terms "role" and "contribution" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 39:**

Documents sufficient to identify all entities involved in the sale and distribution of the Related Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the language "involved in the sale and distribution" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to "Related Vizio Products" regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any

1    accused products or the specific claims that Sony is asserting against each accused
2    product.

3        Subject to, and without waiver of the foregoing objections, Vizio will
4    produce non-privileged, responsive and relevant documents, if any, in its
5    possession, custody or control, located after a reasonable search, but only after
6    entry of a suitable protective order.

7    **REQUEST FOR PRODUCTION NO. 40:**

8        Documents sufficient to identify the role or contribution of all entities
9    involved in the sale and distribution of the Related Vizio Products.

10    **RESPONSE:**

11        Vizio incorporates by reference each of its General Objections as though
12    fully set forth herein and objects to the terms "role" and "contribution" as vague
13    and ambiguous in this context.  Vizio further objects to this RFP as overly broad
14    and unduly burdensome as it seeks information relating to "Related Vizio Products"
15    regardless of whether Sony has ever made any allegation of infringement of those
16    products or has a reasonable basis for doing so.  Vizio further objects to this RFP as
17    premature in that Sony has not yet identified any accused products or the specific
18    claims that Sony is asserting against each accused product.

19        Subject to, and without waiver of the foregoing objections, Vizio will
20    produce non-privileged, responsive and relevant documents, if any, in its
21    possession, custody or control, located after a reasonable search, but only after
22    entry of a suitable protective order.

23    **REQUEST FOR PRODUCTION NO. 41:**

24        All Documents that relate to when and how Vizio first became aware of each
25    of the patents-in-suit.

26    **RESPONSE:**

27        Vizio incorporates by reference each of its General Objections as though
28    fully set forth herein and objects to the term "relate to" as vague and ambiguous in

1  this context. Vizio further objects to this RFP to the extent it seeks information as

2  easily obtainable by Sony as it is by Vizio. Vizio further objects to this RFP to the

3  extent it seeks information protected by attorney-client privilege and/or the work

4  product doctrine.

5       Subject to, and without waiver of the foregoing objections, Vizio will

6  produce non-privileged, responsive and relevant documents, if any, in its

7  possession, custody or control, located after a reasonable search, but only after

8  entry of a suitable protective order.

9  **REQUEST FOR PRODUCTION NO. 42:**

10      All Documents reflecting Communications concerning the patents-in-suit or

11  other Sony patents.

12  **RESPONSE:**

13      Vizio incorporates by reference each of its General Objections as though

14  fully set forth herein and objects to the term "other Sony patents" as vague and

15  ambiguous in this context. Vizio further objects to this RFP as overly broad and

16  unduly burdensome as it seeks information relating to "other Sony patents" and

17  therefore seeks information not relevant to a claim or defense of any party nor

18  reasonably calculated to lead to the discovery of admissible evidence. Vizio further

19  objects to this RFP to the extent it seeks information protected by attorney-client

20  privilege, the work product doctrine and/or a common interest or joint defense

21  privilege.

22      Subject to, and without waiver of the foregoing objections, Vizio will

23  produce non-privileged, responsive and relevant documents, if any, in its

24  possession, custody or control, located after a reasonable search, but only after

25  entry of a suitable protective order.

26  **REQUEST FOR PRODUCTION NO. 43:**

27      All Documents that relate to or evidence any Licenses, or the negotiation

28  thereof, relating to the Vizio Products.

LAI-3016875v3

- 33 -

1    **RESPONSE:**

2          Vizio incorporates by reference each of its General Objections as though

3    fully set forth herein and objects to the term "relate to" as vague and ambiguous in

4    this context. Vizio further objects to this RFP to the extent it calls for "any

5    Licenses" relating to Vizio Products and, therefore, seek to incorporate all licenses

6    ever entered into by Vizio without limitation. Vizio further objects to this RFP as

7    overly broad and unduly burdensome as it seeks information relating to every Vizio

8    product regardless of whether Sony has ever made any allegation of infringement of

9    those products or has a reasonable basis for doing so. Vizio further objects to this

10   RFP as premature in that Sony has not yet identified any accused products or the

11   specific claims that Sony is asserting against each accused product. Vizio further

12   objects to this RFP to the extent it seeks information protected by attorney-client

13   privilege, the work product doctrine and/or a common interest or joint defense

14   privilege. Vizio further objects to this RFP to the extent it seeks confidential

15   information of any third party.

16          Subject to, and without waiver of the foregoing objections, Vizio will

17   produce non-privileged, responsive and relevant documents, if any, in its

18   possession, custody or control, located after a reasonable search, but only after

19   entry of a suitable protective order and Vizio has received the consent of any third

20   parties to produce any documents containing confidential information of said third

21   parties.

22   **REQUEST FOR PRODUCTION NO. 44:**

23          All Documents that relate to or evidence any Licenses, or the negotiation

24   thereof, relating to the technology claimed or disclosed by the patents-in-suit.

25   **RESPONSE:**

26          Vizio incorporates by reference each of its General Objections as though

27   fully set forth herein and objects to the terms "relate to" and "relating to the

28   technology claimed or disclosed" as vague and ambiguous in this context. Vizio

1     further objects to this RFP to the extent it seeks information for "any Licenses"

2     relating to technology in the patents in suit that is not relevant to any claim or

3     defense of any party nor reasonably calculated to lead to the discovery of

4     admissible evidence. Vizio further objects to this RFP to the extent it seeks

5     information protected by attorney-client privilege, the work product doctrine and/or

6     a common interest or joint defense privilege. Vizio further objects to this RFP to

7     the extent it seeks confidential information of any third party.

8          Subject to, and without waiver of the foregoing objections, Vizio will

9     produce non-privileged, responsive and relevant documents, if any, in its

10    possession, custody or control, located after a reasonable search, but only after

11    entry of a suitable protective order and Vizio has received the consent of any third

12    parties to produce any documents containing confidential information of said third

13    parties.

14    **REQUEST FOR PRODUCTION NO. 45:**

15         All patent licenses in which Vizio has received or conveyed rights.

16    **RESPONSE:**

17         Vizio incorporates by reference each of its General Objections as though

18    fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

19    burdensome as it seeks information relating to "[a]ll patent licenses" and therefore

20    seeks information not relevant to the claims or defenses of any party nor reasonably

21    calculated to lead to the discovery of admissible evidence. Vizio further objects to

22    this RFP to the extent it seeks confidential information of any third party.

23         Subject to, and without waiver of the foregoing objections, Vizio will

24    produce non-privileged, responsive and relevant documents, if any, in its

25    possession, custody or control, located after a reasonable search, but only after

26    entry of a suitable protective order and Vizio has received the consent of any third

27    parties to produce any documents containing confidential information of said third

28    parties.

**REQUEST FOR PRODUCTION NO. 46:**

All Documents reflecting or created in the course of any patent licensing negotiations in which Vizio has been involved.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the terms "reflecting" and "involved" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks "[a]ll documents reflecting or created in the course of any patent licensing negotiations," regardless of whether they are relevant to the claim or defense of any party. Vizio further objects to this RFP to the extent it seeks information protected by attorney-client privilege, the work product doctrine and/or a common interest or joint defense privilege. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 47:**

All Documents that are material to the calculation of the reasonable royalty rate that Vizio contends Vizio and Sony would have agreed upon in a hypothetical negotiation.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP as premature in that it seeks information that will be the subject of expert reports and to the extent it seeks information in contravention of the Court's Scheduling Orders. Vizio further

1    objects to this RFP as premature as Sony has not yet identified any accused
2    products or the specific claims that Sony is asserting against each accused product.
3    Vizio further objects to this RFP to the extent it seeks information protected by
4    attorney-client privilege and/or the work product doctrine.
5         Subject to, and without waiver of the foregoing objections, Vizio will
6    produce non-privileged, responsive and relevant documents, if any, in its
7    possession, custody or control, located after a reasonable search, but only after
8    entry of a suitable protective order and in accordance with the Court's Scheduling
9    Orders and all applicable local and federal rules.

10   **REQUEST FOR PRODUCTION NO. 48:**

11        All Documents that relate to the size or potential size of the market for each
12   of the Vizio Products.

13   **RESPONSE:**

14        Vizio incorporates by reference each of its General Objections as though
15   fully set forth herein and further objects to the terms "relate to," "size or potential
16   size" and "market" as vague and ambiguous in this context. Vizio further objects to
17   this RFP as overly broad and unduly burdensome as it seeks information relating to
18   every Vizio product regardless of whether Sony has ever made any allegation of
19   infringement of those products or has a reasonable basis for doing so. Vizio further
20   objects to this RFP as premature in that Sony has not yet identified any accused
21   products or the specific claims that Sony is asserting against each accused product.
22   Vizio further objects to this RFP to the extent it seeks confidential information of
23   any third party.

24        Subject to, and without waiver of the foregoing objections, Vizio will
25   produce non-privileged, responsive and relevant documents, if any, in its
26   possession, custody or control, located after a reasonable search, but only after
27   entry of a suitable protective order and Vizio has received the consent of any third

28

parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 49:**

All Documents that relate to any agreement under which Vizio pays royalties on sales of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the term "relate to" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks information protected by attorney-client privilege and/or the work product doctrine. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 50:**

All licenses and agreements between AmTRAN and Vizio.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

1  burdensome as it seeks information relating to "[a]ll" licenses and agreements
2  regardless of whether they are relevant to the claim or defense of any party or
3  reasonably calculated to lead to the discovery of admissible evidence. Vizio further
4  objects to this RFP to the extent it seeks information protected by attorney-client
5  privilege, the work product doctrine and/or a common interest of joint defense
6  privilege. Vizio further objects to this RFP to the extent it seeks confidential
7  information of any third party.

8      Subject to, and without waiver of the foregoing objections, Vizio will
9  produce non-privileged, responsive and relevant documents, if any, in its
10 possession, custody or control, located after a reasonable search, but only after
11 entry of a suitable protective order and Vizio has received the consent of any third
12 parties to produce any documents containing confidential information of said third
13 parties.

14 **REQUEST FOR PRODUCTION NO. 51:**

15     All Documents that reflect any licenses or agreements between AmTRAN
16 and Vizio.

17 **RESPONSE:**

18     Vizio incorporates by reference each of its General Objections as though
19 fully set forth herein. Vizio further objects to this RFP as overly broad and unduly
20 burdensome as it seeks information relating to "documents that reflect any" licenses
21 and agreements regardless of whether they are relevant to the claim or defense of
22 any party or reasonably calculated to lead to the discovery of admissible evidence.
23 Vizio further objects to this RFP to the extent it seeks information protected by
24 attorney-client privilege, the work product doctrine and/or a common interest of
25 joint defense privilege. Vizio further objects to this RFP to the extent it seeks
26 confidential information of any third party.

27     Subject to, and without waiver of the foregoing objections, Vizio will
28 produce non-privileged, responsive and relevant documents, if any, in its

possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 52:**

All Documents reflecting AmTRAN's ownership in Vizio.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information not relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Vizio further objects to this RFP to the extent it seeks information protected by attorney-client privilege, the work product doctrine and/or a common interest of joint defense privilege. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 53:**

All Documents that relate to any agreement under which any third party receives, or is entitled to receive, any proceeds from the sale of any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to" and "any proceeds"

1  as vague and ambiguous in this context.  Vizio further objects to this RFP as overly
2  broad and unduly burdensome as it seeks information relating to every Vizio
3  product regardless of whether Sony has ever made any allegation of infringement of
4  those products or has a reasonable basis for doing so.  Vizio further objects to this
5  RFP as premature in that Sony has not yet identified any accused products or the
6  specific claims that Sony is asserting against each accused product.  Vizio further
7  objects to this RFP to the extent it seeks information protected by attorney-client
8  privilege, the work product doctrine and/or a common interest of joint defense
9  privilege.  Vizio further objects to this RFP to the extent it seeks confidential
10  information of any third party.

11  Subject to, and without waiver of the foregoing objections, Vizio will
12  produce non-privileged, responsive and relevant documents, if any, in its
13  possession, custody or control, located after a reasonable search, but only after
14  entry of a suitable protective order and Vizio has received the consent of any third
15  parties to produce any documents containing confidential information of said third
16  parties.

17  **REQUEST FOR PRODUCTION NO. 54:**

18  All Documents concerning sales forecasts, budgets, expenses, costs, and
19  profitability of the Vizio Products.

20  **RESPONSE:**

21  Vizio incorporates by reference each of its General Objections as though
22  fully set forth herein and further objects to the terms "budgets," "expenses" "costs"
23  and "profitability" as vague and ambiguous in this context.  Vizio further objects to
24  this RFP as overly broad and unduly burdensome as it seeks information relating to
25  every Vizio product regardless of whether Sony has ever made any allegation of
26  infringement of those products or has a reasonable basis for doing so.  Vizio further
27  objects to this RFP as premature in that Sony has not yet identified any accused
28  products or the specific claims that Sony is asserting against each accused product.

1  Vizio further objects to this RFP to the extent it seeks confidential information of

2  any third party.

3      Subject to, and without waiver of the foregoing objections, Vizio will

4  produce non-privileged, responsive and relevant documents, if any, in its

5  possession, custody or control, located after a reasonable search, but only after

6  entry of a suitable protective order and Vizio has received the consent of any third

7  parties to produce any documents containing confidential information of said third

8  parties.

9  **REQUEST FOR PRODUCTION NO. 55:**

10     All Documents that relate to (1) any written or oral opinions received or

11  solicited by Vizio that relate to the validity, enforceability, infringement, or scope

12  of any claims of the patents-in-suit and (2) the preparation of any such opinions,

13  including, but not limited to, drafts, notes, and any Documents relied on in the

14  preparation of any such opinions.

15  **RESPONSE:**

16     Vizio incorporates by reference each of its General Objections as though

17  fully set forth herein and objects to the term "relate to" as vague and ambiguous in

18  this context. Vizio further objects to this RFP to the extent it seeks information

19  protected by attorney-client privilege, the work product doctrine and/or a common

20  interest of joint defense privilege. Vizio further objects to this RFP as premature to

21  the extent it calls for information that will be the subject of expert reports. Vizio

22  further objects to this RFP as premature to the extent it seeks information in

23  contravention of the Court's Scheduling Orders. Vizio further objects to this RFP

24  as premature in that Sony has not yet identified the specific claims that Sony is

25  asserting against each accused product.

26  **REQUEST FOR PRODUCTION NO. 56:**

27     All opinions of counsel relating to any of the patents-in-suit.

28

1  **RESPONSE:**

2      Vizio incorporates by reference each of its General Objections as though

3  fully set forth herein. Vizio further objects to this RFP to the extent it seeks

4  information protected by attorney-client privilege, the work product doctrine and/or

5  a common interest of joint defense privilege. Vizio further objects to this RFP as

6  premature to the extent it calls for information that will be the subject of expert

7  reports. Vizio further objects to this RFP as premature to the extent it seeks

8  information in contravention of the Court's Scheduling Orders. Vizio further

9  objects to this RFP as premature in that Sony has not yet identified any accused

10  products or the specific claims that Sony is asserting against each accused product.

11  **REQUEST FOR PRODUCTION NO. 57:**

12      All Documents concerning any of Vizio's policies, practices, or guidelines

13  regarding the patent rights of others, including the analysis of patents to ensure you

14  do not infringe such patents.

15  **RESPONSE:**

16      Vizio incorporates by reference each of its General Objections as though

17  fully set forth herein and further objects to the terms "policies, practices, or

18  guidelines" and "ensure" as vague and ambiguous in this context. Vizio further

19  objects to this RFP to the extent it seeks information protected by attorney-client

20  privilege, the work product doctrine and/or a common interest of joint defense

21  privilege. Vizio further objects to this RFP as premature to the extent it calls for

22  information that will be the subject of expert reports. Vizio further objects to this

23  RFP as premature to the extent it seeks information in contravention of the Court's

24  Scheduling Orders. Vizio further objects to this RFP as overly broad and unduly

25  burdensome as it seeks information not relevant to the claim or defense of any party

26  nor reasonably calculated to lead to the discovery of admissible evidence.

27

28

**REQUEST FOR PRODUCTION NO. 58:**

All Documents concerning any test, study, experimentation, or investigation conducted to determine whether any product manufactured or sold by Vizio infringes any of the patents-in-suit or uses any Sony technology.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "manufactured" and "Sony technology" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to "any Sony technology" regardless of whether Sony has ever made any allegation of infringement or has a reasonable basis for doing so. Vizio further objects to this RFP as premature to the extent it calls for information that will be the subject of expert reports. Vizio further objects to this RFP as premature to the extent it seeks information in contravention of the Court's Scheduling Orders. Vizio further objects to this RFP to the extent it seeks information protected by the attorney-client privilege and/or work product doctrine.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and in accordance with the Court's Scheduling Orders and all applicable local and federal rules.

**REQUEST FOR PRODUCTION NO. 59:**

All Documents relating to any test, study, experimentation, or investigation conducted by or on behalf of Vizio in an effort to design around any of the patents-in-suit.

1 **RESPONSE:**

2     Vizio incorporates by reference each of its General Objections as though

3 fully set forth herein. Vizio further objects to this RFP to the extent it seeks

4 information protected by the attorney-client privilege and/or work product doctrine.

5     Subject to, and without waiver of the foregoing objections, Vizio will

6 produce non-privileged, responsive and relevant documents, if any, in its

7 possession, custody or control, located after a reasonable search, but only after

8 entry of a suitable protective order.

9 **REQUEST FOR PRODUCTION NO. 60:**

10     All Documents in Vizio's possession that belong to Sony or contain

11 confidential Sony information.

12 **RESPONSE:**

13     Vizio incorporates by reference each of its General Objections as though

14 fully set forth herein and further objects to the term "belong" as vague and

15 ambiguous in this context. Vizio further objects to this RFP as overly broad and

16 unduly burdensome as it seeks any Sony documents regardless of whether they are

17 relevant to a claim or defense of any party in this action.

18     Subject to, and without waiver of the foregoing objections, Vizio responds

19 that it will produce non-privileged, responsive and relevant documents, if any, in its

20 possession, custody or control, located after a reasonable search, but only after

21 entry of a suitable protective order.

22 **REQUEST FOR PRODUCTION NO. 61:**

23     Documents sufficient to show Vizio's organizational structure from

24 October 10, 2002 to the present, including but not limited to organizational charts

25 and personnel charts.

26 **RESPONSE:**

27     Vizio incorporates by reference each of its General Objections as though

28 fully set forth herein.

1   Subject to, and without waiver of the foregoing objections, Vizio will

2   produce non-privileged, responsive and relevant documents, if any, in its

3   possession, custody or control, located after a reasonable search, but only after

4   entry of a suitable protective order.

5   **REQUEST FOR PRODUCTION NO. 62:**

6   Documents sufficient to show the officers, employees and other Vizio

7   personnel who are or have been involved in the design, testing, manufacture,

8   marketing, sale, or importation of the Vizio Products.

9   **RESPONSE:**

10  Vizio incorporates by reference each of its General Objections as though

11  fully set forth herein and objects to the term "manufacture" as vague and

12  ambiguous in this context. Vizio further objects to this RFP as overly broad and

13  unduly burdensome as it seeks information relating to every Vizio product

14  regardless of whether Sony has ever made any allegation of infringement of those

15  products or has a reasonable basis for doing so. Vizio further objects to this RFP as

16  premature in that Sony has not yet identified any accused products.

17  Subject to, and without waiver of the foregoing objections, Vizio will

18  produce non-privileged, responsive and relevant documents, if any, in its

19  possession, custody or control, located after a reasonable search, but only after

20  entry of a suitable protective order.

21  **REQUEST FOR PRODUCTION NO. 63:**

22  All Documents that relate to Vizio's document destruction and/or document

23  retention policies.

24  **RESPONSE:**

25  Vizio incorporates by reference each of its General Objections as though

26  fully set forth herein and objects to the term "relate to" as vague and ambiguous in

27  this context.

28

LAI-3016875v3

1   Subject to, and without waiver of the foregoing objections, Vizio will
2   produce non-privileged, responsive and relevant documents, if any, in its
3   possession, custody or control, located after a reasonable search, but only after
4   entry of a suitable protective order.

5   **REQUEST FOR PRODUCTION NO. 64:**
6   Documents sufficient to show the structure of Vizio's e-mail system and any
7   manner of automatic deletion of e-mail.

8   **RESPONSE:**
9   Vizio incorporates by reference each of its General Objections as though
10  fully set forth herein and further objects to the terms "structure" and "any manner"
11  as vague and ambiguous in this context.  Vizio further objects to this RFP to the
12  extent it is not relevant to the claim or defense of any party nor reasonably
13  calculated to lead to the discovery of admissible evidence.

14  **REQUEST FOR PRODUCTION NO. 65:**
15  All Documents identified, consulted, or referred to by Vizio in its responses
16  to any interrogatory served by Sony in this action, including Sony's First Set of
17  Interrogatories served herewith.

18  **RESPONSE:**
19  Vizio incorporates by reference each of its General Objections as though
20  fully set forth herein and further objects to the term "consulted" as vague and
21  ambiguous in this context.  Vizio further objects to this RFP to the extent it seeks
22  information that is not relevant to the claims or defenses of any party nor
23  reasonably calculated to lead to the discovery of admissible evidence.  Vizio further
24  objects to this RFP to the extent it seeks information protected by attorney-client
25  privilege, the work product doctrine and/or common interest or joint defense
26  agreement.
27  Subject to, and without waiver of the foregoing objections, Vizio will
28  produce non-privileged, responsive and relevant documents, if any, in its

1  possession, custody or control, located after a reasonable search, but only after

2  entry of a suitable protective order.

3  **REQUEST FOR PRODUCTION NO. 66:**

4      All Documents that Vizio contends relate to the scope or meaning of any

5  claims of the patents-in-suit.

6  **RESPONSE:**

7      Vizio incorporates by reference each of its General Objections as though

8  fully set forth herein and objects to the term "relate to" as vague and ambiguous in

9  this context.  Vizio further objects to this RFP to the extent it seeks information

10  protected by attorney-client privilege, the work product doctrine and/or common

11  interest or joint defense agreement.  Vizio further objects to this RFP as premature

12  in that Sony has not yet identified any accused products or the specific claims that

13  Sony is asserting against each accused product.  Vizio further objects to this RFP as

14  premature to the extent it seeks information that will be the subject of claim

15  construction briefing or expert discovery and reports.  Vizio further objects to this

16  RFP as premature to the extent it seeks information in contravention of the Court's

17  Scheduling Orders.

18      Subject to, and without waiver of the foregoing objections, Vizio will

19  produce non-privileged, responsive and relevant documents, if any, in its

20  possession, custody or control, located after a reasonable search and after the entry

21  of a suitable protective order, in accordance with the Court's Scheduling Orders and

22  all applicable local and federal rules.

23  **REQUEST FOR PRODUCTION NO. 67:**

24      All Documents that relate to this action, including, but not limited to, press

25  releases, submissions to government agencies, and Communications with third

26  parties.

27

28

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the term "relate to" as vague and ambiguous in this context. Vizio further objects to this RFP to the extent it seeks information protected by attorney-client privilege, the work product doctrine and/or common interest or joint defense agreement. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 68:**

All Source Code that relates to any of the Vizio Products or the Related Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and objects to the term "relate to" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product and "Related Vizio Products" regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it calls for information not within Vizio's possession, custody or control. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

1   Subject to, and without waiver of the foregoing objections, Vizio will

2   produce non-privileged, responsive and relevant documents, if any, in its

3   possession, custody or control, located after a reasonable search, but only after

4   entry of a suitable protective order and Vizio has received the consent of any third

5   parties to produce any documents containing confidential information of said third

6   parties.

7   **REQUEST FOR PRODUCTION NO. 69:**

8   All Source Code used to operate or enable the function of every integrated

9   circuit incorporated into the Vizio Products that performs any part of the functions

10  of a Video Processor and/or a Graphics Processor, whether stored on the processor

11  itself or in external memory.

12  **RESPONSE:**

13  Vizio incorporates by reference each of its General Objections as though

14  fully set forth herein and further objects to the term "used to operate or enable" as

15  vague and ambiguous in this context. Vizio further objects to this RFP as overly

16  broad and unduly burdensome as it seeks information relating to every Vizio

17  product regardless of whether Sony has ever made any allegation of infringement of

18  those products or has a reasonable basis for doing so. Vizio further objects to this

19  RFP as premature in that Sony has not yet identified any accused products or the

20  specific claims that Sony is asserting against each accused product. Vizio further

21  objects to this RFP to the extent it calls for information not within Vizio's

22  possession, custody or control. Vizio further objects to this RFP to the extent it

23  seeks confidential information of any third party.

24  Subject to, and without waiver of the foregoing objections, Vizio will

25  produce non-privileged, responsive and relevant documents, if any, in its

26  possession, custody or control, located after a reasonable search, but only after

27  entry of a suitable protective order and Vizio has received the consent of any third

28

parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 70:**

All Documents that relate to any Source Code used to operate or enable any functionality of any of the Vizio Products, including but not limited to algorithms, flowcharts, diagrams, notes, and manuals.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to" and "used to operate or enable" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it calls for information not within Vizio's possession, custody or control. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 71:**

All Documents that relate to any Source Code used to operate or enable any functionality of any of the Related Vizio Products, including but not limited to algorithms, flowcharts, diagrams, notes, and manuals.

1  **RESPONSE:**

2        Vizio incorporates by reference each of its General Objections as though

3  fully set forth herein and further objects to the terms "relate to" and "used to

4  operate or enable" as vague and ambiguous in this context. Vizio further objects to

5  this RFP as overly broad and unduly burdensome as it seeks information relating to

6  every Vizio product regardless of whether Sony has ever made any allegation of

7  infringement of those products or has a reasonable basis for doing so. Vizio further

8  objects to this RFP as premature in that Sony has not yet identified any accused

9  products or the specific claims that Sony is asserting against each accused product.

10  Vizio further objects to this RFP to the extent it calls for information not within

11  Vizio's possession, custody or control. Vizio further objects to this RFP to the

12  extent it seeks confidential information of any third party.

13        Subject to, and without waiver of the foregoing objections, Vizio will

14  produce non-privileged, responsive and relevant documents, if any, in its

15  possession, custody or control, located after a reasonable search, but only after

16  entry of a suitable protective order and Vizio has received the consent of any third

17  parties to produce any documents containing confidential information of said third

18  parties.

19  **REQUEST FOR PRODUCTION NO. 72:**

20        All Source Code that relates to the technology claimed or disclosed in the

21  '626 patent, including, without limitation, all Source Code relating to the menu

22  display and/or picture-in-picture functionality of the Vizio Products.

23  **RESPONSE:**

24        Vizio incorporates by reference each of its General Objections as though

25  fully set forth herein and further objects to the terms "relates to," "technology

26  claimed or disclosed," "menu display" and "picture-in-picture functionality" as

27  vague and ambiguous in this context. Vizio further objects to this RFP as overly

28  broad and unduly burdensome as it seeks information relating to every Vizio

1 product regardless of whether Sony has ever made any allegation of infringement of
2 those products or has a reasonable basis for doing so. Vizio further objects to this
3 RFP as premature in that Sony has not yet identified any accused products or the
4 specific claims that Sony is asserting against each accused product. Vizio further
5 objects to this RFP to the extent it calls for information not within Vizio's
6 possession, custody or control. Vizio further objects to this RFP to the extent it
7 seeks confidential information of any third party.

8      Subject to, and without waiver of the foregoing objections, Vizio will
9 produce non-privileged, responsive and relevant documents, if any, in its
10 possession, custody or control, located after a reasonable search, but only after
11 entry of a suitable protective order and Vizio has received the consent of any third
12 parties to produce any documents containing confidential information of said third
13 parties.

14 **REQUEST FOR PRODUCTION NO. 73:**

15      All Source Code that relates to the technology claimed or disclosed in the
16 '577 patent, including, without limitation, all Source Code relating to the close
17 caption functionality of the Vizio Products .

18 **RESPONSE:**

19      Vizio incorporates by reference each of its General Objections as though
20 fully set forth herein and further objects to the terms "relates to," "technology
21 claimed or disclosed" and "close caption functionality" as vague and ambiguous in
22 this context. Vizio further objects to this RFP as overly broad and unduly
23 burdensome as it seeks information relating to every Vizio product regardless of
24 whether Sony has ever made any allegation of infringement of those products or has
25 a reasonable basis for doing so. Vizio further objects to this RFP as premature in
26 that Sony has not yet identified any accused products or the specific claims that
27 Sony is asserting against each accused product. Vizio further objects to this RFP to
28 the extent it calls for information not within Vizio's possession, custody or control.

Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 74:**

All Source Code that relates to the technology claimed or disclosed in the '542 patent, including, without limitation, all Source Code relating to the subtitle display functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relates to," "technology claimed or disclosed" and "subtitle display functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it calls for information not within Vizio's possession, custody or control. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after

entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 75:**

All Source Code that relates to the technology claimed or disclosed in the '847 patent, including, without limitation, all Source Code relating to the subtitle display functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relates to," "technology claimed or disclosed" and "subtitle display functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it calls for information not within Vizio's possession, custody or control. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.