1 **REQUEST FOR PRODUCTION NO. 76:**

2      All Source Code that relates to the technology claimed or disclosed in the

3 '373 patent, including, without limitation, all Source Code relating to the display of

4 menu items and the display and/or selection of hierarchical menus, subordinate

5 menus, and/or submenus.

6 **RESPONSE:**

7      Vizio incorporates by reference each of its General Objections as though

8 fully set forth herein and further objects to the terms "relates to," "technology

9 claimed or disclosed," "display of menu items," "display and/or selection of

10 hierarchical menus," and "subordinate menus and/or submenus" as vague and

11 ambiguous in this context. Vizio further objects to this RFP as overly broad and

12 unduly burdensome as it seeks information relating to every Vizio product

13 regardless of whether Sony has ever made any allegation of infringement of those

14 products or has a reasonable basis for doing so. Vizio further objects to this RFP as

15 premature in that Sony has not yet identified any accused products or the specific

16 claims that Sony is asserting against each accused product. Vizio further objects to

17 this RFP to the extent it calls for information not within Vizio's possession, custody

18 or control. Vizio further objects to this RFP to the extent it seeks confidential

19 information of any third party.

20      Subject to, and without waiver of the foregoing objections, Vizio will

21 produce non-privileged, responsive and relevant documents, if any, in its

22 possession, custody or control, located after a reasonable search, but only after

23 entry of a suitable protective order and Vizio has received the consent of any third

24 parties to produce any documents containing confidential information of said third

25 parties.

26

27

28

1  **REQUEST FOR PRODUCTION NO. 77:**

2      All Source Code that relates to the technology claimed or disclosed in the

3  '614 patent, including, without limitation, all Source Code relating to the menu

4  display functionality of the Vizio Products.

5  **RESPONSE:**

6      Vizio incorporates by reference each of its General Objections as though

7  fully set forth herein and further objects to the terms "relates to," "technology

8  claimed or disclosed" and "menu display functionality" as vague and ambiguous in

9  this context. Vizio further objects to this RFP as overly broad and unduly

10 burdensome as it seeks information relating to every Vizio product regardless of

11 whether Sony has ever made any allegation of infringement of those products or has

12 a reasonable basis for doing so. Vizio further objects to this RFP as premature in

13 that Sony has not yet identified any accused products or the specific claims that

14 Sony is asserting against each accused product. Vizio further objects to this RFP to

15 the extent it calls for information not within Vizio's possession, custody or control.

16 Vizio further objects to this RFP to the extent it seeks confidential information of

17 any third party.

18      Subject to, and without waiver of the foregoing objections, Vizio will

19 produce non-privileged, responsive and relevant documents, if any, in its

20 possession, custody or control, located after a reasonable search, but only after

21 entry of a suitable protective order and Vizio has received the consent of any third

22 parties to produce any documents containing confidential information of said third

23 parties.

24 **REQUEST FOR PRODUCTION NO. 78:**

25      All Source Code that relates to the technology claimed or disclosed in the

26 '055 patent, including, without limitation, all Source Code relating to the video

27 processing and transmission functionality of the Vizio Products.

28

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relates to," "technology claimed or disclosed," "video processing" and "transmission functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it calls for information not within Vizio's possession, custody or control. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 79:**

All Source Code that relates to the technology claimed or disclosed in the '468 patent, including, without limitation, all Source Code relating to the video data communication functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relates to," "technology claimed or disclosed" and "video data communication functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and

unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it calls for information not within Vizio's possession, custody or control. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 80:**

All Source Code that relates to the technology claimed or disclosed in the '182 patent, including, without limitation, all Source Code relating to the dynamic contrast functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relates to," "technology claimed or disclosed" and "dynamic contrast functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to

1 this RFP to the extent it calls for information not within Vizio's possession, custody
2 or control. Vizio further objects to this RFP to the extent it seeks confidential
3 information of any third party.
4      Subject to, and without waiver of the foregoing objections, Vizio will
5 produce non-privileged, responsive and relevant documents, if any, in its
6 possession, custody or control, located after a reasonable search, but only after
7 entry of a suitable protective order and Vizio has received the consent of any third
8 parties to produce any documents containing confidential information of said third
9 parties.

10 **REQUEST FOR PRODUCTION NO. 81:**

11      All Source Code that relates to the technology claimed or disclosed in the
12 '472 patent, including, without limitation, all Source Code relating to channel
13 selection, including any channel selection related to major and minor channel
14 numbers.

15 **RESPONSE:**

16      Vizio incorporates by reference each of its General Objections as though
17 fully set forth herein and further objects to the terms "relates to," "technology
18 claimed or disclosed" and "channel selection" as vague and ambiguous in this
19 context. Vizio further objects to this RFP as overly broad and unduly burdensome
20 as it seeks information relating to every Vizio product regardless of whether Sony
21 has ever made any allegation of infringement of those products or has a reasonable
22 basis for doing so. Vizio further objects to this RFP as premature in that Sony has
23 not yet identified any accused products or the specific claims that Sony is asserting
24 against each accused product. Vizio further objects to this RFP to the extent it calls
25 for information not within Vizio's possession, custody or control. Vizio further
26 objects to this RFP to the extent it seeks confidential information of any third party.
27      Subject to, and without waiver of the foregoing objections, Vizio will
28 produce non-privileged, responsive and relevant documents, if any, in its

1  possession, custody or control, located after a reasonable search, but only after

2  entry of a suitable protective order and Vizio has received the consent of any third

3  parties to produce any documents containing confidential information of said third

4  parties.

5  **REQUEST FOR PRODUCTION NO. 82:**

6      All Documents that relate to any joint defense agreement in this action or in

7  any related litigation.

8  **RESPONSE:**

9      Vizio incorporates by reference each of its General Objections as though

10  fully set forth herein and further objects to the terms "relate to" and "related

11  litigation" as vague and ambiguous in this context. Vizio further objects to this

12  RFP as overly broad and unduly burdensome as it seeks information relating to

13  "any related litigation" regardless of whether it is relevant to the claims or defenses

14  of any party or reasonably calculated to lead to the discovery of admissible

15  evidence. Vizio further objects to this RFP to the extent it calls for information

16  protected from disclosure by the attorney-client privilege, work product doctrine

17  and/or common interest or joint defense agreement.

18  **REQUEST FOR PRODUCTION NO. 83:**

19      All Documents that relate to any Communications with any third parties

20  regarding the Vizio Products, the patents-in-suit, or this action, including but not

21  limited to Communications with AmTRAN or Westinghouse Digital Electronics,

22  LLC.

23  **RESPONSE:**

24      Vizio incorporates by reference each of its General Objections as though

25  fully set forth herein and objects to the term "relate to" as vague and ambiguous in

26  this context. Vizio further objects to this RFP as overly broad, unduly burdensome

27  and not reasonably calculated to lead to the discovery of admissible evidence in that

28  it seeks "[a]ll documents that relate to any Communications with any third parties

1 regarding the Vizio Products," which could encompass every communication Vizio
2 has ever had with a third party. Vizio further objects to this RFP as overly broad
3 and unduly burdensome as it seeks information relating to every Vizio product
4 regardless of whether Sony has ever made any allegation of infringement of those
5 products or has a reasonable basis for doing so. Vizio further objects to this RFP as
6 premature in that Sony has not yet identified any accused products or the specific
7 claims that Sony is asserting against each accused product. Vizio further objects to
8 this RFP to the extent it seeks information subject to attorney-client privilege, the
9 work product doctrine, a common interest privilege and/or joint defense agreement.
10 Vizio further objects to this RFP to the extent it seeks the confidential information
11 of third parties.

12    Subject to, and without waiver of the foregoing objections, Vizio will
13 produce non-privileged, responsive and relevant documents, if any, in its
14 possession, custody or control, located after a reasonable search, but only after
15 entry of a suitable protective order and Vizio has received the consent of any third
16 parties to produce any documents containing confidential information of said third
17 parties.

18 **REQUEST FOR PRODUCTION NO. 84:**

19    All Documents that relate to collaborations, partnerships, agreements, joint
20 ventures, licenses, or other arrangements considered or entered into by Vizio for the
21 purpose of designing, developing, manufacturing, selling or distributing any of the
22 Vizio Products.

23 **RESPONSE:**

24    Vizio incorporates by reference each of its General Objections as though
25 fully set forth herein and further objects to the terms "relate to," "collaborations"
26 and "other arrangements" as vague and ambiguous in this context. Vizio further
27 objects to this RFP as overly broad and unduly burdensome as it seeks information
28 relating to every Vizio product regardless of whether Sony has ever made any

allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks the confidential information of third parties. Vizio further objects to this RFP to the extent it seeks information subject to attorney-client privilege, the work product doctrine, a common interest privilege and/or joint defense agreement.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 85:**

All Documents that relate to intellectual property agreements or other arrangements that relate to intellectual property considered or entered into by Vizio for the purpose of designing, developing, manufacturing, selling or distributing any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "intellectual property agreements" and "other arrangements that relate to intellectual property" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further

objects to this RFP as overly broad and unduly burdensome to the extent it seeks agreements or arrangements relating to intellectual property that are not relevant to the claims or defenses of any party and not reasonably likely to lead to the discovery of admissible evidence. Vizio further objects to this RFP to the extent it seeks information subject to attorney-client privilege, the work product doctrine, a common interest privilege and/or joint defense agreement. Vizio further objects to this RFP to the extent it seeks the confidential information of third parties.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 86:**

All Documents that relate to the marketing, advertising, or promotion of any of the Vizio Products, including but not limited to advertising materials, catalogs, brochures, data sheets, promotional materials, speeches, interviews, press releases, publications, trade releases, new product releases, trade notices, and web pages.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "data sheets," and "promotional materials," as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

1  Subject to, and without waiver of the foregoing objections, Vizio will

2  produce non-privileged, responsive and relevant documents, if any, in its

3  possession, custody or control, located after a reasonable search, but only after

4  entry of a suitable protective order.

5  **REQUEST FOR PRODUCTION NO. 87:**

6  All Documents that relate to the marketing, advertising, or promotion of any

7  of the Related Vizio Products, including but not limited to advertising materials,

8  catalogs, brochures, data sheets, promotional materials, speeches, interviews, press

9  releases, publications, trade releases, new product releases, trade notices, and web

10  pages.

11  **RESPONSE:**

12  Vizio incorporates by reference each of its General Objections as though

13  fully set forth herein and further objects to the terms "relate to," "data sheets," and

14  "promotional materials," as vague and ambiguous in this context. Vizio further

15  objects to this RFP as overly broad and unduly burdensome as it seeks information

16  relating to "Related Vizio Products" regardless of whether Sony has ever made any

17  allegation of infringement of those products or has a reasonable basis for doing so.

18  Vizio further objects to this RFP as premature in that Sony has not yet identified

19  any accused products or the specific claims that Sony is asserting against each

20  accused product.

21  Subject to, and without waiver of the foregoing objections, Vizio will

22  produce non-privileged, responsive and relevant documents, if any, in its

23  possession, custody or control, located after a reasonable search, but only after

24  entry of a suitable protective order.

25  **REQUEST FOR PRODUCTION NO. 88:**

26  Documents sufficient to show all of Vizio's sales, leases, or other

27  placements, in units and dollars, for each of the Vizio Products, including the date

28  of sale, date of shipment, and name of customer with respect to each sale.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "leases," "other placements," "customer" and "each sale" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 89:**

All Documents that relate to any analysis of Vizio's actual or projected gross profits, net profits, gross profit margins, and net profit margins, relating to any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "gross profits," "net profits," "gross profit margins," and "net profit margins," as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

1       Subject to, and without waiver of the foregoing objections, Vizio will

2  produce non-privileged, responsive and relevant documents, if any, in its

3  possession, custody or control, located after a reasonable search, but only after

4  entry of a suitable protective order.

5  **REQUEST FOR PRODUCTION NO. 90:**

6       All Documents that relate to any product reviews, comparisons, or usability

7  tests or evaluations of any of the Vizio Products.

8  **RESPONSE:**

9       Vizio incorporates by reference each of its General Objections as though

10  fully set forth herein and further objects to the terms "relate to," "usability tests"

11  and "evaluations" as vague and ambiguous in this context. Vizio further objects to

12  this RFP as overly broad and unduly burdensome as it seeks information relating to

13  every Vizio product regardless of whether Sony has ever made any allegation of

14  infringement of those products or has a reasonable basis for doing so. Vizio further

15  objects to this RFP as premature in that Sony has not yet identified any accused

16  products or the specific claims that Sony is asserting against each accused product.

17  Vizio further object to this RFP as overly broad and unduly burdensome to the

18  extent it seeks information that is not relevant to the claim or defense of any party

19  nor reasonably calculated to lead to the discovery of admissible evidence.

20       Subject to, and without waiver of the foregoing objections, Vizio will

21  produce non-privileged, responsive and relevant documents, if any, in its

22  possession, custody or control, located after a reasonable search, but only after

23  entry of a suitable protective order.

24  **REQUEST FOR PRODUCTION NO. 91:**

25       All Documents that relate to any plans, proposals, or decisions to improve,

26  downgrade, or otherwise change any features or functionality of any of the Vizio

27  Products.

28

1 **RESPONSE:**

2       Vizio incorporates by reference each of its General Objections as though

3 fully set forth herein and further objects to the terms "relate to," "plans," "decisions

4 to improve" and "otherwise change" as vague and ambiguous in this context. Vizio

5 further objects to this RFP to the extent it seeks information subject to attorney-

6 client privilege, the work product doctrine, a common interest privilege and/or joint

7 defense agreement. Vizio further objects to this RFP as overly broad and unduly

8 burdensome as it seeks information relating to every Vizio product regardless of

9 whether Sony has ever made any allegation of infringement of those products or has

10 a reasonable basis for doing so. Vizio further objects to this RFP as premature in

11 that Sony has not yet identified any accused products or the specific claims that

12 Sony is asserting against each accused product. Vizio further objects to this RFP to

13 the extent it seeks the confidential information of a third party. Vizio further

14 objects to this RFP as overly broad and unduly burdensome to the extent it seeks

15 information on "any" features or functionality and, therefore, calls for information

16 not relevant to the claim or defense of any party nor reasonably likely to lead to the

17 discovery of admissible evidence.

18       Subject to, and without waiver of the foregoing objections, Vizio will

19 produce non-privileged, responsive and relevant documents, if any, in its

20 possession, custody or control, located after a reasonable search, but only after

21 entry of a suitable protective order and Vizio has received the consent of any third

22 parties to produce any documents containing confidential information of said third

23 parties.

24 **REQUEST FOR PRODUCTION NO. 92:**

25       All Documents that relate to any studies, surveys, investigations, reports,

26 considerations of, analyses of, or any plans or proposed plans for, beginning,

27 expanding, decreasing, continuing, or discontinuing research, development, testing,

28 production, or sales as to any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to" and "considerations of" as vague and ambiguous in this context. Vizio further objects to this RFP to the extent it seeks information subject to attorney-client privilege, the work product doctrine, a common interest privilege and/or joint defense agreement. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks the confidential information of a third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 93:**

All Documents that you have provided to or received from any person who may testify at trial or at any hearing in this action.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks "[a]ll [d]ocuments," regardless of whether they relate to the present action or are relevant to the claim or defense of any party. Vizio further objects to this RFP as premature to the extent it seeks information that will be the

1  subject of expert reports. Vizio further objects to this RFP as premature to the
2  extent it seeks information in contravention of the Court's Scheduling Orders.
3  Vizio further objects to this RFP to the extent it seeks information subject to
4  attorney-client privilege, the work product doctrine, a common interest privilege
5  and/or joint defense agreement.
6      Subject to, and without waiver of the foregoing objections, Vizio will
7  produce non-privileged, responsive and relevant documents, if any, in its
8  possession, custody or control, located after a reasonable search, but only after
9  entry of a suitable protective order.

10 **REQUEST FOR PRODUCTION NO. 94:**

11     All Documents created or provided to any expert retained to testify in this
12 case, and all transcripts of prior testimony (whether at deposition, trial, declaration,
13 or affidavit) by the retained expert.

14 **RESPONSE:**

15     Vizio incorporates by reference each of its General Objections as though
16 fully set forth herein and further objects to the term "created" as vague and
17 ambiguous in this context. Vizio further objects to this RFP as overly broad and
18 unduly burdensome as it seeks "[a]ll [d]ocuments," regardless of whether they
19 relate to the present action or are relevant to the claim or defense of any party.
20 Vizio further objects to this RFP as premature to the extent it seeks information that
21 will be the subject of expert reports. Vizio further objects to this RFP as premature
22 to the extent it seeks information in contravention of the Court's Scheduling
23 Orders. Vizio further objects to this RFP to the extent it seeks information that is as
24 easily available to Sony as to Vizio. Vizio further objects to this RFP to the extent
25 it seeks documents not within Vizio's possession, custody or control.
26     Subject to, and without waiver of the foregoing objections, Vizio will
27 produce non-privileged, responsive and relevant documents, after entry of a suitable
28

1  protective order, in accordance with the Court's Scheduling Orders and all

2  applicable local and federal rules.

3  **REQUEST FOR PRODUCTION NO. 95:**

4     All Communications between Vizio and any expert retained to testify in this

5  action.

6  **RESPONSE:**

7     Vizio incorporates by reference each of its General Objections as though

8  fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

9  burdensome as it seeks "[a]ll [c]ommunications," regardless of whether they relate

10  to the present action or are relevant to the claim or defense of any party. Vizio

11  further objects to this RFP as premature to the extent it seeks information that will

12  be the subject of expert reports. Vizio further objects to this RFP as premature to

13  the extent it seeks information in contravention of the Court's Scheduling Orders.

14     Subject to, and without waiver of the foregoing objections, Vizio will

15  produce non-privileged, responsive and relevant documents, after entry of a suitable

16  protective order, in accordance with the Court's Scheduling Orders and all

17  applicable local and federal rules.

18  **REQUEST FOR PRODUCTION NO. 96:**

19     All Communications between Vizio and any witness that is expected to

20  testify in this action.

21  **RESPONSE:**

22     Vizio incorporates by reference each of its General Objections as though

23  fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

24  burdensome as it seeks "[a]ll [c]ommunications," regardless of whether they relate

25  to the present action or are relevant to the claim or defense of any party. Vizio

26  further objects to this RFP to the extent it seeks information protected from

27  disclosure by the attorney-client privilege and/or work product doctrine.

28

1   Subject to, and without waiver of the foregoing objections, Vizio will
2   produce non-privileged, responsive and relevant documents, if any, after entry of a
3   suitable protective order, in accordance with the Court's Scheduling Orders and all
4   applicable local and federal rules.

5   **REQUEST FOR PRODUCTION NO. 97:**

6   All Documents identified in Vizio's Rule 26 disclosures.

7   **RESPONSE:**

8   Vizio incorporates by reference each of its General Objections as though
9   fully set forth herein. Vizio further objects to this RFP as premature in that Sony
10  has not yet identified any accused products or the specific claims that Sony is
11  asserting against each accused product.

12  Subject to, and without waiver of the foregoing objections, Vizio will
13  produce non-privileged, responsive and relevant documents, if any, in its
14  possession, custody or control, located after a reasonable search, but only after
15  entry of a suitable protective order.

16  **REQUEST FOR PRODUCTION NO. 98:**

17  All Documents that Vizio relies on or intends to rely on for any of its
18  Affirmative Defenses.

19  **RESPONSE:**

20  Vizio incorporates by reference each of its General Objections as though
21  fully set forth herein. Vizio further objects to this RFP as premature in that Sony
22  has not yet identified any accused products or the specific claims that Sony is
23  asserting against each accused product. Vizio further objects to this RFP as
24  premature to the extent it seeks information that will be the subject of expert
25  reports. Vizio further objects to this RFP as premature to the extent it seeks
26  information in contravention of the Court's Scheduling Orders.

27  Subject to, and without waiver of the foregoing objections, Vizio will
28  produce non-privileged, responsive and relevant documents, if any, in its

1 possession, custody or control, located after a reasonable search, but only after

2 entry of a suitable protective order, in accordance with the Court's Scheduling

3 Orders and all applicable local and federal rules.

4 **REQUEST FOR PRODUCTION NO. 99:**

5     All Documents that Vizio may use or will use at any trial or at any hearing in

6 this matter.

7 **RESPONSE:**

8     Vizio incorporates by reference each of its General Objections as though

9 fully set forth herein. Vizio further objects to this RFP as premature in that Sony

10 has not yet identified any accused products or the specific claims that Sony is

11 asserting against each accused product. Vizio further objects to this RFP as

12 premature to the extent it seeks information that will be the subject of expert

13 reports. Vizio further objects to this RFP as premature to the extent it seeks

14 information in contravention of the Court's Scheduling Orders.

15     Subject to, and without waiver of the foregoing objections, Vizio will

16 produce non-privileged, responsive and relevant documents in its possession,

17 custody or control, located after a reasonable search, after entry of a suitable

18 protective order, at a time required under the Court's Scheduling Orders and the

19 applicable local and federal rules.

20 **REQUEST FOR PRODUCTION NO. 100:**

21     All Documents identified, mentioned, referenced, reviewed, or relied upon in

22 the preparation of Vizio's answers to Sony's Interrogatories in this action.

23 **RESPONSE:**

24     Vizio incorporates by reference each of its General Objections as though

25 fully set forth herein. Vizio further objects to this RFP as overly broad and unduly

26 burdensome to the extent it seeks information not relevant to the claims or defenses

27 of any party.

28

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 101:**

All Licenses, whether Vizio is the licensor or licensee, relating to any of the Vizio Products, including but not limited to licenses relating to the technologies claimed or disclosed by the patents-in-suit.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the term "relating to the technologies claimed or disclosed" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence in that it calls for "[a]ll [l]icenses" relating to Vizio Products and, therefore, seeks information regarding all licenses ever entered into by Vizio without limitation. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks confidential information of any third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

1  **REQUEST FOR PRODUCTION NO. 102:**

2     All Documents and Communications relating to any license relating to any of

3  the Vizio Products.

4  **RESPONSE:**

5     Vizio incorporates by reference each of its General Objections as though

6  fully set forth herein. Vizio further objects to this RFP as overly broad, unduly

7  burdensome and not reasonably calculated to lead to the discovery of admissible

8  evidence in that it calls for "[a]ll Documents and Communications relating to any

9  license relating to any of the Vizio Products" and, therefore, seeks to obtain

10 information regarding every license ever entered into by Vizio without limitation.

11 Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks

12 information relating to every Vizio product regardless of whether Sony has ever

13 made any allegation of infringement of those products or has a reasonable basis for

14 doing so. Vizio further objects to this RFP as premature in that Sony has not yet

15 identified any accused products or the specific claims that Sony is asserting against

16 each accused product. Vizio further objects to this RFP to the extent it seeks

17 information protected by attorney-client privilege and/or the work product doctrine.

18 Vizio further objects to this RFP to the extent it seeks confidential information of

19 any third party.

20    Subject to, and without waiver of the foregoing objections, Vizio will

21 produce non-privileged, responsive and relevant documents, if any, in its

22 possession, custody or control, located after a reasonable search, but only after

23 entry of a suitable protective order and Vizio has received the consent of any third

24 parties to produce any documents containing confidential information of said third

25 parties.

26

27

28

**REQUEST FOR PRODUCTION NO. 103:**

All settlement agreements relating to any of the Vizio Products, including but not limited to, settlement agreements relating to the technologies claimed or disclosed by the patents-in-suit.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the term "technologies claimed or disclosed" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence as it seeks information relating to every Vizio product and every settlement agreement relating to those products and, therefore, seeks information regarding all settlement agreements ever entered into by Vizio without limitation. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks the confidential information of a third party.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 104:**

All Documents and Communications relating to any settlement agreement relating to any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP as overly broad, unduly

burdensome and not reasonably calculated to lead to the discovery of admissible
evidence as it seeks "[a]ll Documents and Communications relating to any
settlement agreement relating to any of the Vizio Products" and, therefore, seeks
information regarding every settlement agreement ever entered into by Vizio
without limitation. Vizio further objects to this RFP as premature in that Sony has
not yet identified any accused products or the specific claims that Sony is asserting
against each accused product. Vizio further objects to this RFP to the extent it
seeks the confidential information of a third party. Vizio further objects to this RFP
to the extent it seeks information protected from disclosure by attorney-client
privilege and/or the work product doctrine.

Subject to, and without waiver of the foregoing objections, Vizio will
produce non-privileged, responsive and relevant documents, if any, in its
possession, custody or control, located after a reasonable search, but only after
entry of a suitable protective order and Vizio has received the consent of any third
parties to produce any documents containing confidential information of said third
parties.

**REQUEST FOR PRODUCTION NO. 105:**

All Documents and Communications relating to any patent infringement
claim or action, whether or not such claim or action has been filed before a court of
law, that concerns any of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though
fully set forth herein. Vizio further objects to this RFP as overly broad, unduly
burdensome and not reasonably calculated to lead to the discovery of admissible
evidence to the extent it seeks information not related to the present action and
unrelated to the claims or defenses of any party. Vizio further objects to this RFP
as overly broad and unduly burdensome as it seeks information relating to every
Vizio product regardless of whether Sony has ever made any allegation of

infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks the confidential information of a third party. Vizio further objects to this RFP to the extent it seeks information protected from disclosure by the attorney-client privilege and/or work product doctrine.

**REQUEST FOR PRODUCTION NO. 106:**

A fully operational exemplar of any device, machine, apparatus, or other thing that Vizio contends is prior art to any claim of any of the Patents-in-suit.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "exemplar" and "other thing" as vague and ambiguous in this context. Vizio further objects to this RFP to the extent it seeks samples of devices that are not within the possession, custody or control of Vizio, or which may be obtained by Sony as easily as by Vizio.

**REQUEST FOR PRODUCTION NO. 107:**

All Documents relating to the distribution within, import to, or export from the United States of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP to the extent it seeks information that is not relevant to the claims or defenses of any party. Vizio further objects to this RFP as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified

1  any accused products or the specific claims that Sony is asserting against each
2  accused product.
3      Subject to, and without waiver of the foregoing objections, Vizio will
4  produce non-privileged, responsive and relevant documents, if any, in its
5  possession, custody or control, located after a reasonable search, but only after
6  entry of a suitable protective order.

7  **REQUEST FOR PRODUCTION NO. 108:**
8      All Documents relating to any analysis of Vizio's actual or projected gross
9  profits, net profits, gross profit margins, and net profit margins in the United States
10  relating to each Vizio Product.

11  **RESPONSE:**
12      Vizio incorporates by reference each of its General Objections as though
13  fully set forth herein and further objects to "gross profits," "net profits," "gross
14  profit margins," and "net profit margins," as vague and ambiguous in this context.
15  Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks
16  information relating to every Vizio product regardless of whether Sony has ever
17  made any allegation of infringement of those products or has a reasonable basis for
18  doing so. Vizio further objects to this RFP as premature in that Sony has not yet
19  identified any accused products or the specific claims that Sony is asserting against
20  each accused product.
21      Subject to, and without waiver of the foregoing objections, Vizio will
22  produce non-privileged, responsive and relevant documents, if any, in its
23  possession, custody or control, located after a reasonable search, but only after
24  entry of a suitable protective order.

25  **REQUEST FOR PRODUCTION NO. 109:**
26      All Documents relating to business plans and projections, sales forecasts, or
27  other business planning relating to the Vizio Products.
28

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "business plans and projections," and "other business planning" as vague and ambiguous in this context. Vizio further objects to this RFP to the extent it seeks information that is not relevant to the claims or defenses of any party. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 110:**

Documents sufficient to show the efforts taken by Vizio to sell other products or services together, or in connection, with the Vizio Products or to effect the sale thereof by third parties, including, but not limited to, distributors and retailers.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "other products or services," "in connection" and "effect the sale" as vague and ambiguous in this context. Vizio further objects to this RFP to the extent it seeks information not relevant to the claims or defenses of any party. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as

premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks information not within Vizio's possession, custody or control.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 111:**

Documents sufficient to show the terms of any extended service plan and/or warranty sold together or in connection with the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP to the extent it seeks information not relevant to the claims or defenses of any party. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this RFP to the extent it seeks information not within Vizio's possession, custody or control.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

1    **REQUEST FOR PRODUCTION NO. 112:**

2       Documents sufficient to show for each Vizio Product, any other products or

3    services sold together, or in connection, with that product and the revenue

4    generated thereby.

5    **RESPONSE:**

6       Vizio incorporates by reference each of its General Objections as though

7    fully set forth herein and Vizio further objects to the terms "any other products or

8    services sold together" and "in connection" as vague and ambiguous in this context.

9    Vizio further objects to this RFP to the extent it seeks information not relevant to

10    the claims or defenses of any party. Vizio further objects to this RFP as overly

11    broad and unduly burdensome as it seeks information relating to every Vizio

12    product regardless of whether Sony has ever made any allegation of infringement of

13    those products or has a reasonable basis for doing so. Vizio further objects to this

14    RFP as premature in that Sony has not yet identified any accused products or the

15    specific claims that Sony is asserting against each accused product. Vizio further

16    objects to this RFP to the extent it seeks information not within Vizio's possession,

17    custody or control.

18       Subject to, and without waiver of the foregoing objections, Vizio will

19    produce non-privileged, responsive and relevant documents, if any, in its

20    possession, custody or control, located after a reasonable search, but only after

21    entry of a suitable protective order.

22    **REQUEST FOR PRODUCTION NO. 113:**

23       Documents sufficient to show for each Vizio Product any extended service

24    plan and/or warranty sold together or in connection with that product and the

25    revenue generated thereby.

26    **RESPONSE:**

27       Vizio incorporates by reference each of its General Objections as though

28    fully set forth herein. Vizio further objects to this RFP to the extent it seeks

1 information not relevant to the claims or defenses of any party. Vizio further

2 objects to this RFP as overly broad and unduly burdensome as it seeks information

3 relating to every Vizio product regardless of whether Sony has ever made any

4 allegation of infringement of those products or has a reasonable basis for doing so.

5 Vizio further objects to this RFP as premature in that Sony has not yet identified

6 any accused products or the specific claims that Sony is asserting against each

7 accused product. Vizio further objects to this RFP to the extent it seeks information

8 not within Vizio's possession, custody or control.

9     Subject to, and without waiver of the foregoing objections, Vizio will

10 produce non-privileged, responsive and relevant documents, if any, in its

11 possession, custody or control, located after a reasonable search, but only after

12 entry of a suitable protective order.

13 **REQUEST FOR PRODUCTION NO. 114:**

14     All Documents that relate to the technology claimed or disclosed in the '468

15 patent, including, without limitation, all Documents relating to the video processing

16 and transmission functionality of the Vizio Products.

17 **RESPONSE:**

18     Vizio incorporates by reference each of its General Objections as though

19 fully set forth herein and further objects to the terms "relate to," "technology

20 claimed or disclosed," "video processing," and "transmission functionality" as

21 vague and ambiguous in this context. Vizio further objects to this RFP as overly

22 broad and unduly burdensome as it seeks information relating to every Vizio

23 product regardless of whether Sony has ever made any allegation of infringement of

24 those products or has a reasonable basis for doing so. Vizio further objects to this

25 RFP as premature in that Sony has not yet identified any accused products or the

26 specific claims that Sony is asserting against each accused product.

27     Subject to, and without waiver of the foregoing objections, Vizio will

28 produce non-privileged, responsive and relevant documents, if any, in its

1  possession, custody or control, located after a reasonable search, but only after

2  entry of a suitable protective order.

3  **REQUEST FOR PRODUCTION NO. 115:**

4       All Documents that relate to the technology claimed or disclosed in the '182

5  patent, including, without limitation, all Documents relating to the Vizio Products'

6  use, correction, or adjustment of gamma luminance or color difference.

7  **RESPONSE:**

8       Vizio incorporates by reference each of its General Objections as though

9  fully set forth herein and further objects to the terms "relate to," "technology

10  claimed or disclosed," "gamma luminance" and "color difference" as vague and

11  ambiguous in this context. Vizio further objects to this RFP as overly broad and

12  unduly burdensome as it seeks information relating to every Vizio product

13  regardless of whether Sony has ever made any allegation of infringement of those

14  products or has a reasonable basis for doing so. Vizio further objects to this RFP as

15  premature in that Sony has not yet identified any accused products or the specific

16  claims that Sony is asserting against each accused product.

17       Subject to, and without waiver of the foregoing objections, Vizio will

18  produce non-privileged, responsive and relevant documents, if any, in its

19  possession, custody or control, located after a reasonable search, but only after

20  entry of a suitable protective order.

21  **REQUEST FOR PRODUCTION NO. 116:**

22       All Documents that relate to the technology claimed or disclosed in the '626

23  patent, including, without limitation, all Documents relating to the menu display

24  and/or picture-in-picture functionality of the Vizio Products.

25  **RESPONSE:**

26       Vizio incorporates by reference each of its General Objections as though

27  fully set forth herein and further objects to the terms "relate to," "technology

28  claimed or disclosed," "menu display," and "picture-in-picture functionality" as

vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 117:**

All Documents that relate to the technology claimed or disclosed in the '577 patent, including, without limitation, all Documents relating to the close caption functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "technology claimed or disclosed" and "close caption functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 118:**

All Documents that relate to the technology claimed or disclosed in the '542 patent, including, without limitation, all Documents relating to the subtitle display functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "technology claimed or disclosed" and "subtitle display functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 119:**

All Documents that relate to the technology claimed or disclosed in the '847 patent, including, without limitation, all Documents relating to the subtitle display functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "technology claimed or disclosed" and "subtitle display technology" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of

1  whether Sony has ever made any allegation of infringement of those products or has

2  a reasonable basis for doing so.  Vizio further objects to this RFP as premature in

3  that Sony has not yet identified any accused products or the specific claims that

4  Sony is asserting against each accused product.

5      Subject to, and without waiver of the foregoing objections, Vizio will

6  produce non-privileged, responsive and relevant documents, if any, in its

7  possession, custody or control, located after a reasonable search, but only after

8  entry of a suitable protective order.

9  **REQUEST FOR PRODUCTION NO. 120:**

10      All Documents that relate to the technology claimed or disclosed in the '373

11  patent, including, without limitation, all Documents relating to the display of menu

12  items and the display and/or selection of hierarchical menus, subordinate menus,

13  and/or submenus.

14  **RESPONSE:**

15      Vizio incorporates by reference each of its General Objections as though

16  fully set forth herein and further objects to the terms "relate to," "technology

17  claimed or disclosed," "hierarchical menus," "subordinate menus and/or submenus"

18  and "menu items" as vague and ambiguous in this context.  Vizio further objects to

19  this RFP as overly broad and unduly burdensome as it seeks information relating to

20  every Vizio product regardless of whether Sony has ever made any allegation of

21  infringement of those products or has a reasonable basis for doing so.  Vizio further

22  objects to this RFP as premature in that Sony has not yet identified any accused

23  products or the specific claims that Sony is asserting against each accused product.

24      Subject to, and without waiver of the foregoing objections, Vizio will

25  produce non-privileged, responsive and relevant documents, if any, in its

26  possession, custody or control, located after a reasonable search, but only after

27  entry of a suitable protective order.

28

**REQUEST FOR PRODUCTION NO. 121:**

All Documents that relate to the technology claimed or disclosed in the '614 patent, including, without limitation, all Documents relating to the menu display functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "technology claimed or disclosed" and "menu display functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 122:**

All Documents that relate to the technology claimed or disclosed in the '055 patent, including, without limitation, all Documents relating to the video processing and transmission functionality of the Vizio Products.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "technology claimed or disclosed," "video processing" and "transmission functionality" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio

product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 123:**

All Documents that relate to the technology claimed or disclosed in the '472 patent, including, without limitation, all Documents relating to channel selection, including any selection related to major and minor channel numbers.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "relate to," "technology claimed or disclosed" and "channel selection" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order.

**REQUEST FOR PRODUCTION NO. 124:**

Documents sufficient to show the ownership structure of Vizio, including the names and addresses of any owners of or investors in Vizio.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the terms "owners" and "investors" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information that is not relevant to the claims or defenses of any party nor reasonably likely to lead to the discovery of admissible evidence. Vizio further objects to the extent this RFP seeks the confidential information of third parties.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and Vizio has received the consent of any third parties to produce any documents containing confidential information of said third parties.

**REQUEST FOR PRODUCTION NO. 125:**

Documents sufficient to identify all Vizio employees who have ever received confidential Sony information.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the term "confidential Sony information" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad and unduly burdensome to the extent it seeks information concerning employees regardless of when they might have received Sony information, and without regard to whether they were employed at Vizio when they received the Sony information. Vizio further objects to the RFP as overly broad

and unduly burdensome to the extent it seeks information that is not relevant to the claims or defenses of any party nor reasonably calculated to lead to the discovery of admissible evidence. Vizio further objects to this RFP to the extent it seeks information not within its custody or control.

**REQUEST FOR PRODUCTION NO. 126:**

All Documents containing confidential Sony information.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the term "confidential Sony information" as vague and ambiguous in this context. Vizio further objects to this RFP to the extent it seeks information not relevant to the claims or defenses of any party. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information not within the possession, custody or control of Vizio.

**REQUEST FOR PRODUCTION NO. 127:**

All Documents reflecting any testing of the Vizio Products by or on behalf of Vizio.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein and further objects to the term "reflecting" as vague and ambiguous in this context. Vizio further objects to this RFP as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence in that it seeks Documents relating to testing that is not relevant to this litigation. Vizio further objects to this RFP to the extent it seeks information subject to attorney-client privilege, the work product doctrine, a common interest privilege and/or joint defense agreement. Vizio further objects to this RFP as overly broad and unduly burdensome as it seeks information relating to every Vizio product regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further

1  objects to this RFP as premature in that Sony has not yet identified any accused
2  products or the specific claims that Sony is asserting against each accused product.
3  Vizio further objects to this RFP to the extent it seeks the confidential information
4  of a third party.
5       Subject to, and without waiver of the foregoing objections, Vizio will
6  produce non-privileged, responsive and relevant documents, if any, in its
7  possession, custody or control, located after a reasonable search, but only after
8  entry of a suitable protective order and Vizio has received the consent of any third
9  parties to produce any documents containing confidential information of said third
10 parties.

11 **REQUEST FOR PRODUCTION NO. 128:**
12      All Documents reflecting any test protocols for testing of the Vizio Products
13 by or on behalf of Vizio.

14 **RESPONSE:**
15      Vizio incorporates by reference each of its General Objections as though
16 fully set forth herein and further objects to the terms "reflecting" and "test
17 protocols" as vague and ambiguous in this context.  Vizio further objects to this
18 RFP as overly broad, unduly burdensome and not reasonably calculated to lead to
19 the discovery of admissible evidence in that it seeks Documents relating to "test
20 protocols" that are not relevant to this litigation.  Vizio further objects to this RFP
21 as overly broad and unduly burdensome as it seeks information relating to every
22 Vizio product regardless of whether Sony has ever made any allegation of
23 infringement of those products or has a reasonable basis for doing so.  Vizio further
24 objects to this RFP as premature in that Sony has not yet identified any accused
25 products or the specific claims that Sony is asserting against each accused product.
26 Vizio further objects to this RFP to the extent it seeks the confidential information
27 of a third party.
28

1       Subject to, and without waiver of the foregoing objections, Vizio will

2 produce non-privileged, responsive and relevant documents, if any, in its

3 possession, custody or control, located after a reasonable search, but only after

4 entry of a suitable protective order and Vizio has received the consent of any third

5 parties to produce any documents containing confidential information of said third

6 parties.

7 **REQUEST FOR PRODUCTION NO. 129:**

8       All Documents relating to Vizio's participation in any industry groups or

9 associations, including standard-setting organizations.

10 **RESPONSE:**

11       Vizio incorporates by reference each of its General Objections as though

12 fully set forth herein and further objects to the terms "participation" and "industry

13 groups or associations" as vague and ambiguous in this context. Vizio further

14 objects to this RFP as overly broad and unduly burdensome as it seeks information

15 that is not relevant to the claims or defenses of any party.

16       Subject to, and without waiver of the foregoing objections, Vizio will

17 produce non-privileged, responsive and relevant documents, if any, in its

18 possession, custody or control, located after a reasonable search, but only after

19 entry of a suitable protective order.

20 **REQUEST FOR PRODUCTION NO. 130:**

21       All Documents relating to Sony's participation in any industry groups or

22 associations, including standard-setting organizations.

23 **RESPONSE:**

24       Vizio incorporates by reference each of its General Objections as though

25 fully set forth herein and further objects to the terms "participation" and "industry

26 groups or associations" as vague and ambiguous in this context. Vizio further

27 objects to this RFP as overly broad and unduly burdensome as it seeks information

28 not relevant to the claims or defenses of any party. Vizio further objects to this

1  RFP to the extent it calls for information more easily ascertainable by Sony and not
2  within Vizio's possession, custody or control.

3       Subject to, and without waiver of the foregoing objections, Vizio will
4  produce non-privileged, responsive and relevant documents, if any, in its
5  possession, custody or control, located after a reasonable search, but only after
6  entry of a suitable protective order.

7  **REQUEST FOR PRODUCTION NO. 131:**

8       All Documents relating to any obligations owed by Vizio and/or Sony to any
9  industry groups or associations, including standard-setting organizations, and/or
10  their members.

11  **RESPONSE:**

12       Vizio incorporates by reference each of its General Objections as though
13  fully set forth herein and further objects to the terms "obligations" and "industry
14  groups or associations" as vague and ambiguous in this context. Vizio further
15  objects to this RFP as overly broad and unduly burdensome to the extent it seeks
16  information that is not relevant to the claims or defenses of any party. Vizio further
17  objects to this RFP as overly broad and unduly burdensome as it seeks information
18  more easily ascertained by Sony. Vizio further objects to this RFP to the extent it
19  seeks information not within Vizio's possession, custody or control.

20       Subject to, and without waiver of the foregoing objections, Vizio will
21  produce non-privileged, responsive and relevant documents, if any, in its
22  possession, custody or control, located after a reasonable search, but only after
23  entry of a suitable protective order.

24  **REQUEST FOR PRODUCTION NO. 132:**

25       All Documents that support Vizio's contention that Sony is barred from
26  recovering damages under 35 U.S.C. § 287.

27

28

1 **RESPONSE:**

2       Vizio incorporates by reference each of its General Objections as though

3 fully set forth herein. Vizio further objects to this RFP to the extent it seeks

4 information not within Vizio's possession, custody or control. Vizio further objects

5 to this RFP as premature to the extent it calls for information that will be the subject

6 of expert reports. Vizio further objects to this RFP as premature to the extent it

7 requests information from Vizio in contravention of the Court's Scheduling Orders.

8       Subject to, and without waiver of the foregoing objections, Vizio will

9 produce non-privileged, responsive and relevant documents, if any, in its

10 possession, custody or control, located after a reasonable search, but only after

11 entry of a suitable protective order.

12 **REQUEST FOR PRODUCTION NO. 133:**

13       All Documents that support Vizio's contention that one or more of the claims

14 of the patents-in-suit are invalid for failing to meet conditions for patentability set

15 forth in 35 U.S.C. §§ 101, 102, 103, and/or 112.

16 **RESPONSE:**

17       Vizio incorporates by reference each of its General Objections as though

18 fully set forth herein. Vizio further objects to this RFP as premature in that Sony

19 has not yet identified any accused products or the specific claims that Sony is

20 asserting against each accused product. Vizio further objects to this RFP as

21 premature to the extent it calls for information that will be the subject of expert

22 reports. Vizio further objects to this RFP as premature to the extent it requests

23 information from Vizio in contravention of the Court's Scheduling Orders. Vizio

24 further objects to this RFP to the extent it seeks information protected by attorney-

25 client privilege, the work product doctrine, common interest or joint defense

26 privilege.

27       Subject to, and without waiver of the foregoing objections, Vizio will

28 produce non-privileged, responsive and relevant documents, if any, in its

1  possession, custody or control, located after a reasonable search, in accordance with
2  the Court's Scheduling Orders and all applicable local and federal rules, but only
3  after entry of a suitable protective order.

4  **REQUEST FOR PRODUCTION NO. 134:**

5  All Documents that support any contention by Vizio that one or more of the
6  patents-in-suit is unenforceable for any reason including, without limitation, laches,
7  equitable estoppel, express or implied license, exhaustion, intervening rights,
8  express or implied waiver, inequitable conduct, patent misuse, unclean hands,
9  and/or prosecution laches.

10 **RESPONSE:**

11 Vizio incorporates by reference each of its General Objections as though
12 fully set forth herein. Vizio further objects to this RFP as premature in that Sony
13 has not yet identified any accused products or the specific claims that Sony is
14 asserting against each accused product. Vizio further objects to this RFP as
15 premature to the extent it calls for information that will be the subject of expert
16 reports. Vizio further objects to this RFP as premature to the extent it requests
17 information from Vizio in contravention of the Court's Scheduling Orders. Vizio
18 further objects to the extent it seeks information not within Vizio's possession,
19 custody or control. Vizio further objects to this RFP to the extent it seeks
20 information protected by attorney-client privilege, the work product doctrine,
21 common interest or joint defense privilege.

22 Subject to, and without waiver of the foregoing objections, Vizio will
23 produce non-privileged, responsive and relevant documents, if any, in its
24 possession, custody or control, located after a reasonable search, but only after
25 entry of a suitable protective order.

26 **REQUEST FOR PRODUCTION NO. 135:**

27 All Documents produced or made available to Vizio by any non-party or
28 third-party pursuant to any subpoena in this action.

**RESPONSE:**

Vizio incorporates by reference each of its General Objections as though fully set forth herein. Vizio further objects to this RFP as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to the extent it seeks the confidential information of third parties.

Subject to, and without waiver of the foregoing objections, Vizio will produce non-privileged, responsive and relevant documents, if any, in its possession, custody or control, located after a reasonable search, but only after entry of a suitable protective order and only after permission to produce responsive documents has been obtained by the non-party.

Dated:     April 22, 2009

JONES DAY

By: _____
     Steven J. Corr

Attorneys for Defendant
VIZIO, INC.

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On April 22, 2009, I served a copy of the within document(s):

**VIZIO'S RESPONSE TO SONY'S FIRST SET OF REQUESTS FOR PRODUCTION**

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐  by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒  by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Steve Anderson, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10ᵗʰ Floor
Los Angeles, California 90017
sony-vizio@quinnemanuel.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1     I declare that I am employed in the office of a member of the bar of this court

2 at whose direction the service was made.

3     Executed on April 22, 2009, at Los Angeles, California.

                            Beth A. Marchese

LAI-3016875v3