1 Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART
2 OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
3 Redwood Shores, California 94065
Telephone: (650) 801-5000
4 Facsimile: (650) 801-5100

5 Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART
6 OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
7 Los Angeles, California 90017
Telephone: (213) 443-3000
8 Facsimile: (213) 443-3100

9 Attorneys for Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING SONY'S MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 68, AND 82**<br><br>**Magistrate Judge: Hon. Fernando M. Olguin**<br><br>**Hearing:** 10:00 a.m. on September 16, 2009, at 312 N. Spring St., 9th Floor, Courtroom F<br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

# [PROPOSED] ORDER

The Court, having reviewed and considered all of the briefing filed with respect to the parties' Joint Stipulation Regarding Sony Corporation's Motion to Compel a Further Response to Sony's Request for Production Nos. 17-23, 24, 68 and 82, and good cause appearing therefore, HEREBY ORDERS THAT:

Defendant Vizio Inc. shall provide supplemental responses to Plaintiff Sony Corporation's Request for Production Nos. 17-23, 24, 68, and 82. Vizio shall produce to Sony documents in Vizio's possession, custody, or control but located at AmTRAN Technology Co., Ltd. including 1) service manuals for each accused product, 2) design documents including circuit diagrams for each accused product, 3) chip datasheets and specifications for any digital signal processors in each accused product, and 4) source code for each accused product. Vizio shall also provide Sony with a privilege log for its communications with AmTRAN regarding this lawsuit or the patents-in-suit, and a copy of any joint defense agreement that forms the basis for such a log. Vizio shall also undertake a diligent search for technical documents located at suppliers other than AmTRAN and shall produce or log appropriately any communications with such suppliers.

DATED: , _____
Hon. Fernando M. Olguin
United States Magistrate Judge