Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>**Magistrate Judge:** Hon. Fernando M. Olguin<br><br>**Hearing:** 10:00 a.m. on September 16, 2009, at 312 N. Spring St., 9th Floor, Courtroom F<br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On August 26, 2009, I served true copies of the following document(s) described as

1) **CONFIDENTIAL DECLARATION OF PETER A. KLIVANS IN SUPPORT OF JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 68, AND 82**

2) **JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 68, AND 82**

3) **SONY CORPORATION'S APPLICATION TO FILE UNDER SEAL (1) THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 26, AND 82 AND (2) DECLARATION OF PETER A. KLIVANS AND EXHIBITS**

4) **PROPOSED] ORDER SEALING (1) THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 26, AND 82 AND (2) DECLARATION OF PETER A. KLIVANS AND EXHIBITS**

on the parties in this action as follows:

Steven John Corr
Jones Day
555 South Flower Street 50th Floor
Los Angeles, CA 90071
Tel: 213-243-2327
Fax: 213-243-2539

[X} **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2009, at Irvine, California.

_____
Dave Quintana