# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 08-01135-RGK (FMOx) | Date | August 26, 2009 |
|---|---|---|---|
| Title | Sony Corporation v. Vizio, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Yvette R. Louis | Not Reported | N/A |
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Defendant Vizio, Inc.'s Motion for Order to Limit Claims (DE 87)

The Court hereby advises counsel that the above-referenced motion set for hearing on August 31, 2009 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, **no appearance by counsel is necessary** and the Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | YL |