Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Sony Corporation

Thomas R. Malcolm (Bar No. 39248)
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Kevin G. McBride (Bar No. 195866)
Steven J. Corr (Bar No. 216243)
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>VIZIO, INC.,<br><br>       Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S INTERROGATORY NOS. 11 AND 14**<br><br>**Magistrate Judge: Hon. Fernando M. Olguin**<br><br>**Hearing:** 10:00 a.m. on September 16, 2009, at 312 N. Spring St., 9th Floor, Courtroom F<br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26. 2010 |

# **TABLE OF CONTENTS**

**Page**

I. INTRODUCTION ...................................................................................... 1

    A. Sony's Introductory Statement ............................................... 1

    B. Vizio's Introductory Statement .............................................. 4

II. DISPUTED INTERROGATORY NO. 11 ............................................. 6

    A. Sony's Position Regarding Interrogatory No. 11 ................... 23

        1. This Court Has Already Held The Information Sought By Interrogatory No. 11 To Be Relevant and Proper Under the Federal Rules. ........................................................................ 24

        2. Vizio's Attachment A and the Documents Cited Therein Do Not Provide The Information Sought By Interrogatory No. 11 ..................................................................................... 25

        3. Vizio and Its Engineers Are In A Far Better Position to Identify The Features of the Accused Products. ................... 27

        4. The Features of Interrogatory No. 11 Are Not Vague and Ambiguous. .......................................................................... 28

    B. Vizio's Position Regarding Interrogatory No. 11 ................... 32

        1. Sony's Motion to Compel Vizio to Supplement its Response to Interrogatory No. 11 Should be Denied as Moot ...................................................................................... 32

III. DISPUTED INTERROGATORY NO. 14 ........................................... 35

    A. Sony's Position Regarding Interrogatory No. 14 ................... 37

        1. Vizio's Rule 33(d) Response Based on Attachment A and the Documents Cited Therein Does Not Provide The Information Required by Interrogatory No. 14 .................... 38

        2. Vizio Has Responsive Information or Can Readily Obtain Responsive Information .................................................... 39

    B. Vizio's Position Regarding Interrogatory No. 14 ................... 40

        1. Sony's Motion to Compel Vizio to Supplement its Response to Interrogatory No. 14 Should be Denied as Moot ...................................................................................... 40

IV. CONCLUSION ...................................................................................... 41

A.  Sony's Conclusion ................................................................................ 41

B.  Vizio's Conclusion ............................................................................... 42

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02347.51451/2980615.7

Pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37-2.1, Plaintiff Sony Corporation ("Sony") and Defendant Vizio, Inc. ("Vizio") submit the following joint stipulation in connection with Sony Corporation's Motion to Compel a Further Response to Sony's Interrogatory Nos. 11 and 14.[1]   The parties have complied with Local Rule 37-1.[2]

## I.   **INTRODUCTION**

### A.   **Sony's Introductory Statement**

Sony's Interrogatory Nos. 11 and 14 require Vizio to provide critical information about the 157 Vizio televisions accused of infringing Sony's patents. Interrogatory No. 11, which is almost identical to an interrogatory that this Court found was proper in *Sony v. Westinghouse*,[3] requires Vizio to disclose which of its televisions have certain specified features that are most relevant to Sony's patents.

Interrogatory No. 14 requires Vizio to identify all digital television standards with which each of the accused televisions comply.   The interrogatory specifically identifies four standards that are highly relevant to the patents-in-suit:   the EIA-708-B, CEA-708-B, and CEA-708-C closed captioning standards (relevant to Sony's U.S. Patent Nos. 5,583,577, 5,684,542, and 5,731,847); and the High-Bandwidth Digital Content Protection System, revision 1.3 standard ("HDCP rev. 1.3") (relevant to U.S. Patent Nos. RE38,055 and RE40,468).   (*Infra* at 35.)

---

[1]   Pursuant to Local Rule 37-2.1, a copy of this Court's order establishing the initial case schedule is attached as Ex. 2 to the Declaration of Todd Kennedy.

[2]   As required by Local Rule 37-1, Sony stated its position regarding Interrogatory Nos. 11 and 14 in three letters, dated April 29, 2009, May 7, 2009, and June 12, 2009.   (Kennedy Decl. Exs. 3, 4, and 11.)   The parties also met and conferred in person and in the presence of a court reporter on two occasions, on May 11, 2009 and June 22, 2009.   (Kennedy Decl. Exs. 5 and 6.)

[3]   In that case, this Court ordered Westinghouse to answer the interrogatory after Sony filed a motion to compel.   (2/11/2009 Order, Case No. 2:08-cv-03934-RGK-FMO (Docket No. 57).) This Court stated:   "Indeed, Interrogatory No. 11 is an entirely proper discovery request under the Federal Rules of Civil Procedure."   (*Id.* at 4.)

The importance and relevance of the information sought by these interrogatories is not subject to legitimate dispute. Interrogatory No. 11 is relevant because it will enable Sony to confirm that it is aware of all potentially infringing Vizio televisions and be able to confirm which of the 157 Vizio televisions that Sony has accused of infringement need to be examined with respect to the specific infringement issues presented by each of the ten Sony patents-in-suit. For example, Interrogatory No. 11 requests that Vizio identify which of its televisions have "the capability to superimpose subtitles on another image or on a background." Sony will then be in a position to investigate each of the identified products with respect to the asserted claims of the '847 patent, which are directed to a "subtitle processor for processing subtitle data."

Interrogatory No. 14 is also important to Sony's case-in-chief because Vizio's compliance with digital television standards (including the four standards identified in the interrogatory) bears on the issues of Vizio's infringement of Sony's patents. For example, each claim of Sony's '468 patent requires a television with "a controller for executing an authentication procedure between said display apparatus and said external device." Vizio's compliance with the HDCP Specification, rev. 1.3 is directly relevant to this claim element because the specification requires compliant televisions to execute an "authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content." (Kennedy Decl. Ex. 7 at 8.)

Despite the obvious and undisputed relevance of the information sought by Interrogatory Nos. 11 and 14, Vizio has provided virtually no responsive information. Rather, Vizio has repeatedly informed Sony that it can find responsive information in its "Attachment A," which lists Vizio televisions and their corresponding manuals. But neither Attachment A nor the manuals provide the information sought by the interrogatories. Attachment A does not list any of the features enumerated in Interrogatory No. 11, nor does it list any of the four

standards identified in Interrogatory No. 14.   Although the manuals contain **some** relevant information for **some** of Vizio's televisions, they simply do not provide the important information required by the interrogatories.   For example, although some manuals contain pictures of transparent menus, many of the manuals do not contain any such pictures (Kennedy Decl. ¶ 3), making it impossible to tell whether those televisions have "menu displays capable of displaying in more than one level of transparency," as required by Interrogatory No. 11.   As for Interrogatory No. 14, although some user manuals specify that some of Vizio's televisions comply with the HDCP rev. 1.3 standard, the user manuals for most of the televisions do not specify the revision number of the HDCP standard with which they comply. (Kennedy Decl. ¶ 2.)   Even more troubling, **none** of the manuals show whether the television complies with the EIA-708-B, CEA-708-B, or CEA-708-C closed captioning standards, as specifically required by Interrogatory No. 14.

Sony can no longer wait to obtain the information sought by these interrogatories.[4]   At this point, Vizio continues to refuse to provide an adequate response to Interrogatory No. 11 on the grounds that the interrogatory is vague and ambiguous, and that the burden of answering "is exactly the same for Vizio as it is for Sony."   (Kennedy Decl. Ex. 6 at 17:9-10.)   Vizio also continues to assert that it cannot answer Interrogatory No. 14, on the grounds that the information requested "is not within the knowledge of Vizio."   (*Id*. at 28: 8)

There is no legitimate reason why Vizio and its engineers cannot provide the basic, high-level information sought by these interrogatories.   Despite Vizio's assertions to the contrary, it would be far more burdensome to require Sony to painstakingly examine each of Vizio's televisions than it would be to require Vizio

---

[4]   Sony files this motion as a last resort, and only after having provided Vizio with numerous opportunities to correct its deficient responses.   Sony and Vizio have had three separate
(footnote continued)

to disclose the information sought.   Given the fundamental importance of the requested information to Sony's infringement case, and the lack of any legitimate justification for Vizio's refusal to provide it, Sony respectfully requests that the Court order Vizio to provide a full and complete response to Sony's Interrogatory Nos. 11 and 14.   In the event Vizio contends that it truly does not have the information sought by these interrogatories, Vizio should not be permitted to take a contrary position at trial or in opposition to a summary judgment motion.

## B.   Vizio's Introductory Statement

Sony is violating the rules by insisting on pursuing this motion to compel despite the fact that Vizio has already agreed to provide ***all*** of the discovery that is the subject of Sony's motion.[5]   In particular:

- Sony asks this Court to compel Vizio to promptly supplement its answer to Sony Interrogatory No. 11 using a list or table format that addresses each Vizio television separately, rather than relying upon Rule 33(d). Vizio has agreed to supplement its response to Interrogatory No. 11, based on Vizio's understanding of the features identified in this interrogatory in the manner requested by Sony, by September 15, 2009.

- Sony asks this Court to compel Vizio to promptly supplement its answer to Sony Interrogatory No. 14 using a list or table format that addresses each Vizio television separately, rather than relying upon Rule 33(d). Vizio has agreed to seek any responsive information that is in the possession, custody and/or control of Vizio and its direct supplier AmTRAN Technology Co., Ltd. ("AmTRAN") and provide a supplemental response with any additional information it is able to obtain either from Vizio's records or from AmTRAN by September 15, 2009.

Vizio advised Sony of its willingness to provide the foregoing discovery in a letter dated August 21, 2009, in an effort to resolve the issues included in Sony's motion to compel without burdening the Court.   (Exh. A)   In that letter, Vizio asked Sony not to pursue its motion to compel based on Vizio's agreement to

conferences of counsel and Sony has carefully reviewed each of the supplemental productions on which Vizio relied to support its Rule 33(d) response to this interrogatory.

provide all of the requested discovery to the best of its ability to do so.   Vizio also noted that Sony's proposed stipulation was improper because the parties had not reached an impasse on the issues raised therein.

Notwithstanding Vizio's letter agreeing to provide the discovery and mooting the issue, Sony   has insisted on pursuing its unnecessary motion unless Vizio would agree to an unreasonable discovery stipulation.   (Exh. B)   The stipulation proposed by Sony contains some conditions that Vizio cannot meet and that far exceed Vizio's obligations under the Local Rules and Federal Rules of Civil Procedure.   In addition,   many of the provisions proposed by Sony in its stipulation go far beyond the underlying Sony discovery requests or the relief requested by its motion to compel.

For example, the stipulation would require Vizio to provide the supplementations to its previous interrogatory responses *within one week*, even though Sony waited almost two months to file a motion to compel Vizio to provide this information.   The parties completed a final meet and confer on these issues on June 23, 2009.   Sony waited nearly eight weeks to bring these issues to the attention of the Court, and now insists that Vizio provide information concerning 11 features for each of over 150 products within a matter of days.   Sony cannot reasonably expect Vizio to be able complete that task in the timeframe demanded by Sony.   If Sony needed this information so urgently, it should have sought Court intervention much earlier.

Further, Sony's motion to compel does not even come close to requesting the relief demanded in its proposed stipulation.   Rather, it asks the Court to compel "prompt" supplemental responses to Sony's interrogatories.   Vizio has agreed to do just that, committing to provide its supplementations by September 15, 2009.

---

[5] Vizio does not, by agreeing to provide this discovery, admit any of the assertions made in Sony's portions of the Joint Stipulation.

Additionally, the proposed stipulation would require Vizio to set forth, under oath, within one week of this joint stipulation, (1) the details of its efforts to obtain the information from non-parties to this litigation and (2) provide an assurance that no further information is available.   (Exh. B)   This provision, and many others, are onerous, go far beyond any requirements in the Federal or Local Rules, are not part of the relief requested in Sony's motion and reflect Sony's refusal to work in good faith to efficiently resolve this dispute without Court intervention.

In short, Sony's motion should have never been filed, and Sony's refusal to withdraw its motion is sanctionable.   Sony's motion is a complete waste of this Court's and the parties' precious time and resources.   Vizio has committed to provide all the discovery Sony has requested to the best of its ability to do so. Accordingly, there is no reasonable basis for Sony's refusal to withdraw its motion to compel.   Sony's motion should be denied as moot.[6]

## II.    DISPUTED INTERROGATORY NO. 11

On March 23, 2009, Sony served its First Set of Interrogatories, which included Interrogatory No. 11.   Vizio served objections and responses to Sony's First Set of Interrogatories on April 22, 2009.   Vizio served its First Supplemental Responses to Sony's First Set of Interrogatories on June 5, 2009.

Sony's Interrogatory No. 11, along with Vizio's original and supplemental responses, are set forth as follows.

## SONY'S INTERROGATORY NO. 11:

For each Vizio Product identified in response to Interrogatory No. 1,[7] identify which of the following product features it incorporates:   menu displays capable of

---

[6] Vizio expressly reserves the right to seek sanctions against Sony for maintaining this motion.

[7] Vizio's response to Sony's Interrogatory No. 1 identified a number of Vizio televisions.

displaying in more than one color or more than one brightness; menu displays capable of displaying in more than one level of transparency; menu displays capable of displaying a submenu or subordinate menu; the capability to superimpose captions on another image or on a background; the capability to superimpose subtitles on another image or on a background; the capability to securely transfer video data between devices connected to a common bus; Dynamic Contrast[8]; a Digital Visual Interface ("DVI") or a High Definition Multimedia Interface ("HDMI"); High-bandwidth Digital Content Protection ("HDCP") functionality; and the capability of selecting a major and minor channel number.

## **VIZIO'S ORIGINAL RESPONSE TO INTERROGATORY NO. 11**:

In addition to and without limiting the foregoing General Objections, Vizio objects to this Interrogatory as vague and ambiguous in that the listed "product features" are unclear.   For example, it is unclear whether "menu displays capable of displaying in more than one level of transparency" is intended to mean that the level of transparency of an entire menu can be changed over time, or whether different parts of a menu at a given moment in time have different levels of transparency. This ambiguity, and others, apply to many other listed "product features."   Vizio further objects to this Interrogatory to the extent it calls for the disclosure of expert opinion prior to the date such opinions are due pursuant to the Scheduling Order to be entered by the Court.   Vizio further objects to this Interrogatory as overly broad and unduly burdensome in that it seeks information that is beyond the scope of this litigation.   This Interrogatory improperly seeks "product features" relating to every product that Vizio has ever manufactured and sold in the United States regardless of

---

[8]   "Dynamic Contrast" is defined in the interrogatories as "automatically adjusting the contrast based on the picture brightness or luminance and/or dynamically enhancing the black and white levels."   (Kennedy Decl. Ex. 1 at 8.)

whether Sony has ever made any allegation of infringement of those products or has
a reasonable basis for doing so.  Vizio further objects to this Interrogatory on the
ground that it is compound and counts as multiple interrogatories rather than simply
one interrogatory.  Vizio further objects to this Interrogatory to the extent it seeks
information that is solely within the possession of third parties that are not under the
control of Vizio.

Subject to and without waiving the foregoing General and Specific
Objections, Vizio responds that pursuant to Fed. R. Civ. P 33(d), information
responsive to this Interrogatory may be derived or ascertained from the documents
that will be produced by Vizio in response to Sony's first set of document requests.

**VIZIO'S SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11**:

In addition to and without limiting the foregoing General Objections, Vizio
objects to this Interrogatory as vague and ambiguous in that the listed "product
features" are unclear.  For example, it is unclear whether "menu displays capable of
displaying in more than one level of transparency" is intended to mean that the level
of transparency of an entire menu can be changed over time, or whether different
parts of a menu at a given moment in time have different levels of transparency.
This ambiguity, and others, apply to many other listed "product features."  Vizio
further objects to this Interrogatory to the extent it calls for the disclosure of expert
opinion prior to the date such opinions are due pursuant to the Scheduling Order to
be entered by the Court.  Vizio further objects to this Interrogatory as overly broad
and unduly burdensome in that it seeks information that is beyond the scope of this
litigation.  This Interrogatory improperly seeks "product features" relating to every
product that Vizio has ever manufactured and sold in the United States regardless of
whether Sony has ever made any allegation of infringement of those products or has
a reasonable basis for doing so.  Vizio further objects to this Interrogatory on the
ground that it is compound and counts as multiple interrogatories rather than simply

02347.51451/2980615.7

one interrogatory.   Vizio further objects to this Interrogatory to the extent it seeks information that is solely within the possession of third parties that are not under the control of Vizio.

Subject to and without waiving the foregoing General and Specific Objections, Vizio further responds as follows:   See revised Attachment A, which identifies documents with responsive information.

02347.51451/2980615.7

# ATTACHMENT A (REVISION 2)

| Item No. | Prefix | Series | Model Name | Ver-sion | Suffix | Revi-sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000_____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VIZIO | GV | 42L | | HDTV | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 42-in 16:9 LCD HDTV, 1366x768 Panel | MT8202 (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 00151-00227 SM: 08989-09095; 09707-09975 |
| 2 | VIZIO | GV | 42L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | AmTRAN Technology Co. Ltd. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) MT5112 (Demod) | UM: 00228-00306; 07489-07567 |
| 3 | VIZIO | GV | 46L | | HDTV | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 46-in 16:9 LCD HDTV, 1366x768 Panel | Genesis Cortez & Hudson (Scalars) MT5351 (MPEG II) MT5112 (Demod) | UM: 00392-00471 SM: 08192-08430 |
| 4 | VIZIO | GV | 46L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 46-in 16:9 LCD HDTV, 1366x768 Panel | Genesis Cortez & Hudson (Scalars) MT5351 (MPEG II) MT5112 (Demod) | SM: 08192-08430 |
| 5 | VIZIO | GV | 46L | | FHDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 46-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) MT5112 (Demod) | UM: 00307-00391 |
| 6 | VIZIO | GV | 47L | | FHDTV | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT8206 (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 00472-00546 SM: 08431-08637 |
| 7 | VIZIO | GV | 47L | | FHDTV | 20A | LCD | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | AmTRAN Technology Co. Ltd. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) MT5112 (Demod) | UM: 07568-07645; 27376-27453 |
| 8 | VIZIO | GV | 52L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 52-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) MT5112 (Demod) | UM: 00547-00626; 00627-00706 SM: 08638-08736 |
| 9 | VIZIO | HDX | 20L | | | 20L | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 20-in 4:3 LCD TV, 800x600 Panel | | UM: 00707-00747; 07951-07991 |
| 10 | VIZIO | JV | 50P | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | AmTRAN Technology Co. Ltd. | 50-in 16:9 HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 00748-00818 SM: 09976-10179 |
| 11 | VIZIO | L | 13 | | | | LCD | JEAN Co. Ltd. | JEAN Co. Ltd. | 13-in 4:3 LCD TV, 640x480 Panel | | |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Ver-sion | Suffix | Revi-sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | VIZIO | L | 13 | | e | | LCD | JEAN Co. Ltd. | JEAN Co. Ltd. | 13-in 4:3 LCD TV, 640x480 Panel | | UM: 00819-00847 |
| 13 | VIZIO | L | 13 | | TV | J10 | LCD | JEAN Co. Ltd. | JEAN Co. Ltd. | 13-in 4:3 LCD TV, 640x480 Panel | | |
| 14 | VIZIO | L | 15 | | | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 15-in 4:3 LCD TV, 1024x768 Panel | Zipro_t0947 (Scalar) | UM: 00848-00877 SM: 10180-10276 |
| 15 | VIZIO | L | 20 | | | | LCD | Delta Electronics, Inc. | Delta Electronics, Inc. | 20-in 4:3 LCD TV, 640x480 Panel | | UM: 00878-00914 |
| 16 | VIZIO | L | 30 | | | | LCD | Delta Electronics, Inc. | Delta Electronics, Inc. | 30-in 16:9 LCD TV 1280x768 Panel | Oplus (Scalar) | UM: 00915-00958 |
| 17 | VIZIO | L | 30 | | e | | LCD | Delta Electronics, Inc. | Delta Electronics, Inc. | 30-in 16:9 LCD TV, 1280x768 Panel | Genesis (Scalar) | UM: 00959-01005 |
| 18 | VIZIO | L | 30 | | WGU | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 30-in 15:9 LCD TV, 1280x768 Panel | pw166B (Scalar) | SM: 10277-10464 |
| 19 | VIZIO | L | 30 | | WGUe | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 30-in 15:9 LCD TV, 1280x768 Panel | | UM: 01006-01051 |
| 20 | VIZIO | L | 32 | | | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 32-in 16:9 LCD TV, 1366x768 Panel | | UM: 01052-01096 SM: 09404-09533 |
| 21 | VIZIO | L | 32 | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 32-in 16:9 LCD TV, 1366x768 Panel | MTK8205 (Scalar) MT5351 (MPEG II) MT5111 (Demod) | UM: 01097-01175; 01255-01333; 0764607724 SM: 08854-08988 |
| 22 | VIZIO | L | 32 | | HDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | |
| 23 | VIZIO | L | 42 | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 32-in 16:9 LCD TV, 1366x768 Panel | MT8202 (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 01413-01487 SM: 08989-09095; 09707-09975 |
| 24 | VIZIO | L | 6 | | | | LCD | Delta Electronics, Inc. | Delta Electronics, Inc. | 20-in 4:3 LCD TV, 640x480 Panel | | UM: 01488-01531 |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Version | Suffix | Revision | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | VIZIO | L | 37 | | HDTV | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 37-in 16:9 LCD TV, 1366x768 Panel | MT8205 (Scalar) MT5351 (MPEG II) MT5111 (Demod) | UM: 01176-01254; 01334-01412; 0772507803 SM: 10465-10787 |
| 26 | VIZIO | L | 37 | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 37-in 16:9 LCD TV, 1366x768 Panel | MT8205 (Scalar) MT5351 (MPEG II) MT5112 (Demod) | |
| 27 | VIZIO | P | 1 | | | | Plasma | Albatron Technology Co., Ltd. | Albatron Technology Co., Ltd. | 32-in 16:9 Plasma, 1024 x 1024 Panel | | |
| 28 | VIZIO | P | 4 | | | | Plasma | JEAN Co. Ltd. | JEAN Co. Ltd. | 46-in 16:9 Plasma, 852x480 Panel | PW 171-20U (Scalar) | UM: 01532-01582 |
| 29 | VIZIO | P | 42 | | | | Plasma | Delta Electronics, Inc. | Delta Electronics, Inc. | 42-in 16:9 Plasma, 852x480 Panel | Oplus (Scalar) | |
| 30 | VIZIO | P | 42 | | HD | | Plasma | Delta Electronics, Inc. | Delta Electronics, Inc. | 42-in 16:9 Plasma, 1024x768 Panel | Oplus (Scalar) | UM: 01627-01698; 01699-01769; 0780407874; 27454-27524 |
| 31 | VIZIO | P | 42 | | e | | Plasma | Delta Electronics, Inc. | Delta Electronics, Inc. | 42-in 16:9 Plasma, 852x480 Panel | Oplus (Scalar) | |
| 32 | VIZIO | P | 42 | | eA | | Plasma | Delta Electronics, Inc. | Delta Electronics, Inc. | 42-in 16:9 Plasma, 852x480 Panel | Oplus (Scalar) | |
| 33 | VIZIO | P | 42 | | Hde | | Plasma | Delta Electronics, Inc. | Delta Electronics, Inc. | 42-in 16:9 Plasma, 1024x768 Panel | Oplus (Scalar) | |
| 34 | VIZIO | P | 42 | | EDM | | Plasma | Delta Electronics, Inc. | Delta Electronics, Inc. | 42-in 16:9 Plasma, 852x480 Panel | Oplus (Scalar) | |
| 35 | VIZIO | P | 42 | | HDeA | | Plasma | Delta Electronics, Inc. | Delta Electronics, Inc. | 42-in 16:9 Plasma, 1024x768 Panel | Oplus (Scalar) | |
| 36 | VIZIO | P | 42 | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 42-in 16:9 Plasma, 1024x768 Panel | MT8202 (Scalar) MT5351 (MPEG II) MT5112 (Demod) | SM: 10788-11006 |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Ver-sion | Suffix | Revi-sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000_____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | VIZIO | P | 46 | | | | Plas ma | JEAN Co. Ltd. | JEAN Co. Ltd. | 46-in 16:9 Plasma, 852x480 Panel | PW 171-20U (Scalar) | UM: 01770-01819 |
| 38 | VIZIO | P | 50 | | HDM | | Plas ma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 50-in 16:9 Plasma, 1366x768 panel | Genesis Cortez (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 01820-01867 |
| 39 | VIZIO | P | 50 | | HDTV | 10A | Plas ma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 50-in 16:9 Plasma, 1366x768 Panel | Genesis Cortez (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 01868-01943; 01944-02019; 0799208067, 07875-07950 |
| 40 | VIZIO | P | 50 | | HDTV | 20A | Plas ma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 50-in 16:9 HDTV, 1366x768 Panel | MT5372 (Scalar, MPEG II) MT5112 (Demod | UM: 02020-02097 |
| 41 | VIZIO | RP | 56 | | e | | DLP | Delta Electronics, Inc. | Delta Electronics, Inc. | 56-in 16:9 DLP RPTV | Genesis Malibu (Scalar) | |
| 42 | VIZIO | RP | 56 | | | | DLP | Delta Electronics, Inc. | Delta Electronics, Inc. | 56-in 16:9 DLP RPTV | Genesis Malibu (Scalar) | UM: 02098-02154 |
| 43 | VIZIO | SV | 32 | 0 | XVT | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 44 | VIZIO | SV | 37 | 0 | XVT | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 45 | VIZIO | SV | 42 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 46 | VIZIO | SV | 42 | 0 | XVT | 1A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) 8280 (MEMC) | UM: 02155-02258 SM: 09096-09250 |
| 47 | VIZIO | SV | 42 | 1 | XVT | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 48 | VIZIO | SV | 47 | 0 | XVT | 1A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) 8280 (MEMC) | UM: 02259-02362 SM: 09251-09403 |
| 49 | VIZIO | SV | 47 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |

| Item No. | Prefix | Series | Model Name | Ver-sion | Suffix | Revi-sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | VIZIO | SV | 47 | 1 | XVT | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 51 | VIZIO | VA | 190 | | E | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 19-in 16:9 LCD HDTV, 1366x768 Panel | MT5380C (Scalar, MPEG II & Demod) | |
| 52 | VIZIO | VA | 190 | | E | -W | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 19-in 16:9 LCD HDTV, 1366x768 | MT5380C (Scalar, MPEG II & Demod) | |
| 53 | VIZIO | VA | 19L | | HDTV | 10T | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 19-in 16:9 LCD HDTV, 1366x768 Panel | MT5380C (Scalar, MPEG II & Demod) | UM: 02363-02414; 08068-08119; 2752527576 |
| 54 | VIZIO | VA | 22 | 0 | M | | LCD | Top Victory Investments Ltd. | Envision Peripheral Inc | 22-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 55 | VIZIO | VA | 22 | 0 | E | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 22-in 16:9 LCD HDTV, 1366x768 Panel | MT5380C (Scalar, MPEG II & Demod) | UM: 02415-02466 |
| 56 | VIZIO | VA | 22L | | FHDTV | 10T | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 22-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380C (Scalar, MPEG II & Demod) | UM: 02467-02518 |
| 57 | VIZIO | VA | 26 | 0 | E | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 26-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 58 | VIZIO | VA | 26L | | HDTV | 10T | LCD | Top Victory Investments Ltd. | Top Victory Investments Ltd. and Envision Peripherals, Inc. | 26-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 02519-02588 |
| 59 | VIZIO | VA | 32 | 0 | E | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 02589-02634 |
| 60 | VIZIO | VA | 32 | 0 | M | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 32-in 16:9 LCD HDTV, 1920x1080 Panel | AMD X243 (Scalar, MPEG II & Demod) | |
| 61 | VIZIO | VA | 42 | 0 | E | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | AMD X243 (Scalar, MPEG II & Demod) | |

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

Case No. CV 08-01135-RGK

02347.51451/2980615.7

| Item No. | Prefix | Series | Model Name | Ver-sion | Suffix | Revi-sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000_____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | VIZIO | VECO | 32 | 0 | L | 1A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 02635-02680 SM: 09404-09533 |
| 63 | VIZIO | VF | 55 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 55-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | UM: 02681-02737 |
| 64 | VIZIO | VF | 55 | 0 | XVT | 1A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 55-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) 8280 (MEMC) | UM: 02738-02838 |
| 65 | VIZIO | VF | 55 | 1 | XVT | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 55-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 66 | VIZIO | VGM | 26 | | F | 1I | LCD | InnoLux Display Corporation | InnoLux Display Corporation | 25.5-in 16:10 LCD TV, 1920x1200 Panel | AMD X243 (Scalar, MPEG II & Demod) | |
| 67 | VIZIO | VL | 26 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 26-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 68 | VIZIO | VL | 32 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 69 | VIZIO | VL | 37 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 70 | VIZIO | VL | 42 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 71 | VIZIO | VL | 47 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5392 (Scalar, MPEG II, Demod & MEMC) | |
| 72 | VIZIO | VM | 60P | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 60-in 16:9 HDTV, 1366x768 Panel | Genesis Cortez (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 02839-02913 |
| 73 | VIZIO | VMM | 26 | | F | 20I | LCD | InnoLux Display Corporation | InnoLux Display Corporation | 25.5-in 16:10 LCD Monitor, 1920x1200 | REALTEK RTD2589TD (Scalar) | |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Ver-sion | Suffix | Revi-sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | VIZIO | VO | 22L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 22-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 02914-02985 SM: 14390-14517 |
| 75 | VIZIO | VO | 22L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 22-in 16:10 HDTV, 1680x1050 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 03060-03132 SM: 14518-14663 |
| 76 | VIZIO | VO | 32 | 0 | E | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 | MT5380 (Scalar, MPEG II & Demod) | |
| 77 | VIZIO | VO | 32L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5381P (Scalar, MPEG II & Demod) | UM: 03211-03286; 07413-07488 SM: 14664-14826 |
| 78 | VIZIO | VO | 32L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) | |
| 79 | VIZIO | VO | 37 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 80 | VIZIO | VO | 37L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) | UM: 03365-03444 |
| 81 | VIZIO | VO | 37L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | MT5381P (Scalar, MPEG II & Demod) | SM: 14827-14981 |
| 82 | VIZIO | VO | 37L | | FHDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1920x1080 Panel | MT5381 (Scalar, MPEG II & Demod) | |
| 83 | VIZIO | VO | 40L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 40-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | |
| 84 | VIZIO | VO | 40L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 40-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) | |
| 85 | VIZIO | VO | 42 | 0 | E | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Ver- sion | Suffix | Revi- sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | VIZIO | VO | 42L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) | UM: 02986-03059 SM: 14982-15115 |
| 87 | VIZIO | VO | 47 | 0 | E | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 88 | VIZIO | VO | 47L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) & MT5112 (Demod) MT5382P (Scalar, MPEG II & Demod) MT5382 (Scalar, MPEG II & Demod) | UM: 03445-03520 SM: 15116-15311 |
| 89 | VIZIO | VO | 47L | | 120F | 1A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) & 8280 (MEMC) | |
| 90 | VIZIO | VO | 47L | | FHDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) | UM: 03521-03618 SM: 15312-15435 |
| 91 | VIZIO | VO | 47L | | FHDTV | 30A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) | UM: 03619-03718 |
| 92 | VIZIO | VOJ | 32 | 0 | F | 1A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) MT5382P (Scalar, MPEG II & Demod) MT5381ATR (Scalar, MPEG II & Demod) | UM: 03133-03210 SM: 15436-15554 |
| 93 | VIZIO | VOJ | 37 | 0 | F | 1A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1920x1080, Panel | MT5380 (Scalar, MPEG II & Demod) MT5381 (Scalar, MPEG II & Demod) MT5382P (Scalar, MPEG II & Demod) | UM: 03287-03364 SM: 15555-15673 |
| 94 | VIZIO | VP | 322 | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 HDTV, 1024x720 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 03719-03787 SM: 15674-15793 |
| 95 | VIZIO | VP | 42 | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 42-in 16:9 HDTV, 1366x768 Panel | MT8202 (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 03788-03860; 03861-03933; 0393404006 SM: 15794-15998 |

| Item No. | Prefix | Series | Model Name | Version | Suffix | Revision | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | VIZIO | VP | 42 | | HDTV | 20A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 42-in 16:9 HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 04007-04063 SM: 16246-16362 |
| 97 | VIZIO | VP | 422 | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 HDTV, 1024x768 Panel | MT5381 (Scalar, MPEG II & Demod) | UM: 04064-04134 SM: 15999-16124 |
| 98 | VIZIO | VP | 423 | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 HDTV, 1024x768 Panel | MT5381P (Scalar, MPEG II & Demod) | UM: 04135-04214 SM: 16125-16245 |
| 99 | VIZIO | VP | 50 | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 50-in 16:9 HDTV, 1366x768 Panel | Genesis CORTEZ (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 04636-04709; 04710-04782 SM: 16856-17037 |
| 100 | VIZIO | VP | 50 | | HDTV | 20A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 50-in 16:9 HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 04215-04291 |
| 101 | VIZIO | VP | 503 | | HDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 50-in 16:9 HDTV, 1365x768 Panel | MT5381P (Scalar, MPEG II & Demod) | UM: 04292-04371 SM: 16363-16501 |
| 102 | VIZIO | VP | 504 | | FHDTV | 10A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 50-in 16:9 HDTV, 1920x1080 Panel | MT5382P (Scalar, MPEG II & Demod) | UM: 04372-04449 SM: 16502-16645 |
| 103 | VIZIO | VP | 505 | | XVT | 1A | Plasma | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 50-in 16:9 HDTV, 1920x1080 Panel | Silicon Optix Reon (Scalar) MT5351 (MPEG II) MT5112 (Demod) | UM: 04450-04542; 04543-04635 SM: 16646-16855 |
| 104 | VIZIO | VS | 37 | 0 | E | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | Zoran 770 (Scalar) | |
| 105 | VIZIO | VS | 420L | F | 1A | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 04783-04852 |
| 106 | VIZIO | VS | 42L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) MT5112 (Demod) | UM: 04853-04913 |
| 107 | VIZIO | VT | 42 | 0 | M | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | AMD X243 (Scalar, MPEG II & Demod) | |

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Ver-sion | Suffix | Revi-sion | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | VIZIO | VT | 47 | 0 | M | | LCD | Top Victory Investments Ltd. | Envision Peripherals, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | AMD X243 (Scalar, MPEG & Demod) | |
| 109 | VIZIO | VU | 32L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) | |
| 110 | VIZIO | VU | 32L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | UM: 04914-04987 SM: 11007-11136 |
| 111 | VIZIO | VU | 37L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) | |
| 112 | VIZIO | VU | 37L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | UM: 04988-05061; 07339-07412 SM: 11137-11262 |
| 113 | VIZIO | VU | 42L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | |
| 114 | VIZIO | VU | 42L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) | UM: 05062-05141 SM: 11263-11414; 17176-17355 |
| 115 | VIZIO | VW | 19L | | HDTV | 10F | LCD | Hon Hai Precision Industry Co. Ltd. | Hon Hai Precision Industry Co. Ltd. | 19-in 16:10 HDTV, 1440x900 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 116 | VIZIO | VW | 22L | | HDTV | 10T | LCD | Top Victory Investments Ltd. | Top Victory Investments Ltd. and Envision Peripherals, Inc. | 22-in 16:10 HDTV, 1650x1080 Panel | Zoran 770 (Scalar) | UM: 27579-27622 SM: 05142-5213; 08120-08191 |
| 117 | VIZIO | VW | 26L | | HDTV | 10F | LCD | Hon Hai Precision Industry Co. Ltd. | Hon Hai Precision Industry Co. Ltd. | 26-in 16:9 LCD HDTV, 1366x768 Panel | MT5371 (Scalar & MPEG II) MT5112 (Demod) | UM: 05214-05268 |
| 118 | VIZIO | VW | 26L | | HDTV | 20F | LCD | Hon Hai Precision Industry Co. Ltd. | Hon Hai Precision Industry Co. Ltd. | 26-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 05269-05332 |
| 119 | VIZIO | VW | 32L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5371 (Scalar & MPEG II) MT5112 (Demod) | UM: 05333-05385 SM: 11415-11581 |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Version | Suffix | Revision | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | VIZIO | VW | 32L | | HDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768, Panel | MT5381 (Scalar, MPEG II & Demod) | UM: 05386-05445; 05456-05525 |
| 121 | VIZIO | VW | 32L | | HDTV | 30A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 05526-05596 |
| 122 | VIZIO | VW | 32L | | HDTV | 40A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 05597-05672 |
| 123 | VIZIO | VW | 37L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 37-in 16:9 LCD HDTV, 1366x768, Panel | MT5371 (Scalar & MPEG II) MT5112 (Demod) | UM: 05673-05725; 05726-05778 SM: 11582-11746 |
| 124 | VIZIO | VW | 37L | | HDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | UM: 05779-05848; 05849-05918 SM: 12803-13082 |
| 125 | VIZIO | VW | 37L | | HDTV | 30A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 05919-05989; 05990-06062 |
| 126 | VIZIO | VW | 37L | | HDTV | 40A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768, Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 127 | VIZIO | VW | 42L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) MT5380 (Scalar, MPEG II & Demod) | UM: 06063-06135 SM: 17038-17175 |
| 128 | VIZIO | VW | 42L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 42-in 16:9 LCD HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 06136-06192 SM: 13083-13261 |
| 129 | VIZIO | VW | 46L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 46-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) | UM: 06193-06262 SM: 13262-13410 |
| 130 | VIZIO | VW | 46L | | FHDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 46-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) MT5382 (Scalar, MPEG II & Demod) | UM: 06263-06332 |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Version | Suffix | Revision | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000_____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | VIZIO | VW | 47L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 47-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) | SM: 13411-13563 |
| 132 | VIZIO | VX | 20 | 0 | E | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 20-in 16:9 LCD HDTV, 1600x900 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 133 | VIZIO | VX | 20L | | HDTV | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. | 20-in 16:9 LCD HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 06333-06399; 06400-06466 SM: 11747-11893 |
| 134 | VIZIO | VX | 20L | | HDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 20-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 06467-06535 |
| 135 | VIZIO | VX | 24 | 0 | M | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 24-in 16:9 LCD HDTV, 1920x1080 Panel | MT5380 (Scalar, MPEG II & Demod) | |
| 136 | VIZIO | VX | 32L | | HDTV | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 06536-06602 SM: 11894-12049 |
| 137 | VIZIO | VX | 32L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5371 (Scalar & MPEG II) MT5112 (Demod) | UM: 06603-06658 SM: 13564-13744; 13745-13907; 1390814067 |
| 138 | VIZIO | VX | 32L | | HDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 32-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | UM: 06659-06729 SM: 12050-12200 |
| 139 | VIZIO | VX | 37L | | HDTV | | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) & MT5112 (Demod) MT8202 (Scalar), MT5351 (MPEG II) & MT5112 (Demod) | UM: 06858-06933 SM: 12201-12402 |
| 140 | VIZIO | VX | 37L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 06730-06786 SM: 12403-12579 |

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

| Item No. | Prefix | Series | Model Name | Version | Suffix | Revision | Type | Original Design Manufacturer | Supplier | Description | Integrated Circuit(s) | Production No. (V00000____) UM = User Manual SM = Service Manual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | VIZIO | VX | 37L | | HDTV | 20A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 37-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | UM: 06787-06857 SM: 14068-14210 |
| 142 | VIZIO | VX | 40L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 40-in 16:9 LCD HDTV, 1366x768 Panel | MT5381 (Scalar, MPEG II & Demod) | |
| 143 | VIZIO | VX | 40L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 40-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) | |
| 144 | VIZIO | VX | 42L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 42-in 16:9 LCD HDTV, 1366x768 Panel | MT5372 (Scalar & MPEG II) MT5112 (Demod) | UM: 06934-06990 SM: 14211-14389 |
| 145 | VIZIO | VX | 46L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Logistics, Inc. | 46-in 16:9 LCD HDTV, 1920x1080 Panel | MT5382 (Scalar, MPEG II & Demod) | UM: 06991-07061 |
| 146 | VIZIO | VX | 52L | | FHDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc. | 52-in 16:9 LCD HDTV, 1920x1080 Panel | MT5373 (Scalar & MPEG II) MT5112 (Demod) | UM: 07062-07140 |
| 147 | VIZIO | VXW | 20L | | HDTV | 10A | LCD | AmTRAN Technology Co. Ltd. | AmTRAN Technology Co. Ltd. and AmTRAN Logistics, Inc., Inc | 20-in 16:9 LCD HDTV, 1366x768 Panel | MT5380 (Scalar, MPEG II & Demod) | UM: 07141-07209 |

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

## A. Sony's Position Regarding Interrogatory No. 11

Interrogatory No. 11 is straightforward and requests information readily available to Vizio regarding specific features of its televisions most relevant to Sony's patents. These features are:

(a) menu displays capable of displaying in more than one color or more than one brightness;

(b) menu displays capable of displaying in more than one level of transparency;

(c) menu displays capable of displaying a submenu or subordinate menu;

(d) the capability to superimpose captions on another image or on a background;

(e) the capability to superimpose subtitles on another image or on a background;

(f) the capability to securely transfer video data between devices connected to a common bus;

(g) Dynamic Contrast;

(h) a Digital Visual Interface ("DVI") or a High Definition Multimedia Interface ("HDMI");

(i) High-bandwidth Digital Content Protection ("HDCP") functionality; and

(j) the capability of selecting a major and minor channel number.

(*Infra* at 6.)

Although Vizio is well aware that this Court in *Sony v. Westinghouse* ordered Westinghouse to respond to a nearly identical interrogatory, Vizio nevertheless refuses to answer it. Instead, Vizio refers Sony to thousands of pages of television manuals that do not contain the information required.

In an effort to avoid responding to Interrogatory No. 11, Vizio has asserted that some of the terms in the interrogatory are vague and ambiguous. Vizio, however, knows exactly what the terms mean. Moreover, even if Vizio were truly

concerned about any potential ambiguity in the features set forth in this interrogatory, such concerns do not justify Vizio's wholesale refusal to provide any responsive information. *See Brown v. Castillo*, No. CV-F-02-6018-AWI, 2006 WL 1408444, \*1-2 (E.D. Cal. May 22, 2006) ("If necessary, the responding party may provide definitions in order to clarify their answers. However, objections to interrogatories as vague and ambiguous, with no response, will rarely be upheld."); *see also Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295, 310 (D. Kan. 1996) ("Respondents should exercise reason and common sense to attribute ordinary definitions to terms and phrases utilized in interrogatories. To clarify their answers, respondents may include any necessary, reasonable definition of such terms or phrases.")

**1.** **This Court Has Already Held The Information Sought By Interrogatory No. 11 To Be Relevant and Proper Under the Federal Rules.**

In *Sony Corp. v. Westinghouse Digital Elecs., LLC*, 2:08-cv-03934-RGK-FMO (C.D. Cal.), Sony propounded an Interrogatory No. 11 that is virtually identical to the Interrogatory No. 11 at issue here. The interrogatory in *Westinghouse* stated as follows:

> Separately identify by model number the Accused Products that incorporate one or more of the following product features: menu displays capable of displaying in more than one color or more than one brightness; menu displays capable of displaying in more than one level of transparency; menu displays capable of displaying a submenu; the capability to superimpose captions on another image; and the capability to securely transfer video data between devices connected to a common bus. A proper response must parse the Accused Products in a manner that demonstrates which of the above identified product features are incorporated into each Accused Product (e.g., by providing separate lists for each product feature).

(Case No. 2:08-cv-03934-RGK-FMO (Docket No. 41 at 7-8).) After Westinghouse failed to properly respond to this interrogatory, Sony filed a motion to compel. This Court ordered Westinghouse to respond. (2/11/2009 Order, Case No. 2:08-cv-

1   03934-RGK-FMO (Docket No. 57).)   This Court stated:   "Indeed, Interrogatory
2   No. 11 is an entirely proper discovery request under the Federal Rules of Civil
3   Procedure."   (*Id*. at 4.)

4        Similarly, Sony's Interrogatory No. 11 in the present case is proper as it seeks
5   information regarding the specific features of Vizio's televisions at issue in this
6   litigation.   *See* Docket No. 86 at 1-2 ("'Relevancy is broadly construed, and a
7   request for discovery should be considered relevant if there is any possibility that
8   the information sought may be relevant to the claim or defense of any party.'"
9   (quoting *McCormick v. City of Lawrence*, 2005 WL 1606595, at *5 (D. Kan.
10  2005))).

11       When Vizio failed to respond fully to Interrogatory No. 11, Sony informed
12  Vizio of this Court's *Westinghouse* order in a letter dated April 29, 2009.
13  (Kennedy Decl. Ex. 3 at 4.)   Sony also attached a copy of this Court's order to the
14  letter.   (*Id*.)   Vizio, however, chose to ignore this Court's order, and responded in a
15  letter dated May 6, 2009 that Interrogatory No. 11 "is improperly asking Vizio to do
16  Sony's analytical work."   (Kennedy Decl. Ex. 8 at 5.)   Vizio further stated that it
17  would rely on documents with responsive information, and that "[t]he burden of
18  ascertaining this information from the documents that Vizio plans to rely on is
19  substantially the same for Sony as it is for Vizio."   (*Id*.)   Given this Court's April
20  29, 2009 order, Vizio's attempts to argue that Sony's Interrogatory No. 11 is
21  improper should be rejected.

22   **2.**   **Vizio's Attachment A and the Documents Cited Therein Do Not Provide The Information Sought By Interrogatory No. 11**
23

24       Vizio's response to Interrogatory No. 11 relies completely on Attachment A.
25  Attachment A, however, does not address any of the features specified in

Interrogatory No. 11.   Rather, Attachment A merely cites manuals for 94 of the 157[9] accused televisions.

As an initial matter, Attachment A does not identify **any** manuals for 63 of Vizio's accused televisions.   (*See supra* at 10-22)   Furthermore, Attachment A does not identify service manuals for approximately two-thirds of the Accused Products.   (*Id.*)   Vizio cannot possibly contend that it has answered Interrogatory No. 11 with respect to any of those products.

As for the remaining 94 televisions, the manuals Vizio cites do not show whether each of the ten features specified in the interrogatory are incorporated into the those televisions.   For example, the manuals for Vizio's VW22L HDTV10T television, which is currently a best-selling product, do not show whether the menu display is "capable of displaying in more than one level of transparency," as required by Interrogatory No. 11.   (Kennedy Decl. Exs. 9 at 26-34, 19 at 7-12.)   In fact, neither the screenshots nor the text in the manuals shows whether any of the menus are transparent at all, let alone whether any of the menus are capable of displaying in more than one level of transparency.

Similarly, the manuals for the VW22L HDTV10T do not show whether the television incorporates "Dynamic Contrast," which is defined by the interrogatories to mean "automatically adjusting the contrast based on the picture brightness or luminance and/or dynamically enhancing the black and white levels."   While Vizio's manuals indicate that the user can press a button to **manually** adjust the contrast of the television, (Kennedy Decl. Exs. 9 at 30, 19 at 7-8), this information alone does not show whether the television can "***automatically***" adjust the contrast level "based on the picture brightness or luminance," as specifically required by the interrogatory.

---

[9]   While Vizio's Attachment A lists 147 accused products, Sony has informed Vizio of additional products accused of infringement.

02347.51451/2980615.7

Sony has made a prima facie showing that Vizio's Rule 33(d) response is inadequate because the documents Vizio cites do not contain all of the required information. Therefore, it is Vizio's burden to establish that the user manuals provided for 94 of the 157 accused products reveal a complete answer to the interrogatory. *See* Docket No. 86 at 7 (citing 7 *Moore's Federal Practice* 33.105[1], at 33-83 (3d ed. 2009)).

### 3. Vizio and Its Engineers Are In A Far Better Position to Identify The Features of the Accused Products.

Vizio contends that "Vizio does not track the features listed in that Interrogatory [No. 11] in the ordinary course of its business." (Kennedy Decl. Ex. 10 at 1.) This argument should be rejected for two reasons. First, Vizio's assertion that it lacks the required information is contradicted by its Vizio's own statements, which show that Vizio has a very deep knowledge of how its televisions operate. In a May 20, 2009 letter to Sony, Vizio stated that one of its televisions allegedly does not infringe the '182 patent because the television "analyzes the entire frame to generate a histogram distribution that accumulates luminance data into 32 bins." (Kennedy Decl. Ex. 12 at 2.) Given Vizio's knowledge of the internal operation of the chips used in the accused products, which are manufactured by other companies, including Vizio's affiliate AmTRAN Technology Co., Ltd. it is difficult to believe that Vizio does not have information regarding the simple features listed in Interrogatory No. 11.

Even assuming for the sake of argument that Vizio does not "track" the features listed in Interrogatory No. 11, that would not relieve Vizio of the burden of answering the interrogatory. Because the interrogatory is directed at Vizio's own products, Vizio and its engineers are uniquely situated to obtain the requested information. *See Laserdynamics, Inc. v. Asus Computer Int'l*, No. 2:06-CV-348, 2009 WL 153161, at *2 (E.D. Tex. Jan. 21, 2009) ("It is implausible for the defendants to contend that the plaintiff stands on equal footing when it comes to

02347.51451/2980615.7

determining how the defendants' own products operate."). Vizio's argument that "[t]he burden of doing so is the same for Vizio as it is for Sony" (Kennedy Decl. Ex. 10 at 1) is nonsensical. Vizio and its engineers are in a far better position to provide information regarding its own products than Sony's lawyers. *See* Docket No. 86 at 7 ("'[The producing party] must justify the shifting of the perusal burden from the responding party to the requesting party. In this regard, the burden of deriving the answer must be substantially the same for the party serving the interrogatory as for the party served.'" (quoting 7 *Moore's Federal Practice* 33.105[1], at 33-83 (3d ed. 2009)).

### 4. The Features of Interrogatory No. 11 Are Not Vague and Ambiguous.

As a last-ditch effort to avoid having to answer Interrogatory No. 11, Vizio argues that some of the features and capabilities identified in the interrogatory are vague and ambiguous.[10] Vizio is wrong. The language of Interrogatory No. 11 is clear and precise. Indeed, this Court did not find the cited features to be vague or ambiguous when it upheld this interrogatory in the Westinghouse case. (2/11/2009 Order, Case No. 2:08-cv-03934-RGK-FMO (Docket No. 57).) Even if Vizio could show that some of the language were ambiguous, Vizio is required to respond to the interrogatory to the fullest extent possible. *See Brown*, 2006 WL 1408444, *1-2 ("If necessary, the responding party may provide definitions in order to clarify their answers. However, objections to interrogatories as vague and ambiguous, with no response, will rarely be upheld."); *see also Pulsecard*, 168 F.R.D. at 310 ("Respondents should exercise reason and common sense to attribute ordinary

---

[10] Vizio itself has not taken this objection seriously. During the parties' May 11, 2009 Rule 37 conference of counsel—the first conference regarding Interrogatory No. 11—Vizio did not even mention its objection based on vagueness or ambiguity. (Kennedy Decl. Ex. 5 at 29:8-36:1.) Rather, Vizio agreed to produce documents responsive to the interrogatory, which shows that Vizio found the interrogatory to be comprehensible enough to respond. (Kennedy Decl. Ex 5 at 32:3-4, 35:7, 35:15-18.)

definitions to terms and phrases utilized in interrogatories.   To clarify their answers, respondents may include any necessary, reasonable definition of such terms or phrases.")

### (a)   <u>"menu displays capable of displaying in more than one color or more than one brightness"</u>

Vizio argues that Sony's description of this feature is vague and ambiguous because the language "read literally encompasses any menu that is capable of being displayed in more than one color or brightness at different times (*i.e.*, an entire menu can be displayed in one color at one point in time and another color at another point in time), as well as menus where items change color from the other items when selected."   (Kennedy Decl. Ex. 10 at 2.)

But even if that were true, it would not render Interrogatory No. 11 unintelligible or excuse Vizio from answering.   *See Brown*, 2006 WL 1408444 at *1-2; *see also Pulsecard*, 168 F.R.D. at 310.   Vizio should simply have qualified its answer with appropriate language to identify the products that meet each of these two instances, and could have provided a narrative response explaining why it had done so.   Instead, Vizio chose to provide Sony with ***no*** responsive information.

### (b)   <u>"menu displays capable of displaying in more than one level of transparency"</u>

Vizio argues that Sony's description of this feature is vague and ambiguous because the language "read literally encompasses any menu where the level of transparency of an entire menu is capable of being changed over time (i.e., an entire menu can be displayed in one level of transparency at one point in time and another level of transparency at another point in time)."   (Kennedy Decl. Ex. 10 at 2.)

But even if that were true, it would not permit Vizio to refuse to answer Interrogatory No. 11.   Vizio should should simply respond to the interrogatory to the fullest extent possible using appropriate language to clarify how its products work with respect to this feature.   *See Brown*, 2006 WL 1408444 at *1-2; *see also Pulsecard*, 168 F.R.D. at 310.

02347.51451/2980615.7

### (c) "menu displays capable of displaying a submenu or subordinate menu"

Vizio argues that Sony's description of this feature is vague and ambiguous because the language "read literally encompasses any display device capable of displaying a 'submenu' and/or 'subordinate menu,' regardless of whether any other menus are being displayed." (Kennedy Decl. Ex. 10 at 2.) This objection completely misses the mark. The language of the interrogatory has nothing to do with what other menus might be displayed. Under the clear language of the interrogatory, any television capable of displaying a submenu (otherwise known as a subordinate menu), must be identified, regardless of what other menus are displayed.

Vizio further argues that "the terms 'submenu' and 'subordinate menu' are unclear as they are not defined terms." Vizio, however, knows full well what these terms mean, given Sony's assertion of the '373 patent, which discusses subordinate menus/submenus at length. (Kennedy Decl. Ex. 13 at Figs. 3-15, 2:18-4:25.) In fact, Vizio's own invalidity contentions regarding the '373 patent state that certain prior art patents disclose a "subordinate menu." (Kennedy Decl. Ex. 14 at 9, 13, 14, 16, and 20) Vizio should not be allowed to make specific allegations regarding a "subordinate menu" in its invalidity contentions, and then pretend that it does not know what the term means for the purposes of Sony's interrogatory.

### (d) "the capability to superimpose captions on another image or on a background"; and "the capability to superimpose subtitles on another image or on a background."

Vizio argues that "it is unclear what is meant by the terms 'captions' and 'subtitles' and how those two terms differ." (Kennedy Decl. Ex. 10 at 2.) Once again, Vizio's own invalidity contentions show that Vizio knows exactly what these simple terms mean. Vizio's invalidity contentions for Sony's '577 patent state that various prior art references disclose a "caption." (Kennedy Decl. Ex. 15 at 1-5.)

And Vizio's invalidity contentions for Sony's '542 patent allege that various prior art references "disclose[] a video subtitle decoder."  (Kennedy Decl. Ex. 16 at 1, 6.)

### (e) **"the capability to securely transfer video data between devices connected to a common bus"**

Vizio argues that "the term 'securely transfer' is unclear."  Sony disagrees. "Securely transfer" encompasses any communication of data protected by some kind of security.  If Vizio truly believes that this simple term could have different meanings, Vizio should be required to provide each definition and a corresponding list of products.  Vizio should not be permitted to say absolutely nothing in response.  *See Brown*, 2006 WL 1408444 at *1-2; *see also Pulsecard*, 168 F.R.D. at 310.

### (f) **"Dynamic Contrast"**

In the "Definitions and Instructions" section of its interrogatories, Sony defined "Dynamic Contrast" to mean "automatically adjusting the contrast based on the picture brightness or luminance and/or dynamically enhancing the black and white levels."  (Kennedy Decl. Ex. 1 at 33.)  Vizio cryptically argues that this definition "is silent as to what picture brightness or luminance it is referring to." (Kennedy Decl. Ex. 10 at 2.)

Vizio's objection implies that its televisions have more than one kind of picture brightness or luminance.  But Vizio has not even attempted to explain what kinds of picture brightness or luminance its televisions have.  If Vizio believes the interrogatory refers to more than one kind of picture brightness or luminance, Vizio should identify each kind and then identify which of its televisions correspond to each kind.[11]

---

[11]   Vizio has not argued that the remaining features recited in Interrogatory No. 11 are vague or ambiguous.  Those features include (i) "a Digital Visual Interface ('DVI') or a High Definition Multimedia Interface ('HDMI')"; (ii) "High-bandwidth Digital Content Protection ('HDCP')
  (footnote continued)

02347.51451/2980615.7

Case No. CV 08-01135-RGK

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

In view of the foregoing, Sony respectfully requests that the Court grant Sony's motion to compel Vizio to provide a complete response to Sony's Interrogatory No. 11.   In particular, Sony requests that the Court order Vizio to clearly identify which of the specified features are incorporated in each Vizio television, rather than relying on documents.

## B.   Vizio's Position Regarding Interrogatory No. 11

### 1.   Sony's Motion to Compel Vizio to Supplement its Response to Interrogatory No. 11 Should be Denied as Moot

Sony contends that "the Court order Vizio to respond to each interrogatory [interrogatory nos. 11 and 14] using a list or table format that addresses each Vizio television separately, rather than relying on Rule 33(d)."   (Jt. Stip. at § IV.A.)   The Court need not do that because Vizio has already agreed, even though it believes its earlier answer is sufficient, to provide a supplemental response to Sony's Interrogatory No. 11 by September 15, 2009, likely before this motion is resolved. Vizio's supplemental response will include a chart indicating which of the eleven (11) features are present in Vizio's accused products, to the best of Vizio's ability to do so, and, based on Vizio's understanding of the features set forth in Interrogatory No. 11.   As Vizio has repeatedly advised Sony, it does not track the features that are the subject of Interrogatory No. 11.   Vizio will have to conduct a reasonable investigation and review of its documents and televisions to obtain this information, and will provide a supplemental answer in chart form with all information within its possession, custody and/or control by September 15, 2009.[12] For this reason alone, Sony's motion should be denied as moot.

_____

functionality"; and (iii) "the capability of selecting a major and minor channel number."   (*See* Kennedy Decl. Ex. 10 at 2.)

[12] Many of the accused televisions are no longer sold by Vizio, and the information available to Vizio regarding those televisions is limited.   Since Vizio does not track the features that are called out in Sony's Interrogatory No. 11 in the ordinary course, it may not be able to determine whether each of those features is present for each and every one of the more than 150 accused
   (footnote continued)

Vizio sent Sony a letter on August 21, 2009, advising that it would provide the requested supplementation of its response to Interrogatory No. 11 by September 15, 2009. (Exh. A.) Sony rejected this offer, and instead proposed that Vizio enter a wholly unreasonable, onerous stipulation that would require Vizio to do far more than is required by the Local and Federal Rules and far exceeds the relief requested in Sony's motion to compel.

For example, with respect to Sony Interrogatory No. 11, Sony's proposed stipulation provides that "Vizio shall provide to Sony supplemental responses to Sony's Interrogatory No. 11 that contain substantive, narrative information (including narrative information in chart format for each accused product) responsive to this Interrogatory by August 28, 2009." (Exh. B.) As an initial matter, Sony's motion does not even request this relief. Rather, it requests that Vizio "promptly supplement" its response to Sony interrogatory No. 11. Vizio has agreed to do just that, committing to provide its supplementation by September 15, 2009. That was not good enough for Sony, who now takes the untenable position that it will maintain this motion unless Vizio agrees to do more than would be required if Sony's motion is granted.

Finally, Sony's proposed stipulation regarding Vizio's supplementation of its response to Interrogatory No. 11 is unreasonable in that it would require Vizio to respond to Sony's demands within one week of serving its joint stipulation, when Sony waited for more than two months to pursue this motion to compel. Sony first raised this issue in a June 12, 2009 letter. (Exh. C.) Vizio responded to this letter explaining the basis for its reliance on Rule 33(d) on June 19, 2009. (Exh. D.) The parties then held a meet and confer on June 23, 2009 to discuss this topic.

---

televisions, particularly those that are no longer sold by Vizio. To the extent Vizio can obtain the information, whether from its own documents, or those documents provided to it by AmTRAN, Vizio will provide it in a supplemental response.

Now, more than two months later, Sony is insisting on a response from Vizio by August 28, 2009 instead of September 15, 2009. Such a demand far exceeds those required by the Local and Federal Rules and go well beyond the relief requested by Sony's motion.

While Vizio is willing to provide the requested supplementation in order to avoid burdening the Court with this motion, Vizio continues to believe that its reliance on Rule 33(d) is appropriate. As Vizio has consistently explained to Sony during discussions about this interrogatory, the burden of determining the presence of the product features identified in Sony's Interrogatory No. 11 is actually less for Sony, given the fact that Vizio does not track these features in the ordinary course of its business and the vague and ambiguous nature of the product features that are the subject of Interrogatory No 11.[13] Rather than try and guess what Sony means by these terms, Vizio agreed to make its products available for inspection and identify the documents it would need to consult to obtain this information so that Sony could determine for itself whether Vizio's products have the features of interest to Sony. The burden of doing so is actually less for Sony because Sony knows exactly what it is looking for, while Vizio does not. Vizio consistently informed Sony that Sony

---

[13] Indeed, during the June 22, 2009 meet and confer to discuss Interrogatory No. 11, Sony's counsel admitted that the definition of the identified features was beyond his abilities to explain, shortly after he asserted that the determination of the definition of these features is a simple straightforward process.

Mr. Pease [Sony's Lawyer]: It ought to be a simple matter for Vizio engineers to figure out which Vizio products allow closed caption information to be transmitted.

Mr. McCrum [Vizio's Lawyer]: It requires a lot more work than that . . . you know, what you guys mean by menu displays capable of displaying in more than one color and more than one brightness, does that mean you can have a menu displayed in more than one color, you can have it red at one period in time and then you can change the color to blue a day later, is that what that means?

Mr. Pease: We think it's clear on its face what it means.

Mr. McCrum: Well, it's not clear to me, Tom. Tell me if it means that.

Mr. Pease: Well, I don't know whether it means that or not.

Mr. McCrum: Well, you can't give me -- you can't even answer me that question.

(footnote continued)

02347.51451/2980615.7

JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL

has always been in a better position to determine the presence of a Sony-defined feature in a Vizio product. (*Id.*) Accordingly, Vizio's response under Rule 33(d) was appropriate. (*Id.*)[14]

Nevertheless, in reply to Sony's threatened motion – served two months after the parties met and conferred on these issues – Vizio decided that it would provide a supplemental response, based on Vizio's understanding of the features identified in Interrogatory No. 11 in an effort to avoid burdening the Court with this Motion. Accordingly, Sony's motion with respect to Interrogatory No. 11 should be denied as moot.

## III.  DISPUTED INTERROGATORY NO. 14

On March 23, 2009, Sony served its First Set of Interrogatories, which included Interrogatory No. 14.   Vizio served objections and responses to Sony's First Set of Interrogatories on April 22, 2009.   Vizio served its First Supplemental Responses to Sony's First Set of Interrogatories on June 5, 2009.

Sony's Interrogatory No. 14, along with Vizio's original and supplemental responses, are set forth as follows.

## SONY'S INTERROGATORY NO. 14:

Separately for each Vizio Product, identify all digital television standards (e.g., standards relating to Closed Captioning such as EIA-708-B, CEA-708-B, and CEA-708-C, or standards relating to HDCP, such as "High-Bandwidth Digital Content Protection System," revision 1.3, issued by the Digital Content Protection LLC) with which that product complies or has complied (including the relevant time

---

Exh. E at 16-22.
[14] Vizio always maintained that it would make all the materials Vizio would have to look through to attempt to try and answer this interrogatory available to Sony.   Sony rejected this offer, stating that Sony did not have access to the Vizio engineer who might know the response to this
   (footnote continued)

periods) and describe the manner in which each such standard is or has been implemented.

**VIZIO'S ORIGINAL RESPONSE TO INTERROGATORY NO. 14**:

In addition to and without limiting the foregoing General Objections, Vizio objects to this Interrogatory as overly broad and unduly burdensome. This Interrogatory improperly seeks "standards" relating to every product that Vizio has ever manufactured and sold in the United States regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this Interrogatory as vague and ambiguous in that the terms "standard" and "the manner" are unclear. Vizio's response may be limited by the "standards" identified in this Interrogatory. Vizio further objects to this Interrogatory as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this Interrogatory on the ground that it is compound and counts as multiple interrogatories rather than simply one interrogatory. Vizio further objects to this Interrogatory to the extent it seeks information that is solely within the possession of third parties that are not under the control of Vizio.

Subject to and without waiving the foregoing General and Specific Objections, Vizio responds as follows:

See Attachment A. In addition, pursuant to Fed. R. Civ. P 33(d), information responsive to this Interrogatory may be derived or ascertained from the documents that will be produced by Vizio in response to Sony's first set of document requests.

---

interrogatory. This comment ignored Sony's own refusal to take the deposition of Vizio's engineer on the dates he was made available for deposition. (Exh. E at 25 and Exh. F.)

**VIZIO'S SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14**:

In addition to and without limiting the foregoing General Objections, Vizio objects to this Interrogatory as overly broad and unduly burdensome. This Interrogatory improperly seeks "standards" relating to every product that Vizio has ever manufactured and sold in the United States regardless of whether Sony has ever made any allegation of infringement of those products or has a reasonable basis for doing so. Vizio further objects to this Interrogatory as vague and ambiguous in that the terms "standard" and "the manner" are unclear. Vizio's response may be limited by the "standards" identified in this Interrogatory. Vizio further objects to this Interrogatory as premature in that Sony has not yet identified any accused products or the specific claims that Sony is asserting against each accused product. Vizio further objects to this Interrogatory on the ground that it is compound and counts as multiple interrogatories rather than simply one interrogatory. Vizio further objects to this Interrogatory to the extent it seeks information that is solely within the possession of third parties that are not under the control of Vizio.

Subject to and without waiving the foregoing General and Specific Objections, Vizio responds as follows: See revised Attachment A, which identifies documents with responsive information. By way of further response, as shown in these documents, Vizio's televisions sold or offered for sale in the United States are described and/or shown in the product literature as being operable to receive and display televisions signals to be encoded according to the following signal standards: NTSC and/or ATSC. Certain of Vizio's televisions also include, among other things, DVI or HDMI interfaces, as well as circuitry capable of receiving QAM, DTVCC, and/or HDCP signals.

### A. Sony's Position Regarding Interrogatory No. 14

Vizio has no excuse for not providing a proper response to Sony's Interrogatory No. 14. The interrogatory merely requests Vizio to identify all digital television standards with which each of its televisions comply. This information is

1  relevant because compliance with digital television standards bears on the issues of

2  Vizio's infringement of Sony's patents.  *See* Fed. R. Civ. P. 26(b)(1) ("Parties may

3  obtain discovery regarding any nonprivileged matter that is relevant to any party's

4  claim or defense.").   To assist Vizio, the interrogatory even identifies four standards

5  that are particularly relevant here—EIA-708-B, CEA-708-B, CEA-708-C, and

6  HDCP rev. 1.3.

7       **1.**     **<u>Vizio's Rule 33(d) Response Based on Attachment A and the</u>**

8                **<u>Documents Cited Therein Does Not Provide The Information</u>**
              **<u>Required by Interrogatory No. 14</u>**

9       Once again, Vizio's response refers only to Attachment A and the manuals

10  cited therein.   Neither Attachment A nor the manuals, however, contain the

11  information requested by Sony.   Indeed, ***none*** of the manuals even mention the

12  closed captioning standards specifically identified in Interrogatory No. 14—EIA-

13  708-B, CEA-708-B, and CEA-708-C.

14       Although some of Vizio's televisions have user manuals that confirm the

15  television's compliance with HDCP rev. 1.3, most of the user manuals identified in

16  Vizio's Attachment A do not even mention that standard.   (Kennedy Decl. ¶ 2.)

17  Thus, unlike Vizio, Sony has no way of telling whether these products comply with

18  HDCP rev. 1.3.   For example, the manual for Vizio's VW26L HDTV10F television

19  states that "HDCP encrypts the transmission between the video source and the

20  digital display."   (Kennedy Decl. Ex. 17 at 16.)   However, this manual does not

21  mention the HDCP rev. 1.3 standard.   (*Id.*)   Therefore, it is impossible to tell from

22  Vizio's response whether the VW26L HDTV10F television complies with HDCP

23  rev. 1.3.   Obviously, Vizio's response does not provide the requested information

24  "for ***each*** Vizio Product," as required by Interrogatory No. 14.

25       Vizio's response is also deficient because it does not provide ***any*** information

26  regarding "the relevant time periods" during which the product complied with each

27  standard, as specifically required by the interrogatory.   Nor does Vizio's response

28  "describe the manner in which each such standard is or has been implemented," as

further specifically required by the interrogatory. Given Sony's prima facie showing that Vizio's attempt to cite documents in response to Sony's interrogatory is inadequate, Vizio bears the burden of showing that a "review of the documents will actually reveal answers to the interrogatories." Docket No. 86 at 7 (quoting 7 *Moore's Federal Practice* 33.105[1], at 33-83 (3d ed. 2009)).

**2. Vizio Has Responsive Information or Can Readily Obtain Responsive Information**

Vizio asserts that "[w]ith regard to the specific versions of these standards and whether Vizio's products comply with any, some or all of the multitude of specific portions of these various versions of the standards, that information is not within the knowledge of Vizio." (Kennedy Decl. Ex. 10 at 3.) Vizio's assertion that it does not know what standards its televisions comply with is hard to fathom, particularly since compliance with the EIA-708-B closed captioning standard is required by law. Pursuant to 47 C.F.R. § 15.122(b), "[d]igital television receivers and tuners must be capable of decoding closed captioning information that is delivered pursuant to EIA-708-B: 'Digital Television (DTV) Closed Captioning.'" It is inconceivable that Vizio does not know whether its televisions comply with this regulation.

Vizio has taken the position that the information responsive to Interrogatory No. 14 resides with the manufacturers of the microprocessors in its televisions. Vizio believes that Sony should have to subpoena those third party manufacturers in order to get a response to this interrogatory. (Kennedy Decl. Ex. 20 at 11:18-20 ("So you're barking up the wrong tree. You need to go to Media Tech.").) However, as discussed at length in Sony's Motion to Compel a Further Response to Sony's Request for Production Nos. 17-23, 24, and 68, filed herewith, these documents also reside with Vizio's overseas parent, AmTRAN, which manufactures Vizio's televisions. Vizio has improperly refused to produce these documents, which contain not only information regarding the microprocessors, but also

information regarding the televisions' compliance with digital television standards. For example, Vizio has produced a document showing that AmTRAN has certificates of compliance for HDMI—a technology that enables HDCP. (Kennedy Decl. Ex. 18.) For the reasons stated in Sony's co-pending motion to compel, Vizio has access to those kinds of documents, and should be required to provide Sony with all responsive information contained in those documents. *See Hitachi, Ltd. v. AmTRAN Technology Co. Ltd.*, No. C-05-2301-CRB, 2006 WL 2038248, at \*3 (N.D. Cal. July 18, 2006) (ordering plaintiff to respond to interrogatory using information in third party's possession because plaintiff "has the ability to request the information sought.")

**B.    Vizio's Position Regarding Interrogatory No. 14**

**1.    Sony's Motion to Compel Vizio to Supplement its Response to Interrogatory No. 14 Should be Denied as Moot**

Sony's motion asks that "the Court order Vizio to [promptly] respond to each interrogatory [interrogatory nos. 11 and 14] using a list or table format that addresses each Vizio television separately, rather than relying on Rule 33(d)." (Jt. Stip. at § IV.A.) The Court need not do that because Vizio has already agreed to provide a supplemental response to Sony's Interrogatory No. 14. Interrogatory No. 14 seeks the identify of the standards that Vizio's televisions comply with, and how the televisions comply with any such standards. As Vizio has advised Sony, Vizio relies upon its suppliers to provide products that comply with television standards, and Vizio will respond to this interrogatory to the extent Vizio is able to obtain the information needed to do so from its main supplier, AmTRAN. Vizio has agreed to seek information responsive to Interrogatory No. 14 from AmTRAN and further search its own records for responsive information, and will provide a supplemental response with any information it has been able to obtain by September 15, 2009.

02347.51451/2980615.7

1    Vizio sent Sony a letter on August 21, 2009, advising Sony that it would

2 provide the requested supplementation, after it has obtained any responsive

3 information from AmTRAN.   (Exh. A.)   Sony rejected that offer, and instead

4 proposed that Vizio enter a wholly unreasonable, onerous stipulation that would

5 require Vizio to do far more than is required by the Local and Federal Rules and far

6 exceeds the relief requested in Sony's motion to compel.

7    Similar to the discussion above regarding Interrogatory No. 11, Sony's

8 proposed stipulation provides that "Vizio shall provide to Sony supplemental

9 responses to Sony's Interrogatory No. 14 that contain substantive, narrative

10 information (including narrative information in chart format for each accused

11 product) responsive to this Interrogatory by August 28, 2009."   (Exh. B.)   Sony

12 does not even seek such relief in this motion.   Instead, Sony has requested that

13 Vizio "promptly supplement" its response to Sony interrogatory No. 14.   Vizio has

14 agreed to do just that, committing to taking steps to try to obtain this information

15 from AmTRAN and further search its own records, and provide a supplemental

16 response with any information it is able to obtain by September 15, 2009.

17    In view of the foregoing, Sony's motion with respect to Interrogatory No. 14

18 should be denied as moot.

19

20 **IV.    CONCLUSION**

21    **A.    Sony's Conclusion**

22    For the foregoing reasons, Sony respectfully requests that the Court compel

23 Vizio to promptly supplement its answer to Sony's Interrogatory Nos. 11 and 14.

24 In particular, Sony requests that the Court order Vizio to respond to each

25 interrogatory using a list or table format that addresses each Vizio television

26 separately, rather than relying on Rule 33(d).

27

28

## B. <u>Vizio's Conclusion</u>

Sony's refusal to withdraw its motion to compel has resulted in a complete waste of this Court's and the parties' time and resources. Vizio has agreed to provide all of the discovery sought by Sony's motion to compel. Vizio's commitments include: (1) providing a supplemental response to Sony's Interrogatory No. 11, based on Vizio's interpretation of the features in the interrogatory by September 15, 2009 and (2) contacting AmTRAN in an effort to obtain information responsive to Sony's Interrogatory No. 14, and further searching its own files, and supplementing Vizio's answer with any such information by September 15, 2009.

For these reasons, and the reasons set forth above, Vizio asks this Court to deny Sony's motion to compel as moot.

DATED:   August 26, 2009    Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ _____
    Kevin P.B. Johnson
    Attorneys for Sony Corporation

DATED:   August 26, 2009    Respectfully submitted,

JONES DAY


By /s/ _____
    James L. Wamsley, III
    Attorneys for Vizio, Inc.