Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIZIO, INC.,<br><br>　　　　Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF TODD KENNEDY IN SUPPORT OF JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL A FURTHER RESPONSE TO SONY INTERROGATORY NOS. 11 AND 14.**<br><br>**Magistrate Judge:** Hon. Fernando M. Olguin<br><br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:**　　　　　　　　January 26, 2010 |

02347.51451/3039291.1

CASE NO. CV 08-01135 - RGK (FMOx)
DECLARATION OF TODD KENNEDY IN SUPPORT OF
JOINT STIPULATION REGARDING SONY'S MOTION TO COMPEL

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Sony Corporation ("Sony"). I submit this declaration in support of Sony and Vizio's Joint Stipulation Regarding Sony Corporation's Motion to Compel a Further Response to Sony's Interrogatory Nos. 11 and 14. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Although some of Vizio's televisions have user manuals that confirm the television's compliance with HDCP rev. 1.3, most of the user manuals identified in Vizio's Attachment A do not even mention the HDCP rev. 1.3 standard.

3. Although some manuals contain pictures of transparent menus, many of the manuals do not contain any such pictures.

4. Attached as Exhibit 1 is a true and correct copy of Sony's First Set of Interrogatories to Vizio, dated March 23, 2009.

5. Attached as Exhibit 2 is a true and correct copy of the April 6, 2009 Order for Jury Trial (Docket No. 48).

6. Attached as Exhibit 3 is a true and correct copy of a letter from Todd Kennedy to James L. Wamsley III, dated April 29, 2009.

7. Attached as Exhibit 4 is a true and correct copy of a letter from Peter A. Klivans to Ryan McCrum, dated May 7, 2009.

8. Attached as Exhibit 5 is a true and correct copy of the transcript of the parties' May 11, 2009 conference of counsel.

9. Attached as Exhibit 6 is a true and correct copy of the transcript of the parties' June 22, 2009 conference of counsel.

10. Attached as Exhibit 7 is a true and correct copy of a document produced in this case bearing production numbers SONY0005632-721.

11. Attached as Exhibit 8 is a true and correct copy of a letter from Ryan B. McCrum to Todd Kennedy, dated May 6, 2009.

12. Attached as Exhibit 9 is a true and correct copy of a document produced in this case bearing production numbers V0000027579-622.

13. Attached as Exhibit 10 is a true and correct copy of a letter from Ryan B. McCrum to Todd Kennedy, dated June 19, 2009.

14. Attached as Exhibit 11 is a true and correct copy of a letter from Todd Kennedy to Ryan McCrum, dated June 12, 2009.

15. Attached as Exhibit 12 is a true and correct copy of a letter from Ryan McCrum to Todd Kennedy, dated May 20, 2009.

16. Attached as Exhibit 13 is a true and correct copy of U.S. Patent No. 5,751,373.

17. Attached as Exhibit 14 is a true and correct copy of an exhibit to Vizio's July 2, 2009 First Supplemental Response to Sony's Second Set of Interrogatories, entitled "Invalidity Claim Chart for U.S. Patent No. 5,751,373."

18. Attached as Exhibit 15 is a true and correct copy of an exhibit to Vizio's July 2, 2009 First Supplemental Response to Sony's Second Set of Interrogatories, entitled "Invalidity Claim Chart for U.S. Patent No. 5,583,577."

19. Attached as Exhibit 16 is a true and correct copy of an exhibit to Vizio's July 2, 2009 First Supplemental Response to Sony's Second Set of Interrogatories, entitled "Invalidity Claim Chart for U.S. Patent No. 5,684,542."

20. Attached as Exhibit 17 is a true and correct copy of a document produced in this case bearing production numbers V0000005214-68.

21. Attached as Exhibit 18 is a true and correct copy of a document produced in this case bearing production numbers V0000080972-73.

22. Attached as Exhibit 19 is a true and correct copy of a document produced in this case bearing production numbers V0000005142-5213.

23. Attached as Exhibit 20 is a true and correct copy of the rough draft of the transcript of the parties' July 17, 2009 conference of counsel.

02347.51451/3039291.1

-2-

CASE NO. CV 08-01135 - RGK (FMOx)
DECLARATION OF TODD KENNEDY IN SUPPORT OF
JOINT STIPULATION REGARDING SONY'S MOTION TO COMPEL

DATED: August 7, 2009    QUINN EMANUEL URQUHART OLIVER &
                         HEDGES. LLP

                         By_____
                            Todd Kennedy
                            Attorney for Plaintiff SONY
                            CORPORATION