1  Kevin P.B. Johnson (Bar No. 177129)
   QUINN EMANUEL URQUHART
2  OLIVER & HEDGES, LLP
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100

5  Steven M. Anderson (Bar No. 144014)
   QUINN EMANUEL URQUHART
6  OLIVER & HEDGES, LLP
   865 S. Figueroa St. 10th Floor
7  Los Angeles, California 90017
   Telephone: (213) 443-3000
8  Facsimile: (213) 443-3100

9  Attorneys for Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>VIZIO, INC.,<br><br>  Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING SONY'S MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S INTERROGATORY NOS. 11 AND 14**<br><br>**Magistrate Judge: Hon. Fernando M. Olguin**<br><br>**Hearing:** 10:00 a.m. on September 16, 2009, at 312 N. Spring St., 9th Floor, Courtroom F<br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

## [PROPOSED] ORDER

The Court, having reviewed and considered all of the briefing filed with respect to the parties' Joint Stipulation Regarding Sony Corporation's Motion to Compel a Further Response to Sony's Interrogatory Nos. 11 and 14, and good cause appearing therefore, HEREBY ORDERS THAT:

Defendant Vizio Inc. shall provide supplemental responses to Plaintiff Sony Corporation's Interrogatory Nos. 11 and 14. Vizio shall respond to these Interrogatories using a narrative format (such as a list or table format) that addresses each accused product. Vizio shall not rely on Federal Rule of Civil Procedure 33(d) in its response.

DATED: _____, ____  _____
Hon. Fernando M. Olguin
United States Magistrate Judge