Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**SONY CORPORATION'S APPLICATION TO FILE UNDER SEAL (1) THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL A FURTHER RESPONSE TO SONY'S REQUEST FOR PRODUCTION NOS. 17-23, 24, 26, AND 82 AND (2) DECLARATION OF PETER A. KLIVANS AND EXHIBITS**<br><br>**Magistrate Judge:** Hon. Fernando M. Olguin<br><br>**Hearing:** 10:00 a.m. on September 16, 2009, at 312 N. Spring St., 9th Floor, Courtroom F<br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

Pursuant to Local Rule 79-5.1, plaintiff Sony Corporation hereby respectfully requests that the Court order filed under seal the following documents:

(1) Joint Stipulation Regarding Sony Corporation's Motion to Compel a Further Response to Sony's Request for Production Nos. 17-23, 24, 68 and 82; and

(2) Declaration of Peter A. Klivans and Exhibits in Support of Sony Corporation's Motion to Compel a Further Response to Sony's Request for Production Nos. 17-23, 24, 68 and 82.

This request is made on the basis that the documents enumerated above include a discussion of information and documents governed by the protective order entered in this action. Accordingly, Sony Corporation respectfully requests that these documents be filed under seal. A public redacted version of the Declaration of Peter A. Klivans will be electronically filed today.

DATED: August 26, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ /FOR
Kevin P.B. Johnson
Attorneys for Sony Corporation