# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-01135 RGK (FMOx) | Date | August 31, 2009 |
|---|---|---|---|
| Title | *Sony Corp. v. Vizio, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re Defendant Vizio's Motion to Limit Claims (DE 87)

    The Court has reviewed and considered Defendant Vizio's ("Defendant") Motion to Limit Claims. Defendant requests that the Court limit the number of asserted claims to 30 from the 108 asserted originally. In Plaintiff Sony's ("Plaintiff") Opposition to Motion to Limit Claims, Plaintiff agrees to reduce the number of asserted claims to 60 immediately and to limit the claims to 50 and possibly more by September 14, 2009 depending on what further discovery may reveal. Since the parties at least agree to reduce the total number of asserted claims to 60, the Court limits the total number of asserted claims to 60 as of the date of this order. The Court further accepts Plaintiff's proposal and orders Plaintiff to reduce the number of asserted claims to 50 by September 14, 2009. Parties are free to present argument and evidence as to why the number of claims should or should not be limited to less than 50 after September 14, 2009. Finally, the Court may, on its own motion and in its discretion to manage the case, further limit the number of claims the parties may assert at the summary judgment stage.

    **IT IS SO ORDERED.**

| | : | n/a |
|---|---|---|
| **Initials of Preparer** | yrl | |