# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 08-1135 RGK (FMOx) | Date | August 31, 2009 |
|---|---|---|---|
| Title | SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | **Fernando M. Olguin, United States Magistrate Judge** | |
|---|---|---|
| Marlene Ramirez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: | |
| None Present | None Present | |

**Proceedings:** (IN CHAMBERS) RE: VACATING HEARING ON VIZIO'S MOTION TO COMPEL

    IT IS ORDERED THAT the hearing set for September 2, 2009, at 10:00 a.m. with respect to defendant Vizio, Inc.'s Motion to Compel Expert Reports and Depositions, and to Compel Depositions of Sony Witnesses in the United States is hereby **vacated**. Plaintiff Sony's Request for Oral Argument on the Motion **(Document No. 96)** is **denied**. The court's decision on the Motion will follow.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | mr |