Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | CASE NO. CV 08-03934-RGK (FMOx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF HEATHER BELVILLE IN SUPPORT OF JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL VIZIO'S PRIVILEGE LOG**<br><br>**Magistrate Judge:** Hon. Fernando M. Olguin<br><br>**Hearing:** 10:00 a.m., October 28, 2009, at 312 N. Spring St., 9th Floor, Courtroom F<br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

02347.51451/3126111.1

CASE NO. CV 08-01135 - RGK (FMOx)
DECLARATION OF HEATHER BELVILLE IN SUPPORT OF
JOINT STIPULATION RE SONY'S MOTION TO COMPEL

1.     I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Sony Corporation ("Sony"). I submit this declaration in support of Sony and Vizio's JOINT STIPULATION REGARDING SONY CORPORATION'S MOTION TO COMPEL VIZIO'S PRIVILEGE LOG. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of this Court's Order establishing the initial case schedule.

3.     Attached hereto as Exhibit B is a true and correct copy of Sony's First Set of Requests for Production to Vizio, served on March 23, 2009.

4.     Attached hereto as Exhibit C is a true and correct copy of Vizio's Responses to Sony's First Set of Requests for Production, served on April 22, 2009.

5.     Attached hereto as Exhibit D is a true and correct copy of Vizio's privilege log, served on September 8, 2009.

6.     Attached hereto as Exhibit E is a true and correct copy of a July 13, 2009 letter from Peter Klivans to Steven Corr.

7.     Attached hereto as Exhibit F is a true and correct copy of a July 17, 2009 letter from Ryan McCrum to Peter Klivans.

8.     Attached hereto as Exhibit G is a true and correct copy of an August 14, 2009 letter from Peter Klivans to Ryan McCrum.

9.     Attached hereto as Exhibit H is a true and correct copy of an August 21, 2009 letter from Steven Corr to Peter Klivans.

10.    Attached hereto as Exhibit I is a true and correct copy of a September 23, 2009 letter from Peter Klivans to Steven Corr.

11.    Attached hereto as Exhibit J is a true and correct copy of a May 11, 2009 transcript of a meet and confer between the parties.

12.    Attached hereto as Exhibit K is a true and correct copy of a July 23, 2009 transcript of a meet and confer between the parties.

13. Attached hereto as Exhibit L is a true and correct copy of Model Form 11:A in The Rutter Group Practice Guide, *Federal Practice Procedure Before Trial.*

14. Attached hereto as Exhibit M is a true and correct copy of a July 29, 2009 letter from Ryan McCrum to Peter Klivans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: October 7, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By (with Permission) Heather Belville (PAK)
Heather Belville
Attorneys for Plaintiff SONY CORPORATION