# EXHIBIT E

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111 | TEL: (415) 875-6600  FAX: (415) 875-6700

July 13, 2009

<u>**VIA E-MAIL**</u>

Steven Corr
Jones Day
555 South Flower St., 50F
Los Angeles, CA 90071

Re:   <u>Sony Corporation v. Vizio, Inc., CV-08-01135 (C.D. Cal.)</u>

Dear Steve:

I write regarding Vizio's production of documents.

Based on our review of Vizio's latest production, Vizio has still not produced any documents reflecting communications with third parties, such as AmTRAN, relating to this lawsuit or the patents-in-suit.

These documents are called for by several Sony requests including Request for Production No. 83, which requests "All Documents that relate to any Communications with any third parties regarding the Vizio Products, the patents-in-suit, or this action, including but not limited to Communications with AmTRAN or Westinghouse Digital Electronics, LLC."  See also Request for Production Nos. 3, 27, 42, 56, 67, and 82.

In its response to Request for Production No. 83 two and a half months ago, Vizio agreed to produce such documents after entry of a suitable protective order and after Vizio obtained any necessary consents of any third parties.  Given that the Court entered the Protective Order a month ago, Vizio has had sufficient time to obtain any such consents and it should be no problem for Vizio to produce these documents by July 20, 2009.

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA  90017 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY  10010 | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA  94065 | TEL (650) 801-5000  FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku,  107-0052 | TEL +81 3 5561-1711  FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100

Although Sony cannot discern any basis for Vizio to withhold such documents on grounds of any privilege, in the event Vizio is withholding such documents on grounds of privilege, please provide a privilege log at the time of Vizio's production on or before July 20, 2009. If you are unable to confirm by July 15, 2009 that you will produce the documents, and a privilege log if any documents are withheld, by such date, Sony requests a meet and confer with Vizio pursuant to L.R. 37.

Very truly yours,

/s/

Peter Klivans

02347.51451/3006635.2