# EXHIBIT G

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111 | TEL: (415) 875-6600  FAX: (415) 875-6700

August 14, 2009

<u>VIA E-MAIL</u>

Ryan McCrum, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Re:     <u>Sony Corporation v. Vizio, Inc.</u>

Dear Ryan:

I write regarding Vizio's failure to provide a privilege log to Sony.  As you are undoubtedly aware, Fed. R. Civ. P. 26(b)(5) requires Vizio to provide such a log to Sony.  You yourself stated in your letter of July 17, 2009 that "Vizio is currently preparing a privilege log, which will be served as soon as it is complete."  You confirmed this in the parties' meet and confer on July 23, 2009.  Nevertheless, Vizio has yet to provide a privilege log.

Vizio is obligated to produce a privilege log for all documents it is withholding, with the exception of post-complaint communications between counsel and Vizio regarding this lawsuit.  In particular, Sony expects that at a minimum, Vizio's privilege log will contain withheld documents that are otherwise responsive to the following requests:

**REQUEST FOR PRODUCTION NO. 2:**

All Documents that concern any of the patents-in-suit, including Documents concerning the file histories thereto.

**REQUEST FOR PRODUCTION NO. 3:**

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA  90017 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY  10010 | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA  94065 | TEL (650) 801-5000  FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku,  107-0052 | TEL +81 3 5561-1711  FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100

All Documents concerning any discussion with third parties regarding Sony patents.

**REQUEST FOR PRODUCTION NO. 12:**

All Documents concerning any Vizio licensing policies.

**REQUEST FOR PRODUCTION NO. 14:**

All Documents concerning any patent license granted to, or obtained by, Vizio that covers in whole or in part any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 15:**

All Documents concerning any document management systems or processes for handling documents relating to any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 27:**

All Documents that relate to whether Vizio infringes the patents-in-suit, including, without limitation, all Documents that relate to any investigation or analysis thereof.

**REQUEST FOR PRODUCTION NO. 28:**

All Documents that relate to Vizio's contention that the patents-in-suit are invalid, including, without limitation, all Documents that relate to any investigation or analysis thereof.

**REQUEST FOR PRODUCTION NO. 29:**

All Documents that relate to any prior art search concerning the patents-in-suit, including search requests, reports, analyses, and references located.

**REQUEST FOR PRODUCTION NO. 32:**

All Documents that relate to devices, products, systems, apparatuses, or other instrumentalities that Vizio contends are prior art to one or more of the patents-in-suit.

**REQUEST FOR PRODUCTION NO. 34:**

All Documents that Vizio relies on or intends to rely on for any of its affirmative defenses.

**REQUEST FOR PRODUCTION NO. 41:**

All Documents that relate to when and how Vizio first became aware of each of the patents-in-suit.

**REQUEST FOR PRODUCTION NO. 42:**

All Documents reflecting Communications concerning the patents-in-suit or other Sony patents.

**REQUEST FOR PRODUCTION NO. 43:**

All Documents that relate to or evidence any Licenses, or the negotiation thereof, relating to the Vizio Products.

**REQUEST FOR PRODUCTION NO. 44:**

All Documents that relate to or evidence any Licenses, or the negotiation thereof, relating to the technology claimed or disclosed by the patents-in-suit.

**REQUEST FOR PRODUCTION NO. 46:**

All Documents reflecting or created in the course of any patent licensing negotiations in which Vizio has been involved.

**REQUEST FOR PRODUCTION NO. 47:**

All Documents that are material to the calculation of the reasonable royalty rate that Vizio contends Vizio and Sony would have agreed upon in a hypothetical negotiation.

**REQUEST FOR PRODUCTION NO. 49:**

All Documents that relate to any agreement under which Vizio pays royalties on sales of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 51:**

All Documents that reflect any licenses or agreements between AmTRAN and Vizio.

**REQUEST FOR PRODUCTION NO. 52:**

All Documents reflecting AmTRAN's ownership in Vizio.

**REQUEST FOR PRODUCTION NO. 53:**

All Documents that relate to any agreement under which any third party receives, or is entitled to receive, any proceeds from the sale of any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 55:**

All Documents that relate to (1) any written or oral opinions received or solicited by Vizio that relate to the validity, enforceability, infringement, or scope of any claims of the patents-in-suit and (2) the preparation of any such opinions, including, but not limited to, drafts, notes, and any Documents relied on in the preparation of any such opinions.

**REQUEST FOR PRODUCTION NO. 56:**

All opinions of counsel relating to any of the patents-in-suit.

**REQUEST FOR PRODUCTION NO. 57:**

All Documents concerning any of Vizio's policies, practices, or guidelines regarding the patent rights of others, including the analysis of patents to ensure you do not infringe such patents.

**REQUEST FOR PRODUCTION NO. 58:**

All Documents concerning any test, study, experimentation, or investigation conducted to determine whether any product manufactured or sold by Vizio infringes any of the patents-in-suit or uses any Sony technology.

**REQUEST FOR PRODUCTION NO. 59:**

All Documents relating to any test, study, experimentation, or investigation conducted by or on behalf of Vizio in an effort to design around any of the patents-in-suit.

**REQUEST FOR PRODUCTION NO. 63:**

All Documents that relate to Vizio's document destruction and/or document retention policies.

**REQUEST FOR PRODUCTION NO. 67:**

All Documents that relate to this action, including, but not limited to, press releases, submissions to government agencies, and Communications with third parties.

**REQUEST FOR PRODUCTION NO. 82:**

All Documents that relate to any joint defense agreement in this action or in any related litigation.

**REQUEST FOR PRODUCTION NO. 83:**

All Documents that relate to any Communications with any third parties regarding the Vizio Products, the patents-in-suit, or this action, including but not limited to Communications with AmTRAN or Westinghouse Digital Electronics, LLC.

**REQUEST FOR PRODUCTION NO. 85:**

All Documents that relate to intellectual property agreements or other arrangements that relate to intellectual property considered or entered into by Vizio for the purpose of designing, developing, manufacturing, selling or distributing any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 91:**

All Documents that relate to any plans, proposals, or decisions to improve, downgrade, or otherwise change any features or functionality of any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 98:**

All Documents that Vizio relies on or intends to rely on for any of its Affirmative Defenses.

**REQUEST FOR PRODUCTION NO. 102:**

All Documents and Communications relating to any license relating to any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 103:**

All settlement agreements relating to any of the Vizio Products, including but not limited to, settlement agreements relating to the technologies claimed or disclosed by the patents-in-suit.

**REQUEST FOR PRODUCTION NO. 104:**

All Documents and Communications relating to any settlement agreement relating to any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 105:**

All Documents and Communications relating to any patent infringement claim or action, whether or not such claim or action has been filed before a court of law, that concerns any of the Vizio Products.

**REQUEST FOR PRODUCTION NO. 124:**

Documents sufficient to show the ownership structure of Vizio, including the names and addresses of any owners of or investors in Vizio.

**REQUEST FOR PRODUCTION NO. 135:**

All Documents produced or made available to Vizio by any non-party or third-party pursuant to any subpoena in this action.

**REQUEST FOR PRODUCTION NO. 136:**

All documents that mention or refer to the statements described in Paragraph 121 of the Complaint in Vizio, Inc. v. Sony Corp. et al., 2:08-cv-05029-FSH-PS (D.N.J.) that You challenge ("the Challenged Statements").

**REQUEST FOR PRODUCTION NO. 149:**

All documents relating to ANY request for indemnification regarding any aspect of this lawsuit.

**REQUEST FOR PRODUCTION NO. 150:**

All documents relating to ANY indemnification request or agreement regarding ANY accused product.

This list is not exhaustive but only meant to highlight some of the document categories for which Vizio has failed to provide a privilege log.

As you are aware, Sony produced a comprehensive privilege log for its production to date on June 24, 2009, and Sony will continue to provide supplemental privilege logs to Vizio on a rolling basis. To the extent Vizio is engaging in delay tactics with its privilege log even while it has had Sony's for over six weeks is improper and potentially prejudicial to Sony.

Given that it has been four weeks since you last stated that Vizio was drafting a privilege log, please provide Vizio's log by Wednesday, August 19, 2009. If Vizio is unwilling to provide a log by that date, Sony requests a meet and confer with Vizio pursuant to Local Rule 37.

Very truly yours,

/s/

Peter Klivans

02347.51451/3053949.1