1  Kevin P.B. Johnson (Bar No. 177129)
   QUINN EMANUEL URQUHART
2  OLIVER & HEDGES, LLP
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100

5  Steven M. Anderson (Bar No. 144014)
   QUINN EMANUEL URQUHART
6  OLIVER & HEDGES, LLP
   865 S. Figueroa St. 10th Floor
7  Los Angeles, California 90017
   Telephone: (213) 443-3000
8  Facsimile: (213) 443-3100

9  Attorneys for Sony Corporation

10

11                    UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13  SONY CORPORATION,              | CASE NO. CV 08-01135-RGK (FMOx)
14          Plaintiff,              | **DISCOVERY MATTER**
15     v.                           | **NOTICE OF WITHDRAWAL OF**
16  VIZIO, INC.,                    | **MOTION**
17          Defendant.              | Magistrate Judge: Hon. Fernando M. Olguin
18
19                                  | **Discovery Cut-Off Date:** November 1, 2009
                                    | **Pretrial Conference Date:** January 10, 2010
20                                  | **Trial Date:**              January 26, 2010

21

22

23

24

25

26

27

28

02347.51451/3144680.1

- 1 -                                                    Case No. CV 08-01135-RGK

SONY CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Sony Corporation filed its Notice of Motion and Motion to Compel a Further Response to Sony's Interrogatory Nos. 11 and 14 ("Motion") and supporting papers on August 26, 2009.  (Docket No. 103.)  Defendant Vizio, Inc. has since served supplemental responses to Interrogatory Nos. 11 and 14.  In light of Vizio's supplemental responses, Sony believes it can work with Vizio to resolve any remaining disputes and, accordingly, would submit that the Motion is now moot. Therefore, Sony withdraws its Motion.

DATED:  October 8, 2009         Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/
   Kevin P.B. Johnson
   Attorneys for Sony Corporation