1  Kevin G. McBride (Ca. Bar No. 195866)
   kgmcbride@jonesday.com
2  Steven J. Corr (Ca. Bar No. 216243)
   sjcorr@jonesday.com
3  JONES DAY
   555 S. Flower Street, 50th Floor
4  Los Angeles, CA  90071
   Telephone:   (213) 489-3939
5  Facsimile:    (213) 243-2539

6  James L. Wamsley III
   (*admitted pro hac vice*)
7  jlwamsleyiii@jonesday.com
   JONES DAY
8  901 Lakeside Avenue
   Cleveland, Ohio  44114
9  Telephone:   (216) 586-3939
   Facsimile:    (216) 579-0212

10
   Attorneys for Vizio, Inc.
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>VIZIO, INC.,<br><br>          Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br>**VIZIO, INC.'S NOTICE OF MOTION AND MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS**<br><br>**JUDGE:  HON. R. GARY KLAUSNER**<br><br>**HEARING:** 9:00 A.M. ON NOVEMBER 2, 2009 |

LAI-3044705v1

- 1 -

**Vizio's Ntc of Mtn & Mtn to Amend the Sched.
Order w/ Regard to Expert Reports and Depo's
Case No. CV-08-01135-RGK (FMOx)**

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 9:00 A.M. on November 2, 2009, in the above referenced Court, Defendant and Counterclaimant VIZIO, Inc. (hereafter "VIZIO"), will and hereby does move the Court for an order GRANTING VIZIO's Motion to Amend the Scheduling Order with Regard to Expert Reports and Depositions.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in Support of Vizio's Motion to Amend the Scheduling Order with Regard to Expert Reports and Depositions; and the Declaration of Steven J. Corr and exhibits attached thereto.

Dated: October 12, 2009

Respectfully submitted,

JONES DAY

By: /s/ Steven J. Corr
    Steven J. Corr

Attorneys for Defendant VIZIO, INC.

LAI-3044705v1

- 2 -

Vizio's Ntc of Mtn & Mtn to Amend the Sched.
Order w/ Regard to Expert Reports and Depo's
Case No. CV-08-01135-RGK (FMOx)

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, CA 92612. On October 12, 2009, I served a copy of the within document(s):

- **VIZIO, INC.'S NOTICE OF MOTION AND MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF VIZIO'S MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS**

- **DECLARATION OF STEVEN J. CORR IN SUPPORT OF VIZIO'S MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS**

- **[PROPOSED] ORDER**

by transmitting via e-mail or electronic transmission the document(s) listed above to the e-mail address set forth below, pursuant to the agreement between the parties.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

sony-vizio@quinnemanuel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 12, 2009, at Irvine, California.

*Maria Castellanos*
Maria Castellanos

LAI-3044705v1

1

Vizio's Ntc of Mtn & Mtn to Amend the Sched. Order w/ Regard to Expert Reports and Depo's
Case No. CV-08-01135-RGK (FMOx)