Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (Ca. Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

James L. Wamsley III
(*admitted pro hac vice*)
jlwamsleyiii@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Vizio, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SONY CORPORATION,

Plaintiff,

v.

VIZIO, INC.,

Defendant.

Case No. CV-08-01135 (RGK)(FMOx)

**[PROPOSED] ORDER GRANTING VIZIO, INC.'S MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS**

**JUDGE: HON. R. GARY KLAUSNER**

**HEARING:** 9:00 A.M. ON NOVEMBER 2, 2009

**IT IS HEREBY ORDERED THAT:**

After reviewing all the information submitted or otherwise considered with respect to Vizio's Motion to Amend the Scheduling Order with Regard to Expert Reports and Depositions, the Court, finding that good cause exists for the requested motion, hereby GRANTS the present motion.

The Court hereby amends its scheduling order as follows:

Nov. 9, 2009: Exchange of opening expert reports

Dec. 4, 2009: Exchange of rebuttal expert reports

Dec. 2009: Expert depositions (TBD)

**IT IS SO ORDERED.**

Dated:

Honorable. R. Gary Klausner
United States District Judge

[PROPOSED] ORDER GRANTING VIZIO'S MOTION TO AMEND THE SCHEDULING ORDER W/ REGARD TO EXPERT REPORTS AND DEPOSITIONS

- 2 -

Case No. CV-08-01135-RGK(FMOx)