Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (Ca. Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

James L. Wamsley III
(*admitted pro hac vice*)
jlwamsleyiii@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:   (216) 579-0212

Attorneys for Vizio, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIZIO, INC.,<br><br>　　　　Defendant. | Case No. CV-08-01135 (RGK)(FMOx)<br><br>**DECLARATION OF STEVEN J. CORR IN SUPPORT OF MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS**<br><br>**JUDGE:  HON. R. GARY KLAUSNER**<br><br>**HEARING:**  9:00 A.M. ON NOVEMBER 2, 2009 |

LAI-3056427v1

I, Steven J. Corr, declare as follows:

1. I am an associate with Jones Day, counsel of record for Defendant Vizio, Inc. ("Vizio") in this action. I make this declaration in support of Vizio's Motion to Amend the Scheduling Order with Regard to Expert Reports and Depositions. The following is based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Exhibit 1 is a true and correct copy of a letter from Ryan McCrum to Todd Kennedy sent on July 8, 2009.

3. Exhibit 2 is a true and correct copy of a letter from Todd Kennedy to Ryan McCrum sent on July 16, 2009.

4. Exhibit 3 is a true and correct copy of the July 17, 2009 Meet and Confer Transcript recording the meet and confer between counsel for Vizio and Sony Corporation ("Sony") regarding Sony's discovery responses.

5. Exhibit 4 is a true and correct copy of a letter from Ryan McCrum to Todd Kennedy sent on July 21, 2009.

6. Exhibit 5 is a true and correct copy of a letter from Todd Kennedy to Ryan McCrum sent on July 22, 2009.

7. Exhibit 6 is a true and correct copy of Discovery Special Master's Order No. 4: Joint Motion Re Expert Discovery from *In re: Katz Interactive Call Processing Litigation*, Case No. 07-ML-1816.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

LAI-3056427v1

| | | |
|---|---|---|
| Dated: | October 12, 2009 | JONES DAY |

By: /s/ Steven J. Corr
    Steven J. Corr

Attorneys for Defendant Vizio, Inc.

LAI-3056427v1