# Exhibit 4

Exhibit 4 Page 62

# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: (216) 586-3939 • FACSIMILE: (216) 579-0212

Direct Number: (216) 586-7291
rbmccrum@jonesday.com

July 21, 2009

<u>VIA EMAIL</u>

Todd M. Kennedy, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

Re:   <u>Sony Corporation v. Vizio Inc.</u>

Dear Todd:

    I am writing regarding Sony's offer to continue the meet and confer this week regarding a schedule for expert discovery and limiting the number of asserted claims. As you know, Vizio proposed that opening expert reports be due November 2, 2009 and rebuttal expert reports be due November 30, 2009. Vizio also proposed that Sony be required to limit the number of asserted claims to three claims per patent by September 1, 2009.

    Please propose a time either today or tomorrow when Sony is available to discuss these issues. As I stressed in my letter of July 8, 2009 and during the July 17, 2009 meet and confer, these are issues that need immediate attention, and if not resolved this week, will have to be brought to the attention of the Court.

Very truly yours,

/s/ *Ryan B. McCrum*

Ryan B. McCrum

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Exhibit 4 Page 63