UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 08-01135-RGK (FMOx) | Date | October 14, 2009 |
|---|---|---|---|
| Title | SONY CORPORATION v. VIZIO, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendant Vizio Inc.'s Motion for Relief from Page Limits and Filing Procedures for Summary Judgment Motions (DE 117) and Consolidated Defendant Sony Corporation's Motion for Judgment on the Pleadings as to Vizio's Lanham Act and Product Disparagement Claims (Counts 25 and 26) (DE 110)

   The Court hereby advises counsel that the above-referenced motions, noticed for hearing on October 19, 2009, have been taken **under submission** and off the motion calendar.  **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

   **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slw |