Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>    Defendant. | CASE NO. CV 08-03934-RGK (FMOx)<br><br>**DECLARATION OF PETER A. KLIVANS IN SUPPORT OF SONY'S OPPOSITION TO VIZIO'S MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS**<br><br>**Discovery Cut-Off Date:** November 1, 2009<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:**             January 26, 2010 |

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Sony Corporation ("Sony"). I submit this declaration in support of Sony's OPPOSITION TO VIZIO'S MOTION TO AMEND THE SCHEDULING ORDER WITH REGARD TO EXPERT REPORTS AND DEPOSITIONS. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a September 14, 2009 letter from Heather Belville to Steven Corr.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Sony's September 28, 2009 Eighth Supplemental Response to Vizio's First Set of Interrogatories.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: October 19, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By: *(signature)*
Peter A. Klivans
Attorneys for Plaintiff SONY CORPORATION