# EXHIBIT A

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5021**

WRITER'S INTERNET ADDRESS
**heatherbelville@quinnemanuel.com**

September 14, 2009

<u>VIA E-MAIL</u>

Steven J. Corr, Esq.
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Fax: 213-243-2539

Re:   <u>Sony Corporation v. Vizio, Inc.</u>

Dear Steve:

    In accordance with the Court's August 31, 2009 Order (Doc. No. 105), Sony is asserting the following fifty claims:

    '626 patent: claims 4, 20, 22, 29, 30, 33;

    '373 patent: claims 1, 5;

    '614 patent: claims 1-4;

    '577 patent: claims 13, 15, 19, 20;

    '542 patent: claims 6, 8, 11;

    '847 patent: claims 11, 16, 27, 33, 34, 35, 39, 40, 41;

    '055 patent: claims 41, 43-45, 51, 54, 61, 64;

    '468 patent: claims 41, 43, 44;

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

'182 patent: claims 1, 3, 4;

'472 patent: claims 1, 4, 8, 12, 13, 14, 15, 18.

Best regards,

/s/

Heather Belville

02347.51451/3100441.1