Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Sony Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | CASE NO. CV 08-01135-RGK (FMOx)<br><br>**SONY CORPORATION'S NOTICE OF MOTION AND MOTION FOR REVIEW OF OCTOBER 9, 2009 ORDER RE: DISCOVERY MOTIONS**<br><br>**Judge:** Hon. R. Gary Klausner<br><br>**Hearing:** November 9, 2009 at 9:00 a.m.<br>**Pretrial Conference Date:** January 10, 2010<br>**Trial Date:** January 26, 2010 |

1  TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS
2  OF RECORD:
3  PLEASE TAKE NOTICE THAT, on November 9, 2009, at 9:00 a.m., or as
4  soon thereafter as may be heard before the Honorable R. Gary Klausner, United
5  States District Judge, in Courtroom 850 of the above-captioned court, Plaintiff Sony
6  Corporation will and hereby does move the Court for a review of the October 9,
7  2009 Order re: Discovery Motions.
8  This motion is made pursuant to Local Rule 72-2.1.  This motion is based on
9  this Notice of Motion and Motion; the accompanying Memorandum; the pleadings
10 and papers on file in this action; such matters as the Court may take judicial notice;
11 and argument and evidence to be presented at the hearing on this Motion.

DATED:  October 19, 2009        Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By */s/*  _____
   Kevin P.B. Johnson
   Attorneys for Sony Corporation