| | |
|---|---|
| Kevin G. McBride (Ca. Bar No. 195866)<br>kgmcbride@jonesday.com<br>Steven J. Corr (Ca. Bar No. 216243)<br>sjcorr@jonesday.com<br>JONES DAY<br>555 S. Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 489-3939<br>Facsimile:   (213) 243-2539 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| James L. Wamsley III<br>(*admitted pro hac vice*)<br>jlwamsleyiii@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>Telephone:  (216) 586-3939<br>Facsimile:   (216) 579-0212 | Steven M. Anderson (Bar No. 144014)<br>stevenanderson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>865 S. Figueroa St. 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Attorneys for Vizio, Inc. | Attorneys for Sony Corporation |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>VIZIO, INC.,<br><br>            Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br><br>**STIPULATED DISMISSAL** |

LAI-3058673v2

1  WHEREAS, on or about October 10, 2008, Sony commenced this action for
2  patent infringement against VIZIO, entitled *Sony Corporation v. VIZIO, Inc.*, Civil
3  Action SA CV 08-01135-RGK (FMOx) (C.D. Cal.) (the "Action");

4  WHEREAS, on May 11, 2009, this case was consolidated with a prior action
5  for a declaratory judgment and affirmative relief filed by VIZIO against Sony,
6  entitled *VIZIO, Inc. v. Sony Corporation and Sony Corporation of America*, Case
7  No. CV 09-02129-RGK (FMOx) (C.D. Cal.) (formerly Civil Action No. 08-5029
8  (FSH) (PS) (D.N.J.));

9  WHEREAS Sony and VIZIO wish to resolve their disputes without the
10  necessity of further litigation.

11  NOW, THEREFORE, the parties to this action hereby stipulate to dismiss
12  this case as follows based on a confidential settlement agreement between the
13  parties that has been fully executed.

14  Based on this stipulation, the Court hereby ORDERS, DECREES, and
15  ADJUDGES as follows:

16  1.  All claims and counterclaims in this action are hereby dismissed with
17  prejudice except for VIZIO's claims for declaratory judgment of invalidity, which
18  are hereby dismissed without prejudice.

19  2.  This Court has jurisdiction over the parties and over the subject matter
20  of this dispute and shall retain continuing subject matter and personal jurisdiction
21  for the purposes of construing or enforcing the terms of this Stipulated Dismissal
22  and the Patent License and Settlement Agreement between the parties, or for
23  resolving any dispute arising thereunder.
24  ///
25  ///
26  ///
27  ///
28  ///

1      3.     Each party shall bear its own costs and disbursements.

2      4.     There shall be no appeal herefrom.

4  SO AGREED:

5  Dated:     October 27, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By   */s/ Kevin P.B. Johnson*
    Kevin P.B. Johnson
    Attorneys for Plaintiff SONY CORPORATION

12 Dated:     October 27, 2009     JONES DAY

By   */s/ Kevin G. McBride*
    Kevin G. McBride
    Attorneys for Defendant VIZIO, INC.

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On October 27, 2009, I served a copy of the within document(s):

## STIPULATED DISMISSAL

by transmitting via e-mail or electronic transmission the document(s) listed above to the e-mail address set forth below, pursuant to the agreement between the parties.

> QUINN EMANUEL URQUHART
> OLIVER & HEDGES, LLP
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
>
> sony-vizio@quinnemanuel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 27, 2009, at Los Angeles, California.

*/s/ Beth A. Marchese*
Beth A. Marchese

LAI-3058673v2

Case No. SA CV 08-01135-RGK (FMOx)
**PROOF OF SERVICE**