| | |
|---|---|
| Kevin G. McBride (Ca. Bar No. 195866)<br>kgmcbride@jonesday.com<br>Steven J. Corr (Ca. Bar No. 216243)<br>sjcorr@jonesday.com<br>JONES DAY<br>555 S. Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 489-3939<br>Facsimile:   (213) 243-2539 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| James L. Wamsley III<br>(*admitted pro hac vice*)<br>jlwamsleyiii@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>Telephone:  (216) 586-3939<br>Facsimile:   (216) 579-0212 | Steven M. Anderson (Bar No. 144014)<br>stevenanderson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>865 S. Figueroa St. 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Attorneys for Vizio, Inc. | Attorneys for Sony Corporation |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIZIO, INC.,<br><br>　　　　Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br>**[PROPOSED] ORDER RE STIPULATED DISMISSAL** |

LAI-3058673v1

[PROPOSED] ORDER RE STIP. DISMISSAL
Case No. CV-08-01135-RGK(FMOx)

1    WHEREAS, on or about October 10, 2008, Sony commenced this action for
2    patent infringement against VIZIO, entitled *Sony Corporation v. VIZIO, Inc.*, Civil
3    Action SA CV 08-01135-RGK (FMOx) (C.D. Cal.) (the "Action");

4    WHEREAS, on May 11, 2009, this case was consolidated with a prior action
5    for a declaratory judgment and affirmative relief filed by VIZIO against Sony,
6    entitled *VIZIO, Inc. v. Sony Corporation and Sony Corporation of America*, Case
7    No. CV 09-02129-RGK (FMOx) (C.D. Cal.) (formerly Civil Action No. 08-5029
8    (FSH) (PS) (D.N.J.));

9    WHEREAS Sony and VIZIO wish to resolve their disputes without the
10   necessity of further litigation.

11   NOW, THEREFORE, the parties to this action hereby stipulate to dismiss
12   this case as follows based on a confidential settlement agreement between the
13   parties that has been fully executed.

14   Based on this stipulation, the Court hereby ORDERS, DECREES, and
15   ADJUDGES as follows:

16   1.    All claims and counterclaims in this action are hereby dismissed with
17   prejudice except for VIZIO's claims for declaratory judgment of invalidity, which
18   are hereby dismissed without prejudice.

19   2.    This Court has jurisdiction over the parties and over the subject matter
20   of this dispute and shall retain continuing subject matter and personal jurisdiction
21   for the purposes of construing or enforcing the terms of this Stipulated Dismissal
22   and the Patent License and Settlement Agreement between the parties, or for
23   resolving any dispute arising thereunder.
24   ///
25   ///
26   ///
27   ///
28   ///

LAI-3058673v1

[PROPOSED] ORDER RE STIP. DISMISSAL
Case No. CV-08-01135-RGK(FMOx)

- 1 -

1     3.   Each party shall bear its own costs and disbursements.

2     4.   There shall be no appeal herefrom.

4 SO AGREED:

5 Dated: October 27, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

8     By  */s/ Kevin P.B. Johnson*
        Kevin P.B. Johnson
9         Attorneys for Plaintiff SONY CORPORATION

12 Dated: October 27, 2009     JONES DAY

14     By  */s/ Kevin G. McBride*
        Kevin G. McBride
15         Attorneys for Defendant VIZIO, INC.

17 IT IS SO ORDERED:

20 Dated: October ___, 2009
21     United States District Judge R. Gary Klausner

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On October 27, 2009, I served a copy of the within document(s):

**[PROPOSED] ORDER RE STIPULATED DISMISSAL**

by transmitting via e-mail or electronic transmission the document(s) listed above to the e-mail address set forth below, pursuant to the agreement between the parties.

> QUINN EMANUEL URQUHART
> OLIVER & HEDGES, LLP
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
>
> sony-vizio@quinnemanuel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 27, 2009, at Los Angeles, California.

*/s/ Beth A. Marchese*
Beth A. Marchese

LAI-3057750v1

Case No. SA CV 08-01135-RGK (FMOx)
PROOF OF SERVICE