| | |
|---|---|
| Kevin G. McBride (Ca. Bar No. 195866)<br>kgmcbride@jonesday.com<br>Steven J. Corr (Ca. Bar No. 216243)<br>sjcorr@jonesday.com<br>JONES DAY<br>555 S. Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 489-3939<br>Facsimile:   (213) 243-2539 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| James L. Wamsley III<br>(*admitted pro hac vice*)<br>jlwamsleyiii@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>Telephone:  (216) 586-3939<br>Facsimile:   (216) 579-0212 | Steven M. Anderson (Bar No. 144014)<br>stevenanderson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>865 S. Figueroa St. 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Attorneys for Vizio, Inc. | Attorneys for Sony Corporation |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIZIO, INC.,<br><br>　　　　　Defendant. | Case No. CV-08-01135-RGK(FMOx)<br><br>[~~PROPOSED~~] **ORDER RE STIPULATED DISMISSAL**<br><br>JS-6 |

[PROPOSED] ORDER RE STIP. DISMISSAL
Case No. CV-08-01135-RGK(FMOx)

1    WHEREAS, on or about October 10, 2008, Sony commenced this action for patent infringement against VIZIO, entitled *Sony Corporation v. VIZIO, Inc.*, Civil Action SA CV 08-01135-RGK (FMOx) (C.D. Cal.) (the "Action");

WHEREAS, on May 11, 2009, this case was consolidated with a prior action for a declaratory judgment and affirmative relief filed by VIZIO against Sony, entitled *VIZIO, Inc. v. Sony Corporation and Sony Corporation of America*, Case No. CV 09-02129-RGK (FMOx) (C.D. Cal.) (formerly Civil Action No. 08-5029 (FSH) (PS) (D.N.J.));

WHEREAS Sony and VIZIO wish to resolve their disputes without the necessity of further litigation.

NOW, THEREFORE, the parties to this action hereby stipulate to dismiss this case as follows based on a confidential settlement agreement between the parties that has been fully executed.

Based on this stipulation, the Court hereby ORDERS, DECREES, and ADJUDGES as follows:

1. All claims and counterclaims in this action are hereby dismissed with prejudice except for VIZIO's claims for declaratory judgment of invalidity, which are hereby dismissed without prejudice.

2. This Court has jurisdiction over the parties and over the subject matter of this dispute and shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Stipulated Dismissal and the Patent License and Settlement Agreement between the parties, or for resolving any dispute arising thereunder.

///
///
///
///
///

3. Each party shall bear its own costs and disbursements.

4. There shall be no appeal herefrom.

SO AGREED:

Dated: October 27, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  */s/ Kevin P.B. Johnson*
Kevin P.B. Johnson
Attorneys for Plaintiff SONY CORPORATION

Dated: October 27, 2009    JONES DAY

By  */s/ Kevin G. McBride*
Kevin G. McBride
Attorneys for Defendant VIZIO, INC.

IT IS SO ORDERED:

Dated: November 5, 2009

United States District Judge R. Gary Klausner