UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-01135 RGK (FMOx) | Date | November 5, 2009 |
|---|---|---|---|
| Title | *VIZIO, INC. v. SONY CORP., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re Defendant Sony's Motion for Judgment on the Pleadings as to Vizio's Lanham Act and Product Disparagement Claims (DE 110); Vizio's Motion for Relief from Page Limits and Filing Procedures for Summary Judgment Motions (DE 117); Vizio's motion to Amend the Scheduling Order with Regards to Expert Reports and Depositions (DE 131); and Sony's Motion for Review of October 9, 2009 Order Re: Discovery Motions (DE 138).

The Parties voluntarily dismissed all claims and counterclaims in this action on October 27, 2009. The Court ordered a stipulated dismissal on November 5, 2009. Accordingly, the Court **DENIES as moot** the outstanding motions captioned above.

**IT IS SO ORDERED.**

:

Initials of Preparer   slw